**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION | MDL Docket No. 2656<br>Misc. No. 15-1404(CKK) |
| This Document Relates to:<br><br>ALL CASES | |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Steven N. Williams, of the law firm of Cotchett, Pitre & McCarthy, LLP, located at 840 Malcolm Road, Suite 200, Burlingame, California 94010, telephone number 650-697-6000, facsimile 650-697-0577, hereby enters an appearance in this matter on behalf of Plaintiff Stephanie Jung and the Proposed Class, and requests to be added to the CM/ECF system list in this case at the following email address:

swilliams@cpmlegal.com

DATED: November 4, 2015

                                        */s/ Steven N. Williams*
                                        Steven N. Williams
                                        **COTCHETT, PITRE & McCARTHY, LLP**
                                        840 Malcolm Road, Suite 200
                                        Burlingame, CA  94010
                                        Tel:  650-697-6000
                                        Fax: 650-697-0577
                                        swilliams@cpmlegal.com

                                        *Counsel for Plaintiff Stephanie Jung and the Proposed Class*