AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Jonathan Schumacher, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:15-mc-01404-CKK |
| American Airlines Group, Inc., et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jonathan Schumacher.

Date: 11/04/2015

/s/ W. Joseph Bruckner
*Attorney's signature*

W. Joseph Bruckner, 147758 - MN
*Printed name and bar number*

Lockridge Grindal Nauen P.L.L.P.
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
*Address*

wjbruckner@locklaw.com
*E-mail address*

(612) 339-6900
*Telephone number*

(612) 339-0981
*FAX number*