# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: DOMESTIC AIRLINES TRAVEL ANTITRUST LITIGATION | MDL Docket No. 2656 |
| This Document Relates to:<br><br>ALL CASES | Misc. No. 1:15-cv-01404-CKK |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE  that Gary E. Mason of Whitfield Bryson & Mason LLP, located at 1625 Massachusetts Avenue, N.W., Suite 605, Washington, D.C. 20036, (202) 429-2290, hereby enters his appearance on behalf of Plaintiff Shawn Jain and the Proposed Class.

Dated: November 4, 2015

/s/ Gary E. Mason
Gary E. Mason
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Avenue, N.W.
Suite 605
Washington, D.C. 20036
Telephone: (202) 429-2290
Gmason@masonlawdc.com

*Counsel for Plaintiff Shawn Jain and the Proposed Class*