**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION <br><br> This Document Relates To: <br><br> State-Boston Retirement System v. American Airlines, et al. No. 1:15-cv-01757 (CKK) | MDL Docket No. 2656 <br> Misc. No. 15-1404 (CKK) |

**NOTICE OF APPEARANCE**

To: The Clerk of Court and all Parties of Record:

PLEASE TAKE NOTICE that Jay L. Himes of Labaton Sucharow LLP hereby enters an appearance in this matter as counsel of record for Plaintiff State-Boston Retirement System. Copies of all documents and pleadings regarding this case are to be electronically served on the undersigned counsel.

Dated: November 4, 2015

**LABATON SUCHAROW LLP**

By     /s/ Jay L. Himes
         Jay L. Himes

140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
jhimes@labaton.com

*Attorney for Plaintiff State-Boston Retirement System*