UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE DOMESTIC AIRLINE TRAVEL
ANTITRUST LITIGATION

This Document Relates To:

ALL CASES

MDL Docket No. 2656

Case No. 15-mc-01404-CKK

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Warren T. Burns of Burns Charest LLP, located at 500 N. Akard St., Suite 2810, Dallas, Texas 75201, Telephone number (469) 904-4550, facsimile (469) 444-5002 hereby enters an appearance in this matter on behalf of Plaintiffs Elizabeth Cumming, Kenneth Nelson, Jonathan Shankle, Bradford Tomlin, Whitney Thomlin, Peter Everitt, Yvette Wheeler and the Proposed Class, and requests to be added to the CM/ECF system list in this case at the following email address:

wburns@burnscharest.com

DATED: December 2, 2015

Respectfully submitted,

*/s/ Warren T. Burns*
Warren T. Burns
BURNS CHAREST LLP
500 North Akard Street
Suite 2810
Dallas, Texas 75201
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
wburns@burnscharest.com

*Attorney for Plaintiffs Elizabeth Cumming, Kenneth Nelson, Jonathan Shankle, Bradford Tomlin, Whitney Thomlin, Peter Everitt, Yvette Wheeler and the Proposed Class.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 2nd of December, 2015, I provided service of the foregoing Notice of Appearance to all counsel of record via the Court's CM/ECF system.

*/s/ Warren T. Burns*
Warren T. Burns