## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE:  DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION** | **MDL Docket No. 2656**<br><br>**Misc. No. 15-1404 (CKK)** |
| This Document Relates to:<br><br>ALL CASES | |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE THAT James M. Dombroski, Law Office of James M. Dombroski, P.O. Box 751027, Petaluma, California 94975, telephone (707) 762-7807, hereby enters an appearance in this matter on behalf of Plaintiffs Audrey Ondrade, Jacob Dombroski and Marisa Dombroski and the Proposed Class, and requests to be added to the CM/ECF system list in this case at the following email address:

jdombroski@aol.com

Dated:  December 7, 2015

*/s/ James M. Dombroski*
James M. Dombroski
Law Office of James M. Dombroski
P.O. Box 751027
Petaluma, CA  94975

*Attorneys for Plaintiffs Audrey Ondrade and Jacob Dombroski and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of December, 2015, I provided service of the foregoing Notice of Appearance to all counsel of record via the Court's CM/ECF system.

*/s/ James M. Dombroski*