# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE DOMESTIC AIRLINE TRAVEL
ANTITRUST LITIGATION

**MDL Docket No. 2656**
**Misc. No. 15-1404 (CKK)**

This Document Relates To:

Ullico Inc. v. American Airlines, et al. No.
1:15-cv-02096 (CKK)

## NOTICE OF APPEARANCE

To: The Clerk of Court and all Parties of Record:

PLEASE TAKE NOTICE that Jay L. Himes of Labaton Sucharow LLP hereby enters an

appearance in this matter as counsel of record for Plaintiff Ullico Inc.  Copies of all documents

and pleadings regarding this case are to be electronically served on the undersigned counsel.

Dated: December 9, 2015

**LABATON SUCHAROW LLP**

By _____/s/ Jay L. Himes_____
                Jay L. Himes

140 Broadway
New York, New York 10005
Tel:  (212) 907-0700
Fax:  (212) 818-0477
jhimes@labaton.com

*Attorney for Plaintiff Ullico Inc.*