UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:  DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION | MDL Docket No. 2656 <br><br> Misc. No. 15-1404 (CKK) |
| This Document Relates to: <br><br> ALL CASES | |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE THAT Lawrence G. Papale of the Law Offices of Lawrence G. Papale, located at 1308 Main Street, Suite 117, Saint Helena, CA 94574, Telephone number 707-963-1704, Facsimile:  707-963-7585, hereby enters an appearance in this matter as the "attorney to be noticed" on behalf of Plaintiff Linda Williams (*Williams v. American Airlines,* 15-cv-04223-JCS) and the Proposed Class, and requests to be added to the CM/ECF system list in this case at the following email address:

lgpapale@papalelaw.com

Dated:  December 16, 2015         */s/ Lawrence G. Papale*
                                                  Lawrence G. Papale
                                                  LAW OFFICES OF
                                                  LAWRENCE G. PAPALE
                                                  1308 Main Street, Suite 117
                                                  Saint Helena, CA 94574

                                                  *Attorneys for Plaintiff Linda*
                                                  *Williams and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16st day of December, 2015, I provided service of the foregoing Notice of Appearance to all counsel of record via the Court's CM/ECF system.

/s/ Lawrence G. Papale