UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL Docket No. 2656<br>Misc. No. 15-1404 (CKK) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Daniel J. Mogin, of The Mogin Law Firm, P.C., located at 707 Broadway, Suite 1000, San Diego, CA, 92101, telephone number (619) 687-6611, facsimile (619) 687-6610, hereby enters an appearance in this matter on behalf of Plaintiff Katherine Rose Warnock and the Proposed Class, and requests to be added to the CM/ECF system list in this case at the following e-mail address:

dmogin@moginlaw.com

Respectfully Submitted,

Dated: January 13, 2016

By: /s/ Daniel J. Mogin
Daniel J. Mogin (SBN 95624)
**THE MOGIN LAW FIRM, P.C.**
707 Broadway, Suite 1000
San Diego, California 92101
Telephone: (619) 687-6611
Facsimile: (619) 687-6610
dmogin@moginlaw.com

*Counsel for Plaintiff Katherine Rose Warnock and the Proposed Class*