UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL Docket No. 2656<br><br>Misc. No. 15-1404 (CKK) |

**[PROPOSED] JOINT SCHEDULE**

Pursuant to the Court's February 4, 2016 Minute Order, Defendants and Plaintiffs[1] have agreed to the following dates for the Court's consideration.

| Event | Deadline |
|---|---|
| Consolidated Amended Complaint filed | March 25, 2016 |
| Responsive Pleading(s) or Motion(s) filed | May 11, 2016 |
| Opposition to Responsive Motion(s) filed | June 27, 2016 |
| Reply in Support of Responsive Motion(s) filed | July 20, 2016 |

---

[1] Interim Class Counsel note that the Court's Order Appointing Interim Class Counsel (ECF No. 76) indicated that the appointment would be reevaluated in February of 2017 if a class has not been certified by that date. Based upon their experience, Interim Class Counsel believe that completing briefing on a class certification motion so that it may be considered by the Court by February 2017 will be difficult to accomplish unless discovery commences soon, and plaintiffs thus reserve their right to seek relief from the current discovery stay imposed by Initial Practice and Procedure Order Upon Transfer Pursuant to 28 U.S.C. 1407 dated October 30, 2015 (ECF No. 4), which Defendants would oppose.

Dated: February 25, 2016

Respectfully submitted,

| | |
|---|---|
| /s/ Richard G. Parker<br>Richard G. Parker<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, D.C. 20006<br>Telephone: (202) 383-5380<br>Facsimile: (202) 383-5414 | /s/ James P. Denvir<br>James P. Denvir<br>BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Ave., NW<br>Washington, D.C. 20015<br>Telephone: (202) 895-7560<br>Facsimile: (202) 237-6131 |

/s/ Richard G. Parker
Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5380
Facsimile: (202) 383-5414

Paul T. Denis
DECHERT LLP
1900 K Street, NW
Washington, D.C. 20006
Telephone: (202) 261-3430
Facsimile: (202) 261-3333

*Counsel for American Airlines, Inc. and American Airlines Group Inc.*

/s/ James P. Denvir
James P. Denvir
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., NW
Washington, D.C. 20015
Telephone: (202) 895-7560
Facsimile: (202) 237-6131

*Counsel for Delta Air Lines, Inc.*

/s/ Alden L. Atkins
Alden L. Atkins
VINSON & ELKINS LLP
2200 Pennsylvania Ave., NW
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6613
Facsimile: (202) 879-8813

*Counsel for Southwest Airlines Co.*

/s/ Kent A. Gardiner
Kent A. Gardiner
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
kgardiner@crowell.com

Paul Yde
FRESHFIELDS BRUCKHAUS DERINGER
700 13th Street, NW, 10th Floor
Washington, DC 20005-3960
Telephone: (202) 777 4500
Facsimile: (202) 777 4555
paul.yde@freshfields.com

*Counsel for United Continental Holdings, Inc. and United Airlines, Inc.*

*/s/ Steven N. Williams*
Joseph W. Cotchett
Steven N. Williams
Adam J. Zapala
Elizabeth Tran
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
etran@cpmlegal.com

*Interim Class Counsel*

*/s/ Hilary K. Scherrer*
Hilary K. Scherrer
Michael D. Hausfeld
Jeannine M. Kenney
HAUSFELD, LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
hscherrer@hausfeld.com
mhausfeld@hausfeld.com
jkenney@hausfeld.com

Michael P. Lehmann
Bonny E. Sweeney
HAUSFELD, LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
mlehmann@hausfeld.com
bsweeney@hausfeld.com

*Interim Class Counsel*