IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION<br>--------------------------------------------------------------<br><br>This Document Relates To:<br><br>*Stetlzer v. United Airlines, Inc. et al*,<br>No. 1:16-cv-00257-CKK | MDL Docket No. 2656<br>Misc. No. 15-1404 (CKK) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Eric Stetzler hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant Air Canada.

DATED: March 17, 2016
         San Francisco, CA

The Alioto Law Firm

*/s/ Thomas Pier*
Thomas Paul Pier
One Sansome St., 35th Floor
San Francisco, CA  94104
415-434-8900
Email: tpier@aliotolaw.com