**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION | MDL Docket No. 2656<br>Misc. No. 15-1404(CKK) |
| This Document Relates to:<br><br>*Stephanie Jung v. American Airlines, et al.,* | Case No. 1:15-cv-01912-CKK |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Adam J. Zapala, of the law firm of Cotchett, Pitre & McCarthy, LLP, located at 840 Malcolm Road, Suite 200, Burlingame, California 94010, telephone number 650-697-6000, facsimile 650-697-0577, hereby enters an appearance in this matter on behalf of Plaintiff Stephanie Jung and the Proposed Class, and requests to be added to the CM/ECF system list in this case at the following email address:

azapala@cpmlegal.com

DATED: March 22, 2016

  */s/ Adam J. Zapala*
Adam J. Zapala
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Tel:  650-697-6000
Fax: 650-697-0577
azapala@cpmlegal.com

*Counsel for Plaintiff Stephanie Jung and the Proposed Class*