# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION | **MDL Docket No. 2656**<br><br>**Case No: 1:15-mc-01404-CKK** |
| This Document Relates To:<br><br>ALL CASES | |

### PLAINTIFFS' NOTICE OF CASES RELIED UPON FOR PRODUCTION OF GOVERNMENT DOCUMENTS

Pursuant to the Court's March 24, 2016 teleconference call with counsel for the parties and its subsequent minute order requesting a list of cases relied upon for the proposition that Defendants should produce the documents they previously collected and produced to the Antitrust Division of the United States Department of Justice ("DOJ"), state attorneys' general and any other government regulators as part of their investigations into collusion in the airline industry, Plaintiffs provide herein a list of those authorities:

- *In re Resistors Antitrust Litig.*, No. 5:15-cv-03820-RMW (N.D. Cal., Feb. 2, 2016), Dkt. No. 112, Minute Entry;
- *In re Lithium Ion Batteries Antitrust Litig.*, No. 13-md-02420 YGR, 2013 U.S. Dist. LEXIS 72868, *25-32 (N.D. Cal. May 21, 2013) ("*Batteries*");
- *Batteries*, No. 13-md-02420 YGR, Tr. of August 8, 2014 Hearing, Dkt. No. 502 at 82:12 through 83:1;
- *In re Optical Disk Drive Antitrust Litig.*, No. 3:10-md-02143-RS (N.D. Cal. 2011), Dkt. No. 370, 379;
- *In re Pool Products Distribution Market Antitrust Litig.*, No. 12-md-023280-SSV-JCW (E.D. La. June, 4, 2012), Dkt. No. 93, "Pretrial Order #5";
- *In re High Tech Employee Antitrust Litig.,* No. 11-cv-2509, Dkt. No. 88 at 1 (N.D. Cal. Oct. 26, 2011)
- *In re Dairy Farmers of Am. Inc. Cheese Antitrust Litig.*, No. 1:09-cv-03690 (N.D. Ill. March 4, 2010), Dkt. No. 75, "Pretrial Order No. 1", pp. 4-5;
- *In re Static Random Access Memory (SRAM) Antitrust Litig.*, 580 F.Supp.2d 896, 899-900 (N.D. Cal. 2008), citing "Supplemental Case Management Order No. 1" (June 21, 2007), Dkt. No. 217;
- *In re Dynamic Random Access Memory (DRAM)*, No. 4:02-md-01486 (N.D. Cal. April 16, 2003), Dkt. No. 89, "Stipulation and Order", pp. 2-3;
- *In re Pharmaceutical Industry Average Wholesale Price Litigation*, No. 1:01-cv-12257 (D. Mass. Oct. 28, 2002), Dkt. No. 161, "Case Management Order No. 5";
- *In re Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices & Products Liability Litigation*, No. 10-ML-02151 (C.D. Cal. June 1, 2010), Dkt. No. 180, "Order No. 3", p. 2;
- *Precision Associates, Inc., at al. v. Panalpina World Transport (Holding) Ltd., et al.*, No. 08-cv-0042-JG-VVP (E.D. N.Y. Nov. 7, 2013), Tr. at 29-31, Dkt. No. 933;
- *In re Platinum & Palladium Commodities Litig.*, No. 10-cv-3617-WHP, 2010 U.S. Dist. LEXIS 145183, at *2 (S.D.N.Y. Nov. 30, 2010), Dkt. No. 59, at 2-3;
- *In re Bank of Am. Cmp. Sec., Derivative, & Employment Ret. Income Sec. Act (ERISA) Litig.*, No. 09-MDL-2058, 2009 U.S. Dist. LEXIS 108322, *2-9 (S.D.N.Y. Nov. 16, 2009);
- *Waldman v. Wachovia*, No. 08-cv-2913, 2009 U.S. Dist. LEXIS 1988, *1-5 (S.D. N.Y. 2004);
- *In re Enron Corp.*, Nos. MDL-1146, Civ. A. H-01-3624, 2002 U.S. Dist. LEXIS 26261, *29-32 (S.D. Tex. Aug. 16, 2002);
- *Galaria v. Nationwide Mut. Ins. Co.*, 2:13-cv-00118, 2013 U.S. Dist. LEXIS 177441, at *8 (S.D. Ohio Dec. 16, 2013)
- *Mlejnecky v. Olympus Imaging Am. Inc.*, No. 2:10-cv-02630-JAM-KJN, 2011 U.S. Dist. LEXIS 16128, *18 (E.D. Cal. Feb. 11, 2011).
- *In re Apple In-App Purchase Litig.*, No 5:11-cv-01758-EJD, 2012 U.S. Dist. LEXIS 18970, *3 (N.D. Cal., Feb. 15, 2012).
- *New England Carpenters Health & Welfare Fund v. Abbot Labs*., No. 12-c-1662, 2013 U.S. Dist. LEXIS 35644 (N.D. Ill. Feb. 20, 2013);
- *Solomon Realty Co. v. Tim Donut U.S. Ltd.*, 2:08-cv-561, 2009 U.S. Dist. LEXIS 75813 (S.D. Ohio August 11, 2009).

Dated: March 28, 2016                    Respectfully submitted,

                                         */s/ Steven N. Williams*
                                         Steven N. Williams
                                         Adam J. Zapala
                                         Elizabeth Tran
                                         Joyce Chang
                                         COTCHETT, PITRE & McCARTHY, LLP
                                         840 Malcolm Road, Suite 200
                                         Burlingame, CA 94010
                                         Tel: 650-697-6000
                                         swilliams@cpmlegal.com
                                         azapala@cpmlegal.com
                                         etran@cpmlegal.com
                                         jchang@cpmlegal.com


Dated: March 28, 2016                    */s/ Michael D. Hausfeld*
                                         Michael D. Hausfeld
                                         Hilary K. Scherrer
                                         HAUSFELD, LLP
                                         100 K Street, NW, Suite 650
                                         Washington, DC 20006
                                         Tel: 202-540-7200
                                         mhausfeld@hausfeld.com
                                         hscherrer@hausfeld.com


                                         Michael P. Lehmann
                                         Bonny E. Sweeney
                                         HAUSFELD, LLP
                                         600 Montgomery Street #3200
                                         San Francisco, CA 94111
                                         Tel: 415-633-1908
                                         mlehmann@hausfeld.co
                                         bsweeney@hausfeld.com

                                         *Interim Co-Lead Counsel for Plaintiffs*


                                         Elizabeth J. Cabraser
                                         Eric B. Fastiff
                                         Brendan P. Glackin
                                         LIEFF CABRASER HEIMANN &
                                         BERNSTEIN
                                         275 Battery Street, 29th Floor
                                         San Francisco, CA 94111-3339

Telephone: (415) 956-1000
ecabraser@lchb.com
efastiff@lchb.com
bglackin@lchb.com

Robert N. Kaplan
Gregory K. Arenson
Elana Katcher
KAPLAN, FOX & KILSHEIMER LLP
850 Third Avenue, 14th Fl.
New York, NY 10022 Telephone: (212) 687-
1980 rkaplan@kaplanfox.com
garenson@kaplanfox.com
ekatcher@kaplanfox.com

Warren T. Burns
Daniel H. Charest
BURNS CHAREST LLP 500 North Akard
Street, Suite 2810
Dallas, TX 75201 Telephone: (469) 904-4550
wburns@burnscharest.com
dcharest@burnscharest.com

*Interim Plaintiffs' Executive Committee*