**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION | |
| This Document Relates To: | **MDL Docket No. 2656**<br>**Misc. No. 15-1404 (CKK)** |
| ALL CASES | |

Pursuant to this Court's Minute Order of March 24, 2016, Defendants in the above-

captioned matter respectfully submit the following cases in support of their argument that

Plaintiffs' request to lift the stay of discovery should be denied:

- *In re Rail Freight Fuel Surcharge Antitrust Litig.*, 1:07-MC-00489-PLF-GMH, ECF 114 (D.D.C. June 23, 2008) (Friedman, J.).
- *Faith Satellite Radio, LLC v. Lutheran Church Missouri Synod*, No. CIV.A. 10-1373, 2010 WL 3909467, at *1 (D.D.C. Oct. 4, 2010) (Kollar-Kotelly, J.).
- *Lowe v. Drug Enforcement Admin.*, No. CIV.A. 06-1133, 2007 WL 2104309, at *7 (D.D.C. July 22, 2007) (Kollar-Kotelly, J.).
- *Wada v. U.S. Secret Serv.*, 525 F. Supp. 2d 1, 10-11 (D.D.C. 2007) (Kollar-Kotelly, J.).
- *Anderson v. United States Attorneys Office*, No. CIV.A. 91-2262, 1992 WL 159186, at *1 (D.D.C. June 19, 1992) (Oberdorfer, J.).
- *Chavous v. D.C. Fin. Responsibility & Mgmt. Assistance Auth.*, 201 F.R.D. 5 (D.D.C. 2001) (Robinson, M.J.).
- *Sky Angel U.S., LLC v. Nat'l Cable Satellite Corp.*, 296 F.R.D. 1, 2-3 (D.D.C. 2013) (Contreras, J.).
- *In re Commodity Exchange, Inc. Gold Futures and Options Trading Litig.*, No. 14-MD-2548, ECF No. 22 (S.D.N.Y. Oct. 20, 2014).
- *In re Flash Memory Antitrust Litig.*, No. C 07-0086 SBA, 2007 U.S. Dist. LEXIS 95869, *28-29 (N.D. Cal. Dec. 24, 2007).
- *In re Graphics Processing Units Antitrust Litig.*, No. C 06-07417 WHA, 2007 WL 2127577, at *4-5 (N.D. Cal. July 24, 2007).
- *In re LIBOR-Based Financial Instruments Antitrust Litig.*, No. 11-MD-2262 (NRB), ECF No. 489 (S.D.N.Y. Oct. 18, 2013).
- *In re N. Sea Brent Crude Oil Futures Litig.*, No. 13-md-2475, ECF Nos. 72, 123 (S.D.N.Y. Jan. 2, 2014; April 22, 2014).
- *In re Platinum and Palladium Antitrust Litig.*, No. 14-cv-9391-GHW, ECF No. 48 (S.D.N.Y. Apr. 21, 2015).
- *In re Term Commodities Cotton Futures Litig.*, No. 12 Civ. 5126, 2013 WL 1907738, at *5-7 (S.D.N.Y. May 8, 2013).
- *Laydon v. Mizuho Bank, Ltd.*, No. 12-cv-3419, ECF No. 362 (S.D.N.Y. Aug. 18, 2014).

Dated:  March 28, 2016                              Respectfully submitted,

/s/ Paul T. Denis                                    /s/ James P. Denvir
Paul T. Denis                                        James P. Denvir
DECHERT LLP                                          BOIES, SCHILLER & FLEXNER LLP
1900 K Street, NW                                    5301 Wisconsin Ave., NW
Washington, D.C. 20006                               Washington, D.C. 20015
Telephone: (202) 261-3430                            Telephone: (202) 895-7560
Facsimile: (202) 261-3333                            Facsimile: (202) 237-6131

Carolyn M. Hazard                                    *Counsel for Delta Air Lines, Inc.*
DECHERT LLP
Cira Centre, 2929 Arch St.                            /s/ Alden L. Atkins
Philadelphia, PA 19104                               Alden L. Atkins
Telephone: (215) 994-2247                            VINSON & ELKINS LLP
Facsimile: (215) 655-2247                            2200 Pennsylvania Ave., NW
                                                     Suite 500 West
Richard G. Parker                                    Washington, D.C.  20037
Benjamin G. Bradshaw                                 Telephone:  (202) 639-6613
Katrina Robson                                       Facsimile:  (202) 879-8813
O'MELVENY & MYERS LLP
1625 Eye Street, NW                                  *Counsel for Southwest Airlines Co.*
Washington, D.C. 20006                                /s/ Kent A. Gardiner
Telephone: (202) 383-5380                            Kent A. Gardiner
Facsimile: (202) 383-5414                            Joseph L. Meadows
                                                     CROWELL & MORING LLP
*Counsel for American Airlines, Inc. and*            1001 Pennsylvania Ave., NW
*American Airlines Group, Inc.*                      Washington, DC 20004
                                                     Telephone:  (202) 624-2500
                                                     Facsimile:  (202) 628-5116
                                                     kgardiner@crowell.com

                                                     /s/ Paul L. Yde
                                                     Paul L. Yde
                                                     FRESHFIELDS BRUCKHAUS DERINGER
                                                     700 13th Street, NW, 10th Floor
                                                     Washington, DC 20005-3960
                                                     Telephone:  (202) 777 4500
                                                     Facsimile:  (202) 777 4555
                                                     paul.yde@freshfields.com

                                                     *Counsel for United Continental Holdings, Inc.*
                                                     *and United Airlines, Inc.*

## CERTIFICATE OF SERVICE

I certify that on March 28, 2016, I caused the foregoing to be filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all interested parties registered for electronic filing.

/s/ James P. Denvir
James P. Denvir
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., NW
Washington, D.C. 20015
Telephone: (202) 895-7560
Facsimile: (202) 237-6131
jdenvir@bsfllp.com

*Counsel for Delta Air Lines, Inc.*