## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION** ) ) ) ) ) **This Document Relates To:** ) ) ALL CASES ) ) | **MDL Docket No. 2656** **Misc. No. 15-1404 (CKK)** |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE THAT Abby L. Dennis of Boies, Schiller & Flexner LLP, located at 5301 Wisconsin Ave, NW, Washington, DC 20015, telephone number 202-237-2727, facsimile 202-237-6131, hereby enters an appearance in this matter on behalf of Delta Air Lines, Inc., and requests to be added to the CM/ECF system list in this case at the following email address:

adennis@bsfllp.com

Date: March 29, 2016

Respectfully submitted,

/s/ *Abby L. Dennis*_____
Abby L. Dennis (#994476)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., NW
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
adennis@bsfllp.com

*Attorney for Delta Air Lines, Inc.*