UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION**<br><br>**This Document Relates To:**<br><br>ALL CASES | MDL Docket No. 2656<br><br>Misc. No. 15-1404 (CKK) |

## CERTIFICATE REQUIRED BY RULE LCvR 7.1

I, the undersigned, counsel of record for American Airlines, Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of American Airlines, Inc. which have any outstanding securities in the hands of the public:

      American Airlines Group Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for American Airlines, Inc.

Dated: May 11, 2016

      /s/ Katrina M. Robson
Katrina M. Robson (Bar No. 989341)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
(202) 383-5300 (telephone)
(202) 383-5414 (facsimile)
krobson@omm.com