**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION | **MDL Docket No. 2656**<br>**Misc. No. 15-1404 (CKK)** |
| This Document Relates To:<br><br>ALL CASES | |

**ORDER**
(October 28, 2016)

For the reasons stated in the accompanying Memorandum Opinion, it is, this 28th day of October, 2016, hereby

**ORDERED** that Defendants' [106] Motion to Dismiss Plaintiffs' Consolidated Amended Complaint is DENIED; and it is further

**ORDERED** that Defendants shall file their Answer to the Plaintiffs' [91] Consolidated Amended Class Action Complaint by no later than **November 28, 2016**.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　**COLLEEN KOLLAR-KOTELLY**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE