IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION <br><br> This Document Relates To: <br><br> ALL CASES | MDL Docket No. 2656 <br><br> Misc. No. 15-1404 (CKK) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE THAT the undersigned hereby withdraws his Motion for Admission *Pro Hac Vice* of Jeffrey A. N. Kopczynski (Dkt. No. 148).

Date:  January 24, 2017

Respectfully submitted,

 /s/ Benjamin G. Bradshaw
Benjamin G. Bradshaw (D.C. Bar # 460539)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
(202) 383-5300 (telephone)
(202) 383-5414 (facsimile)

*Counsel for American Airlines, Inc. and American Airlines Group Inc.*