# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION** | **MDL Docket No. 2656**<br>**Misc. No. 15-1404 (CKK)** |
| **This Document Relates To:**<br><br>**All Cases** | **DECLARATION OF SHANNON R. WHEATMAN, PH.D. IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF JOINT NOTICE PROGRAM** |

I, Shannon R. Wheatman, being duly sworn, hereby declare as follows:

1.     I am president of Kinsella Media, LLC ("KM"), an advertising and notification consulting firm in Washington, D.C. specializing in the design and implementation of class action and bankruptcy notification programs.  My business address is 2101 L Street NW, Suite 800, Washington, D.C. 20037.  My telephone number is (202) 686-4111.

2.     This declaration will describe my experience in designing and implementing notices and notice programs, as well as my credentials to opine on the overall adequacy of the notice effort.  It will also describe the notices (the "Notice" or "Notices") and the notice program (the "Notice Program") proposed here for *In re Domestic Airline Travel Antitrust Litigation*, including how they were developed and why I believe they will be effective and satisfy the requirements of Federal Rule of Civil Procedure 23(c) and due process.

3.     This declaration is based upon my personal knowledge and upon information provided by Class Counsel and my associates and staff.  The information is of a type reasonably relied upon in the fields of advertising, media, and communications.

4.     This Notice Program is related to the Settlements with Southwest Airlines Co. and American Airlines, Inc.  KM was retained to design and implement the Notice Program in this

litigation. Although each case is unique, the methods and tools used in developing the Notice Program for these Settlements have been employed in many other court-approved notice programs. This Notice Program is consistent with notice programs KM designed and implemented in other class actions, all of which have received court approval.

5. This Notice Program is similar in substantial respects to the one previously developed by KM with the Southwest Airlines Co. settlement. Information and analysis relevant to the development of the earlier notice program was used to update the Notice Program to include the American Airlines settlement.

6. In my declaration on adequacy of the notice program related to the Southwest Airlines Co. settlement, dated March 23, 2018, and submitted along with my C.V., I detailed my class action notice experience, leadership in the form and content of class action notice, and publications on notice and due process. I also provided my educational and professional experience relating to class action litigation and my ability to render opinions on the overall adequacy of a notice program. *See* ECF No. 218-2, ¶¶ 5-11.

7. I submit this declaration to describe the elements of the Notice Program.

**<u>NOTICE PROGRAM OVERVIEW</u>**

8. The proposed Notice Program was designed to reach the greatest practicable number of Class Members, ensuring that they will be exposed to the Notice and able to see, review, and understand it.

9. Although each case is unique, the methods and tools used in developing the Notice Program for these Settlements have been employed in many other court-approved notice programs.

10. To effectively reach the Class, KM recommends a Notice Program consisting of direct electronic mail ("email") notice, paid media, outreach, and a dedicated website. As detailed below, I believe this Notice Program meets due process standards and provides the best notice practicable to the Class under the circumstances. Each of these elements is described in more detail below.

**DIRECT NOTICE**

11.     A partial list of Class Members can be compiled based on email contact information provided by American, Southwest and, ultimately, the non-settling Defendants if the Court requires production of this information from them.  I understand that American, Southwest and the non-settling Defendants each have customer contact information and that, in connection with this motion, Class Counsel is seeking the reasonably accessible customer email addresses from the non-settling Defendants.   Southwest has provided its available customer email addresses to Plaintiffs.  American has not provided its available customer email addresses to Plaintiffs.[1]  I further understand that Southwest's transactional data produced in this litigation includes 41 million unique customer names and dates of birth.  I further understand that approximately 95% of those records include email contact information, meaning that Plaintiffs are in possession of roughly 38.9 million email records.

12.     The Direct Notice will consist of sending an Email Notice to potential Class Members, informing them of their legal rights and how they may participate in or opt-out of the Class.

13.     Email delivery attempts will be tracked; if an item is returned as undeliverable, commonly referred to as a "bounce," the reason is noted.  If the email address is noted as non-existent as attempted, this is referred to as a "hard" bounce, and no additional attempts to deliver the Notice to that email address will be made.   Responses where the inbox is full or other circumstances prevent delivery are referred to as "soft" bounces and will receive up to three attempts for delivery.  The timeframe to complete soft bounce re-delivery attempts may vary based on the volume of emails included in the campaign, but typically this process will be complete within a few days of receiving the bounce notification.

---

[1] The Court has not yet ruled on whether American and any of the non-settling Defendants must provide customer email addresses to Plaintiffs.

14.     The Civil Rules Advisory Committee has recently reviewed what constitutes the "best notice that is practicable" in the notes accompanying the proposed amendment to Rule 23.[2] The proposed amendment to Rule 23 is meant to clarify that modern methods of communication, such as email, are permissible means of providing notice to class members.  The proposed amendment does not require any one form of notice over another but provides courts with the ability to weigh various options that may be more effective, efficient, and promote cost savings. It is my opinion, that Email Notice provides the "best notice that is practicable" in this case because: (1) the Defendants primarily communicate with Class Members via email, (2) mailing notice would not be practicable because the cost to mail notice to millions of Class Members would exhaust the Settlement Funds, and (3) over 88% of Class Members use email.[3]

## PAID MEDIA NOTICE

15.     To supplement individual notification, KM designed a paid media program to reach Class Members who do not receive an Email Notice.

### *Media Methodology*

16.     KM employs methodology and measurement tools used in the media planning and advertising industry for designing and measuring the adequacy of a paid media program to reach a particular audience.  To design the Paid Media Notice segment of the Notice Program, KM identified and selected demographics that encompass the characteristics of Class Members.  Media vehicles were analyzed and selected for their strength and efficiency in reaching these

---

[2] Fed. R. Civ. P. 23(c)(2)(B).  Advisory Committee on Civil Rules, Rule 23 Subcommittee Report (August 25–26, 2017).  The amendments to Rule 23 are on track to become effective December 1, 2018, www.uscourts.gov/rules-policies/pending-rules-and-forms-amendments (last visited July 9, 2018).

[3] GfK MRI, *2017 Doublebase Study*. GfK MRI produces an annual Doublebase, a study of more than 50,000 adults providing two full years of data.  The MediaMark sample includes over 25,000 respondents.  Fieldwork is done in two waves per year, each lasting six months and consisting of 13,000 interviews.  At the end of the interview, the fieldworker presents a self-administered questionnaire that measures approximately 500 product/service categories, 6,000 brands, and various lifestyle activities.

demographic targets and then quantified to provide results for the court on the adequacy of the notice.

17.     For the purpose of developing profiles of the demographics and the media habits of Class Members, KM analyzed syndicated data available from GfK MRI's 2017 *Doublebase Study*[4] and comScore.[5]  GfK MRI is a nationally accredited media and marketing research firm that provides syndicated data on audience size, composition, and other relevant factors pertaining to major media including broadcast, magazines, newspapers, and outdoor advertising.  GfK MRI provides a single-source of major media, products, services, and in-depth consumer demographic and lifestyle/psychographic characteristics.  comScore, Inc. is a source of Internet audience measurement for advertising agencies, publishers, marketers, and financial analysts.

18.     GfK MRI provides specific information on Adults 18 years of age or older who have used Southwest, American/American Eagle, Delta, or United Airlines domestically ("Airline Flyers").  KM used the target to ensure that all media selected is appropriate for that target.

19.     To effectively reach the Class, the broad-based notice program will include paid media advertising.  Where individual addresses for purposes of direct mail are not available for the entire class, as is the case here, these protocols are appropriate, have consistently met the approval of courts and meet the standards of due process.

*National Media*

20.     The Notice Program includes digital advertising to provide Class Members with additional notice opportunities.  Over 94% of Airline Flyers have used the Internet in the past 30 days.[6]  Internet advertising delivers an immediate message and allows the viewer of an advertisement to instantly click through to a website for further information.  Banner ads are typically located either at the top or side of a website page.

---

    [4] *Id.*

    [5] comScore, Inc. is a source of Internet audience measurement for advertising agencies, publishers, marketers and financial analysts.  comScore measures Internet usage and other activity through monitoring software installed on the computers of a panel of approximately.

    [6] GfK MRI 2017 *Doublebase Study*.

21. KM will produce a banner advertisement that will provide information on the Settlements. Delivery of Internet impressions to specific sites and categories within sites are subject to availability at the time KM purchases the media.

22. Banner ads will appear on one or more of the following online networks.[7] Each network listed below partners with thousands of websites to distribute online ads across their network. A list of properties and websites in the networks is attached as **Exhibit 1**.

| NETWORK | AD SIZE | SUMMARY |
|---|---|---|
| CONVERSANT | 728x90, 300x250, 160x600 | Online advertising company and comScore Top 20 Ad Network. |
| facebook | 254x133 | A free, global social networking website that helps people communicate with friends, family, and coworkers. |
| Oath: A Verizon company | 728x90, 300x250, 160x600 | Verizon subsidiary that contains, AOL, Yahoo!, and other media brands (such as HuffPost, TechCrunch, Engadget, and many others). Delivers advanced and advertising technology solutions across mobile, video, search, native, and programmatic advertising. |
| RHYTHMONE | 728x90, 300x250, 160x600 | An ad network providing programmatic, enterprise, and mobile platform solutions. |

23. Banner ads will also be placed on various websites in the United States Territories. Ads will be geo-targeted to reach people residing in the territories of the United States. Sample sites may include, www.guampdn.com, www.samoanews.com, and/or www.virginislandsdailynews.com.

---

[7] The scope of the online media campaign will be known after KM can determine the percentage of the Class that can be reached through Email Notice.

24.     The Publication Notice may appear in the following magazine[8]:

| MAGAZINE | AD SIZE | CIRCULATION | SUMMARY |
|---|---|---|---|
| TIME | 2" x 10" | 3,000,000 | *Time* is a weekly news magazine covering national and international people, places, and events. |

***Paid Media Delivery***

25.     For the purpose of evaluating the strength and efficiency of the media, the Internet was measured against the target audience to establish the estimated *reach*[9] of the media program. In combination with direct notice, an estimated minimum of 70% of Airline Flyers will be reached. I estimate that the Notice Program will reach a minimum of 70% of Airline Flyers even if Plaintiffs do not obtain email customer contact information from American and the non-settling Defendants and have email records only from Southwest. I do understand that Plaintiffs are seeking additional customer contact information from American and the non-settling Defendants and strongly believe that notice programs are greatly enhanced when all defendants provide customer contact information, particularly email addresses. To the extent that Plaintiffs are successful in obtaining these records, I reserve the right to revise my estimated reach of 70% upwards.

26.     The reach of the target audience and the number of exposure opportunities is the best notice practicable under the circumstances, and the Notice Program is consistent with the standards employed by KM in notification programs designed to reach identified and unidentified members of settlements.

## EARNED MEDIA

27.     An earned media program will be implemented to amplify the paid media and provide additional notice to Class Members. A nationwide press release will be distributed on

---

[8] If we reach over 25% of the Class with Email Notice, the print publication will not be necessary.

[9] Reach is the estimated number of different people exposed to a specific vehicle or combination of vehicles. It can be expressed as a whole number or percentage of the total population.

P.R. Newswire's US1 news circuit reaching approximately 15,000 print and online media outlets and more than 5,400 websites, databases, and online services. The distribution will also target journalists and influencers in the transportation industry. The release will highlight the toll-free telephone number and Settlement website address, so Class Members can obtain complete information.

**ONLINE OUTREACH**

28. An outreach program will also be implemented to further enhance coverage and reach among the Class.

29. Outreach efforts will include:

a. Blog & Reporter Outreach: Email influential bloggers, reporters, and online outlets that cover relevant topics (*e.g.*, travel, travel deals, etc.) and ask them to share news of the Settlements with their followers.

b. Targeted Class Action & Related Topics: Contact websites, forums, and blogs that post about class action settlements, deals, and other related offers and ask them to share news of the Settlements with their followers.

**ADMINISTRATION COMPONENTS**

30. A website will be established at www.DomesticAirClass.com to enable potential Class Members to get information on the Settlements. By accessing the website, Class Members will be able to potentially file a claim and obtain additional information and documents about the Settlements, including the Long Form Notice, Court documents, frequently asked questions, and other information. Class Members will be able to download the Long Form Notice in English and Spanish.

31. A toll-free phone number will be established, allowing Class Members to call to get additional information about the Settlements. By calling the toll-free phone number, Class Members will be able to request that a Notice be mailed to them, hear a list of frequently asked questions, and be given the option to leave a message and have someone return their call. Class Members can also register at the website to receive notice about future settlements or judgements.

32.     A post office box will be established allowing Class Members to contact Class Counsel by mail with any specific requests or questions.

## THE FORM AND CONTENT OF THE NOTICES

33.     Attached as **Exhibits 2**, **3**, and **4** are copies of the Email Notice, Publication Notice, and Long Form Notice.

34.     The Notices effectively communicate information about both Settlements.  Rule 23(c)(2) of the Federal Rules of Civil Procedure requires class action notices to be written in "plain, easily understood language."  KM applies the plain language requirement in drafting notices in federal and state class actions.  The firm maintains a strong commitment to adhering to the plain language requirement, while drawing on its experience and expertise to draft notices that effectively convey the necessary information to Class Members.

35.     The Publication Notice is designed to capture the Class Member's attention with clear, concise, plain language.  The Notice directs readers to the case website or toll-free number for more information.  The plain language text provides important information regarding the subject of the litigation, the Class definition, and the legal rights available to Class Members.  No important or required information is missing or omitted.  In fact, this Notice states all required information without omitting significant facts that Class Members need to understand their rights.

36.     The Long Form Notice will be available at the website or by calling the toll-free number.  The Long Form Notice provides substantial information, including all specific instructions Class Members need to follow to properly exercise their rights and background on the issues in the case.  It is designed to encourage readership and understanding in a well-organized and reader-friendly format.  The Long Form Notice will be available in English and Spanish.

## CONCLUSION

37.     It is my opinion that the Notice Program provides the best notice practicable under the circumstances.  It is consistent with the standards employed by KM in notification programs

designed to reach class members. The Notice Program, as designed, is fully compliant with Rule 23 of the Federal Rules of Civil Procedure and satisfies due process requirements.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Souderton, Pennsylvania this 30th day of July 2018.

_____

Dr. Shannon R. Wheatman

# EXHIBIT 1



**Display Sample Site List**

| Site Name | Category |
|---|---|
| people.com | Arts & Entertainment |
| tvguide.com | Arts & Entertainment |
| ellentv.com | Arts & Entertainment |
| vh1.com | Arts & Entertainment |
| esquire.com | Arts & Entertainment |
| essence.com | Arts & Entertainment |
| etonline.com | Arts & Entertainment |
| evite.com | Arts & Entertainment |
| extratv.com | Arts & Entertainment |
| harpersbazaar.com | Arts & Entertainment |
| hollywood.com | Arts & Entertainment |
| hollywoodreporter.com | Arts & Entertainment |
| ktla.com | Arts & Entertainment |
| LA.com | Arts & Entertainment |
| oprah.com | Arts & Entertainment |
| peoplestylewatch.com | Arts & Entertainment |
| reelz.com | Arts & Entertainment |
| sky.com | Arts & Entertainment |
| vanityfair.com | Arts & Entertainment |
| abcfamily.go.com | Arts & Entertainment |
| wikia.com | Arts & Entertainment |
| rvtrader.com | Automotive |
| cargurus.com | Automotive |
| allpar.com | Automotive |
| autoshopper.com | Automotive |
| boattrader.com | Automotive |
| caranddriver.com | Automotive |
| cars.com | Automotive |
| classiccars.com | Automotive |
| careerbuilder.com | Career & Education |
| classmates.com | Dating & Social Networking |
| eharmony.com | Dating & Social Networking |
| babycenter.com | Family & Living |
| beliefnet.com | Family & Living |
| dltk-kids.com | Family & Living |
| everydayfamily.com | Family & Living |
| nextdaypets.com | Family & Living |
| redbookmag.com | Family & Living |
| aarp.org | Family & Living |
| allyou.com | Family & Living |
| ancestry.com | Family & Living |
| apartmenttherapy.com | Family & Living |
| familycircle.com | Family & Living |
| genealogy.com | Family & Living |
| greatdad.com | Family & Living |



**Display Sample Site List**

| Site Name | Category |
|---|---|
| kidsactivitiesblog.com | Family & Living |
| learningplanet.com | Family & Living |
| lifetimemoms.com | Family & Living |
| marthastewart.com | Family & Living |
| merchantcircle.com | Family & Living |
| parenting.com | Family & Living |
| projectwedding.com | Family & Living |
| sittercity.com | Family & Living |
| addictinggames.com | Gaming |
| popcap.com | Gaming |
| systemrequirementslab.com | Gaming |
| chess.com | Gaming |
| g4tv.com | Gaming |
| gamefaqs.com | Gaming |
| gamespot.com | Gaming |
| gsn.com | Gaming |
| iwon.com | Gaming |
| neopets.com | Gaming |
| shockwave.com | Gaming |
| thesims3.com | Gaming |
| gimmesomeoven.com | Health & Fitness |
| hautecast.com | Health & Fitness |
| healthcastle.com | Health & Fitness |
| healthstatus.com | Health & Fitness |
| lifescript.com | Health & Fitness |
| livestrong.com | Health & Fitness |
| mapmyfitness.com | Health & Fitness |
| myfitnesspal.com | Health & Fitness |
| petmd.com | Health & Fitness |
| totalbeauty.com | Health & Fitness |
| webmd.com | Health & Fitness |
| drugs.com | Health & Fitness |
| fertilityfactor.com | Health & Fitness |
| fitclick.com | Health & Fitness |
| prevention.com | Health & Fitness |
| qualityhealth.com | Health & Fitness |
| runnersworld.com | Health & Fitness |
| shape.com | Health & Fitness |
| trialx.com | Health & Fitness |
| fieldandstreams.com | Hobbies & Interests |
| huntingtheoutdoors.com | Hobbies & Interests |
| outdoorlife.com | Hobbies & Interests |
| petfinder.com | Hobbies & Interests |
| 123greetings.com | Hobbies & Interests |
| cakecentral.com | Hobbies & Interests |



**Display Sample Site List**

| Site Name | Category |
|---|---|
| fotor.com | Hobbies & Interests |
| history.com | Hobbies & Interests |
| lumberjocks.com | Hobbies & Interests |
| petapixel.com | Hobbies & Interests |
| popphoto.com | Hobbies & Interests |
| popularmechanics.com | Hobbies & Interests |
| talkingpointsmemo.com | Hobbies & Interests |
| aggieskitchen.com | Home & Garden |
| allrecipes.com | Home & Garden |
| askannamoseley.com | Home & Garden |
| bobvila.com | Home & Garden |
| bunsinmyoven.com | Home & Garden |
| chow.com | Home & Garden |
| constructionequipmentguide.com | Home & Garden |
| constructionjobforce.com | Home & Garden |
| constructionwork.com | Home & Garden |
| countryliving.com | Home & Garden |
| crockingirls.com | Home & Garden |
| doityourself.com | Home & Garden |
| dreamhomesource.com | Home & Garden |
| equipmenttraderonline.com | Home & Garden |
| familyhandyman.com | Home & Garden |
| farmersadvance.com | Home & Garden |
| farmersalmanac.com | Home & Garden |
| finehomebuilding.com | Home & Garden |
| firstforwomen.com | Home & Garden |
| homeandgardendesignideas.com | Home & Garden |
| homeconstructionimprovement.com | Home & Garden |
| homedepot.com | Home & Garden |
| homefacts.com | Home & Garden |
| hometalk.com | Home & Garden |
| ifood.tv | Home & Garden |
| joyofbaking.com | Home & Garden |
| keyingredient.com | Home & Garden |
| lowes.com | Home & Garden |
| recipetips.com | Home & Garden |
| sasinteriors.net | Home & Garden |
| tastebook.com | Home & Garden |
| thisoldhouse.com | Home & Garden |
| wayfair.com | Home & Garden |
| bhg.com | Home & Garden |
| chowhound.com | Home & Garden |
| cooking.com | Home & Garden |
| desiretoinspire.net | Home & Garden |
| goodhousekeeping.com | Home & Garden |



**Display Sample Site List**

| Site Name | Category |
|---|---|
| idiotsguides.com | Home & Garden |
| justapinch.com | Home & Garden |
| rachaelrayshow.com | Home & Garden |
| recipehub.com | Home & Garden |
| rentaldecorating.com | Home & Garden |
| southernliving.com | Home & Garden |
| yummly.com | Home & Garden |
| yahoo.com | Internet |
| whatismyipaddress.com | Internet |
| move.com | Money & Finance |
| otcmarkets.com | Money & Finance |
| rentalhouses.com | Money & Finance |
| rentals.com | Money & Finance |
| therealdeal.com | Money & Finance |
| trulia.com | Money & Finance |
| vrbo.com | Money & Finance |
| apartmenthomeliving.com | Money & Finance |
| forrent.com | Money & Finance |
| investorshub.com | Money & Finance |
| nasdaq.com | Money & Finance |
| primelocation.com | Money & Finance |
| realtytrac.com | Money & Finance |
| rentalhomesplus.com | Money & Finance |
| zillow.com | Money & Finance |
| ziprealty.com | Money & Finance |
| imdb.com | Movies & Television |
| mtv.com | Movies & Television |
| rd.com | Movies & Television |
| rottentomatoes.com | Movies & Television |
| tlc.com | Movies & Television |
| tv.com | Movies & Television |
| abc.com | Movies & Television |
| abc.go.com | Movies & Television |
| abcfamily.go.com | Movies & Television |
| aetv.com | Movies & Television |
| bbcamerica.com | Movies & Television |
| bet.com | Movies & Television |
| biography.com | Movies & Television |
| bravotv.com | Movies & Television |
| film.com | Movies & Television |
| filmsnmovies.com | Movies & Television |
| metacritic.com | Movies & Television |
| moviefone.com | Movies & Television |
| movietickets.com | Movies & Television |
| mylifetime.com | Movies & Television |



**Display Sample Site List**

| Site Name | Category |
|---|---|
| nbc.com | Movies & Television |
| oxygen.com | Movies & Television |
| screenrant.com | Movies & Television |
| thesouptv.com | Movies & Television |
| univision.com | Movies & Television |
| usanetwork.com | Movies & Television |
| wetv.com | Movies & Television |
| last.fm | Music & Radio |
| mp3.com | Music & Radio |
| pandora.com | Music & Radio |
| slacker.com | Music & Radio |
| billboard.com | Music & Radio |
| cmt.com | Music & Radio |
| live365.com | Music & Radio |
| mog.com | Music & Radio |
| radio.com | Music & Radio |
| rhapsody.com | Music & Radio |
| spotify.com | Music & Radio |
| allnewspapers.com | News & Reference |
| businessinsider.com | News & Reference |
| foxnews.com | News & Reference |
| about.com | News & Reference |
| accuweather.com | News & Reference |
| answers.com | News & Reference |
| boston.com | News & Reference |
| britannica.com | News & Reference |
| cbslocal.com | News & Reference |
| chicagotribune.com | News & Reference |
| cleveland.com | News & Reference |
| cliffsnotes.com | News & Reference |
| courant.com | News & Reference |
| deseretnews.com | News & Reference |
| freep.com | News & Reference |
| gannett.com | News & Reference |
| hearst.com | News & Reference |
| howstuffworks.com | News & Reference |
| ibtimes.co.uk | News & Reference |
| infoplease.com | News & Reference |
| israelnationalnews.com | News & Reference |
| latimes.com | News & Reference |
| mcclatchy.com | News & Reference |
| merriam-webster.com | News & Reference |
| mlive.com | News & Reference |
| naplesnews.com | News & Reference |
| nbcbayarea.com | News & Reference |



**Display Sample Site List**

| Site Name | Category |
|---|---|
| newsmax.com | News & Reference |
| newstimes.com | News & Reference |
| newsweek.com | News & Reference |
| nj.com | News & Reference |
| nola.com | News & Reference |
| nypost.com | News & Reference |
| omaha.com | News & Reference |
| parade.com | News & Reference |
| pcworld.com | News & Reference |
| peru.com | News & Reference |
| philly.com | News & Reference |
| politico.com | News & Reference |
| sbsun.com | News & Reference |
| seattletimes.com | News & Reference |
| sfgate.com | News & Reference |
| startribune.com | News & Reference |
| thefreedictionary.com | News & Reference |
| topix.com | News & Reference |
| tribune.com | News & Reference |
| vosizneias.com | News & Reference |
| washingtonpost.com | News & Reference |
| weather.com | News & Reference |
| whec.com | News & Reference |
| wordreference.com | News & Reference |
| wunderground.com | News & Reference |
| yellowpages.com | News & Reference |
| abclocal.go.com | News & Reference |
| abcnews.go.com | News & Reference |
| baltimoresun.com | News & Reference |
| bbc.com | News & Reference |
| bostonherald.com | News & Reference |
| businessweek.com | News & Reference |
| chicagosuntimes.com | News & Reference |
| courierpress.com | News & Reference |
| csmonitor.com | News & Reference |
| ctpost.com | News & Reference |
| dailybreeze.com | News & Reference |
| dailybulletin.com | News & Reference |
| dailycamera.com | News & Reference |
| dailypress.com | News & Reference |
| detroitnews.com | News & Reference |
| dictionary.com | News & Reference |
| ehow.com | News & Reference |
| examiner.com | News & Reference |
| guardiannews.com | News & Reference |



**Display Sample Site List**

| Site Name | Category |
|---|---|
| guinnessworldrecords.com | News & Reference |
| helium.com | News & Reference |
| heraldtribune.com | News & Reference |
| howtodothings.com | News & Reference |
| independentmail.com | News & Reference |
| irishtimes.com | News & Reference |
| jpost.com | News & Reference |
| kirotv.com | News & Reference |
| kitsapsun.com | News & Reference |
| legacy.com | News & Reference |
| mcall.com | News & Reference |
| motherjones.com | News & Reference |
| nbc4i.com | News & Reference |
| newsbusters.org | News & Reference |
| newsday.com | News & Reference |
| newsnet5.com | News & Reference |
| newspress.com | News & Reference |
| northjersey.com | News & Reference |
| nwherald.com | News & Reference |
| nydailynews.com | News & Reference |
| nytimes.com | News & Reference |
| opposingviews.com | News & Reference |
| orlandosentinel.com | News & Reference |
| pasadenastarnews.com | News & Reference |
| presstelegram.com | News & Reference |
| prospect.org | News & Reference |
| redding.com | News & Reference |
| reference.com | News & Reference |
| reporternews.com | News & Reference |
| sanantonio.com | News & Reference |
| sanluisobispo.com | News & Reference |
| sigalert.com | News & Reference |
| syracuse.com | News & Reference |
| tcpalm.com | News & Reference |
| theglobeandmail.com | News & Reference |
| thesaurus.com | News & Reference |
| timesrecordnews.com | News & Reference |
| torontosun.com | News & Reference |
| usnews.com | News & Reference |
| utsandiego.com | News & Reference |
| voxxi.com | News & Reference |
| whitepages.com | News & Reference |
| wptv.com | News & Reference |
| cyberhomes.com | News & Reference |
| homefinder.com | Real Estate |



**Display Sample Site List**

| Site Name | Category |
|---|---|
| realtor.com | Real Estate |
| zulily.com | Real Estate |
| homes.com | Real Estate |
| rent.com | Real Estate |
| apartmentratings.com | Real Estate |
| apartments.com | Real Estate |
| forsalebyowner.com | Real Estate |
| livescience.com | Science & Nature |
| nationalgeographic.com | Science & Nature |
| grist.org | Science & Nature |
| popsci.com | Science & Nature |
| scientificamerican.com | Science & Nature |
| space.com | Science & Nature |
| treehugger.com | Science & Nature |
| babiesrus.com | Shopping |
| coupon.com | Shopping |
| ebay.com | Shopping |
| hotcouponworld.com | Shopping |
| kmart.com | Shopping |
| kohls.com | Shopping |
| mycokerewards.com | Shopping |
| mysimon.com | Shopping |
| newegg.com | Shopping |
| target.com | Shopping |
| toysrus.com | Shopping |
| walmart.com | Shopping |
| bargainist.com | Shopping |
| couponmom.com | Shopping |
| gifts.com | Shopping |
| overstock.com | Shopping |
| slickdeals.org | Shopping |
| smartsource.com | Shopping |
| myjewishlearning.com | Society & Culture |
| footballrecruiting.rivals.com | Sports & Recreation |
| mlbtraderumors.com | Sports & Recreation |
| nextsportstar.com | Sports & Recreation |
| premierleague.com | Sports & Recreation |
| wgt.com | Sports & Recreation |
| beckett.com | Sports & Recreation |
| csnbaltimore.com | Sports & Recreation |
| goal.com | Sports & Recreation |
| golf.com | Sports & Recreation |
| gozags.com | Sports & Recreation |
| milb.com | Sports & Recreation |
| mlb.com | Sports & Recreation |



**Display Sample Site List**

| Site Name | Category |
|---|---|
| mlbplayers.mlb.com | Sports & Recreation |
| motorsport.com | Sports & Recreation |
| nbcsports.com | Sports & Recreation |
| nesn.com | Sports & Recreation |
| pgatour.com | Sports & Recreation |
| pointstreak.com | Sports & Recreation |
| rivals.com | Sports & Recreation |
| rotoworld.com | Sports & Recreation |
| skysports.com | Sports & Recreation |
| surf-report.com | Sports & Recreation |
| tennis.com | Sports & Recreation |
| universalsports.com | Sports & Recreation |
| usta.com | Sports & Recreation |
| earthlink.net | Technology & Computing |
| skype.com | Technology & Computing |
| reviewed.com | Technology & Computing |
| bedandbreakfast.com | Travel |
| timeanddate.com | Travel |
| bestdestinationwedding.com | Travel |
| bestplaces.net | Travel |
| cheapoair.com | Travel |
| cyberrentals.com | Travel |
| flightaware.com | Travel |
| flightstats.com | Travel |
| fodors.com | Travel |
| homeaway.com | Travel |
| mapquest.com | Travel |
| onetravel.com | Travel |
| randmcnally.com | Travel |
| vacationrentals.com | Travel |
| visitlondon.com | Travel |
| expedia.com | Travel |
| hotels.com | Travel |
| yelp.com | Travel |
| yankeemagazine.com | Travel |

# RhythmOne Sample Sites

| Auto | Business | Education |
|------|----------|-----------|
| 240Sxforums.com | 247Wallst.com | 123Certificates.com |
| 2Carpros.com | Advfn.com | 123Child.com |
| 300Cforums.com | Allbusiness.com | 123Teachme.com |
| 4Wdandsportutility.com | Bankrate.com | 4Teachers.org |
| 4Wheeloffroad.com | Barrons.com | 4Tests.com |
| 6Speedonline.com | Benzinga.com | A2Zcolleges.com |
| 8Thcivic.com | Bizjournals.com | Aaamath.com |
| Acura-Legend.com | Bizsugar.com | Aaastudy.com |
| Acuraworld.com | Bloomberg.com | Abcteach.com |
| Acurazine.com | Bundle.com | All-Science-Fair-Projects.com |
| Allfordmustangs.com | Business.com | Allkidsnetwork.com |
| Aolautos.com | Businessinsider.com | Analyzemath.com |
| Atv.com | Businessmart.com | Aplusmath.com |
| Atvconnection.com | Businessnewsdaily.com | Apples4Theteacher.com |
| Atvrideronline.com | Businesspundit.com | Atozteacherstuff.com |
| Atvtraderonline.com | Businessweek.com | Awesomelibrary.org |
| Audiforums.com | Cashmoneylife.com | Basic-Mathematics.com |
| Audiworld.com | Christianpf.com | Bigiqkids.com |
| Audizine.com | Citizeneconomists.com | Biologycorner.com |
| Autabuy.com | Cnbc.com | Bogglesworldesl.com |
| Autoblog.com | Cnnmoney.com | Buildingrainbows.com |
| Autobuyguide.com | Consumeraffairs.com | Busyteacher.org |
| Autobytel.com | Dailybail.com | Cambridge.org |
| Autoforums.com | Dailyfinance.com | Canteach.Ca |
| Autoguide.com | Dnb.com | Chacha Definitions |
| Automd.com | Dolans.com | Childcarelounge.com |
| Automedia.com | Economist.com | Citationmachine.net |
| Automobilemag.com | Emurse.com | Classbrain.com |
| Automotive.com | Entrepreneur.com | Classesusa.com |
| Automotto.com | Esignal.com | Classroomclipart.com |
| Autos.com | Fastcompany.com | Classroomjr.com |
| Autoshopper.com | Findarticles.com | Collegeboard.com |
| Autosite.com | Finviz.com | Collegebound.net |
| Autospies.com | Firstinterstatebank.com | Collegeconfidential.com |
| Autotrader.com | Fool.com | Collegeprowler.com |
| Autotraderclassics.com | Forbes.com | Collegeview.com |
| Autotraderlatino.com | Foxbusiness.com | Coolmath-Games.com |
| Autoweek.com | Ft.com | Coolmath.com |
| Bikez.com | Greatergood.com | Coolmath4Kids.com |
| Bimmerfest.com | Hoovers.com | Coolmath4Parents.com |
| Bimmerforums.com | Howthemarketworks.com | Coolmath4Teachers.com |
| Bimmerwerkz.com | Ibtimes.com | Cramster.com |
| Blazerforum.com | Inc.com | Cut-The-Knot.org |
| Bmw.com | Interest.com | Discoveryeducation.com |
| Boattrader.com | Investorplace.com | Dositey.com |
| Cadillacforums.com | Investors.com | Earlyamerica.com |
| Camaroforums.com | Kiplinger.com | Earlychildhoodlinks.com |

# RhythmOne Sample Sites

| | | |
|---|---|---|
| Camaroz28.com | Learningmarkets.com | Edinformatics.com |
| Caranddriver.com | Manta.com | Educationamerica.net |
| Caraudio.com | Marketintelligencecenter.com | Educationworld.com |
| Carcomplaints.com | Marketwatch.com | Edupics.com |
| Carcraft.com | Moneyandmarkets.com | Elearners.com |
| Cardomain.com | Moneycontrol.com | Englishclub.com |
| Carfax.com | Moneyhelpforchristians.com | Englishforums.com |
| Cars.com | Moneynews.com | Engrade.com |
| Carsdirect.com | Moreintelligentlife.com | Epals.com |
| Cars-On-Line.com | Morningstar.com | Everythingpreschool.com |
| Carsoup.com | Mortgage101.com | Exforsys.com |
| Challengertalk.com | Mybudget360.com | Ezschool.com |
| Chargerforums.com | Nakedcapitalism.com | Factmonster.com |
| Cherokeeforum.com | Nasdaq.com | Fafsaonline.com |
| Cherokeesrt8.com | Optionszone.com | Familiesonlinemagazine.com |
| Chevelles.com | Portfolio.com | Financefreak.com |
| Chevroletforum.com | Quote.com | Firehotquotes.com |
| Chevyhiperformance.com | Ragingbull.com | First-School.Ws |
| Circletrack.com | Regions.com | Free-Ed.net |
| Civicforums.com | Reuters.com | Freemathworksheets.net |
| Classiccars.com | Rttnews.com | Freethesaurus.net |
| Classictrucks.com | Savvysugar.com | Funeducation.com |
| Classyauto.com | Seekingalpha.com | Funnelbrain.com |
| Clublexus.com | Smallbiztrends.com | Funnylearn.com |
| Commercialtrucktrader.com | Smartmoney.com | Gamequarium.com |
| Competitiondiesel.com | Stocktwits.com | Gamequarium.org |
| Conceptcarz.com | Streetinsider.com | Geekinterview.com |
| Corvettefever.com | Thefinancials.com | Gradesaver.com |
| Corvetteforum.com | Theiraqidinar.com | Gradschools.com |
| Cumminsforum.com | Thesimpledollar.com | Grammarbook.com |
| Customclassictrucks.com | Thestreet.com | Guidingtech.com |
| Customtacos.com | Timesofmoney.com | Helpingwithmath.com |
| Cycletrader.com | Timothysykes.com | Hippocampus.org |
| Dakota-Durango.com | Tradershuddle.com | Historycentral.com |
| Dealsonwheels.com | Uncommonwisdomdaily.com | Historyorb.com |
| Dieselbombers.com | Venturebeat.com | Hnn.Us |
| Dieselplace.com | Wallstreetoasis.com | Hotchalk.com |
| Dieselpowermag.com | Wallstreetsurvivor.com | Hotmath.com |
| Dieseltruckresource.com | Wisebread.com | Hubbardscupboard.org |
| Digitalcorvettes.com | Wordiq.com | Icoachmath.com |
| Dirtrider.com | Xe.com | Imtranslator.com |
| Dodgeforum.com | Yahoo! Finance | Imtranslator.net |
| Dodgetalk.com | Youngmoney.com | Incwell.com |
| Dragtimes.com | Zacks.com | Innerbody.com |
| Driverside.com | | Insidehighered.com |
| Dsmtalk.com | | Insideschools.org |
| Dupontregistry.com | | K12Jobspot.com |
| Duramaxforum.com | | K12Reader.com |

# RhythmOne Sample Sites

E46Fanatics.com
Edmunds.com
Egmcartech.com
Equipmenttraderonline.com
Erepairables.com
Europeancarweb.com
Eurotuner.com
Everycarlisted.com
F150Forum.com
F150Online.com
Familycar.com
Familycarguide.com
Fastfever.com
Fjcruiserforums.com
Fordforums.com
Fordmuscleforums.com
Ford-Trucks.com
Fourwheeler.com
Fullsizebronco.com
Fullsizechevy.com
Fyidriving.com
G35Driver.com
Getauto.com
Gixxer.com
Gmhightechperformance.com
Gminsidenews.com
Greencar.com
Greencarreports.com
Gsxr.com
Gtcarlot.com
Hardcoresledder.com
Hdforums.com
Hemmings.com
Highperformancepontiac.com
Hondaaccordforum.com
Hondacivicforum.com
Hondahookup.com
Hondamarketplace.com
Honda-Tech.com
Hondatuningmagazine.com
Hotbikeweb.com
Hotrod.com
Houston-Imports.com
Hybridcars.com
Hyundai-Forums.com
Ih8Mud.com
Impalaforums.com
Importtuner.com

Kidport.com
Kidprintables.com
Kidsastronomy.com
Kidsdinos.com
Kidsgeo.com
Kidsknowit.com
Kidslearningstation.com
Kidsnumbers.com
Kidsource.com
Kidspast.com
Knowledgeadventure.com
Knowledgehound.com
Learn2Type.com
Learninggamesforkids.com
Learningplanet.com
Lessonplanspage.com
Linguanaut.com
Localschooldirectory.com
Makebeliefscomix.com
Math-Aids.com
Math-Drills.com
Math.com
Mathgoodies.com
Mathopenref.com
Mathplayground.com
Mathsisfun.com
Mathwarehouse.com
Mathway.com
Mathwizz.com
Mes-English.com
Momsminivan.com
Motivatingquotes.com
Mrnussbaum.com
Multiplication.com
Mymajors.com
Neok12.com
Nineplanets.org
Onecle.com
Online-Literature.com
Onlinemathlearning.com
Openculture.com
Papercamp.com
Paralink.com
Pecentral.org
Physicalgeography.net
Pinoytutorial.com
Planetpals.com
Powertyping.com

# RhythmOne Sample Sites

| Sports | Health |
|--------|--------|
| 247Sports.com | 101Cookbooks.com |
| 5Thround.com | 3Fatchicks.com |
| 6Magazineonline.com | Aboutplasticsurgery.com |
| Accuscore.com | Aligntheself.com |
| Aggieathletics.com | All-Allergies.com |
| Allisports.com | Alliancehealth.com |
| Arbitersports.com | Alliancehealthnetworks.com |
| Arcticchat.com | Aperderpeso.com |
| Arenafootball.com | Arthritisconnect.com |
| Arizonawildcats.com | Athlinks.com |
| Arrowheadpride.com | Babyfit.com |
| As.com | Babygenderprediction.com |
| Athlonsports.com | Babymed.com |
| Atvriders.com | Backpainconnect.com |
| Auburntigers.com | Bcbst.com |
| Awfulannouncing.com | Bettermedicine.com |
| Backcountry.com | Biggestloserclub.com |
| Badlefthook.com | Biomedcentral.com |
| Balljunkie.com | Bliss.com |
| Ballparks.com | Blogsoflove.com |
| Baltimorebeatdown.com | Bodybuilders.com |
| Barstoolsports.com | Bodybuilding.com |
| Baseball-Almanac.com | Calorielab.com |
| Baseball-Reference.com | Caloriesperhour.com |
| Baseballamerica.com | Carepages.com |
| Baseballprospectus.com | Caring.com |
| Basketball-Reference.com | Celiac.com |
| Baylorbears.com | Chrisendres.com |
| Bceagles.com | Copdconnect.com |
| Behindthesteelcurtain.com | Dailyburn.com |
| Bigblueview.com | Dailyglow.com |
| Bigcatcountry.com | Dailyrx.com |
| Bigsoccer.com | Dailyspark.com |
| Bikepedia.com | Dailystrength.org |
| Bikepics.com | Datingish.com |
| Bikeradar.com | Deniseaustin.com |
| Bikez.com | Diabetesdaily.com |
| Bizofbaseball.com | Diabeticconnect.com |
| Bjpenn.com | Diabeticlivingonline.com |
| Blackshoediaries.com | Diet.com |
| Blazersedge.com | Dietsinreview.com |
| Bleacherreport.com | Dlife.com |
| Bleedcubbieblue.com | Doctor.com |
| Bleedinggreennation.com | Doctorslounge.com |
| Blitzcorner.com | Drscore.com |
| Bloggingtheboys.com | Drugs.com |
| Bloguin.com | Drugstore.com |

# RhythmOne Sample Sites

Bloodyelbow.com
Bmxonline.com
Bnqt.com
Boating.com
Bobsblitz.com
Bodybuildingforyou.com
Bonktown.com
Booooooom.com
Bowl.com
Boxingscene.com
Boxrec.com
Brightsideofthesun.com
Brosome.com
Buckeyextra.com
Bustedcoverage.com
Cagepotato.com
Cagesideseats.com
Calbears.com
Calltothepen.com
Camelclutchblog.com
Canoekayak.com
Cantstopthebleeding.com
Cascity.com
Caughtoffside.com
Cbssports.com
Celticsblog.com
Celticslife.com
Chainlove.com
Charlesbarkley.com
Chicago-Fire.com
Chivascampeon.com
Churchilldowns.com
Cincyjungle.com
Clemsontigers.com
Coedmagazine.com
Colts.com
Concretedisciples.com
Cosbysweaters.com
Covers.com
Cricbuzz.com
Crictime.com
Csnbaltimore.com
Csnphilly.com
Csnwashington.com
Cstv.com
Ctothejl.com
Cuzoogle.com
Cybergolf.com

Drweil.com
Dukediet.com
Earthclinic.com
Ecofriend.com
Ehealthforum.com
Ehealthmd.com
Ehealthme.com
Emaxhealth.com
Emedicinehealth.com
Emedtv.com
Empowher.com
Endocrineweb.com
Epigee.org
Epilepsy.com
Everydayhealth.com
Familydoctor.org
Fieldhealth.com
Fitceleb.com
Fitclick.com
Fitday.com
Fitness.com
Fitnessmagazine.com
Fitpregnancy.com
Fitsugar.com
Fitwatch.com
Flexonline.com
Fpnotebook.com
Freedieting.com
Freemd.com
Globalrph.com
Goldbamboo.com
Goodcholesterolcount.com
Greendiary.com
Healingwell.com
Health.com
Healthboards.com
Healthcaremagic.com
Healthcastle.com
Healthcentral.com
Healthdeals.com
Healtheagle.com
Healthgrades.com
Healthguru.com
Healthhype.com
Healthkicker.com
Healthline.com
Healthmad.com
Healthpricer.com

# RhythmOne Sample Sites

Cyclingnews.com
Cyclonefanatic.com
Dallascowboys.com
Dcunited.com
Deadspin.com
Dimemag.com
Dogfunk.com
Draftace.com
Draftexpress.com
Draysbay.com
Drf.com
Duckhuntingchat.com
Eastsideboxing.com
Egotvonline.com
Epiccarnival.com
Epicski.com
Epltalk.com
Equinehits.com
Espnbroadband.com
Espncricinfo.com
Espndeportes.com
Espnradio.com
Espnscrum.com
Espnshop.com
Espnsoccernet.com
Espnzone.com
Everydayshouldbesaturday.com
Exriders.com
Fanball.com
Fancorps.com
Fangraphs.com
Fannation.com
Fansedge.com
Fanster.com
Fantasybaseballdugout.com
Fbschedules.com
Fearthesword.com
Fftoolbox.com
Fieldandstream.com
Fightingillini.com
Fightline.com
Fightnews.com
Findmmagym.com
Fishingbuddy.com
Fishingclub.com
Fishingworks.com
Fiveouncesofpain.com
Flightclub.com

Healthscout.com
Healthstatus.com
Healthvideo.com
Healthylivingwithellie.com
Healthyplace.com
Heartconnect.com
Home-Remedies-For-You.com
Hystersisters.com
I-Am-Pregnant.com
Ifitandhealthy.com
Jillianmichaels.com
Joybauer.com
Justbreastimplants.com
Kevinmd.com
Kidshealth.org
Lctv.com
Lensmart.com
Lifescript.com
Livestrong.com
Locateadoc.com
Lovepanky.com
Lyrica.com
Makemeheal.com
Mapmyfitness.com
Mapmyride.com
Mapmyrun.com
Mayoclinic.com
Mdjunction.com
Mdlinx.com
Medgadget.com
Medhelp.org
Medicalnewstoday.com
Medicalvideos.Us
Medicinenet.com
Medilexicon.com
Medindia.com
Medpagetoday.com
Medscape.com
Medscape.org
Medterms.com
Mensfitness.com
Menshealthbase.com
Mommypage.com
Muscleandfitness.com
Muscleandfitnesshers.com
My-Calorie-Counter.com
Myfitnesspal.com
Myhealthnewsdaily.com

# RhythmOne Sample Sites

Gophersports.com
Gopsusports.com
Gostanford.com
Gotigersgo.com
Grantland.com
Grindtv.com
Gunsandammo.com
Gunshopfinder.com
Gunslot.com
Guyism.com
Handgunsmag.com
Hawkeyesports.com
Hfboards.com
Hiphopearly.com
Hockeybuzz.com
Hockeydb.com
Hockeyfights.com
Hockeysfuture.com
Hoopshype.com
Hoopsvibe.com
Horsetopia.com
Houstondynamo.com
Huntingnet.com
Hypebeast.com
Ihigh.com
Imomags.com
Impactguns.com
In-Fisherman.com
Indyposted.com
Infosports.com
Inkedmag.com
Insidefights.com
Insidehoops.com
Insidelacrosse.com
Insidepulse.com
Ironman.com
Isportsweb.com
Itsalwayssunnyindetroit.com
Japanesesportcars.com
Jayski.com
Jetsinsider.com
Jockbio.com
Jocksandstilettojill.com
Joesportsfan.com
Kcsportsninja.com
Kegsneggsblog.com
Kentuckyderby.com
Kentuckysportsradio.com

Trulyhuge.com
Ucomparehealthcare.com
Visiondirect.com
Vitals.com
Wdxcyber.com
Web4Health.Info
Webmd.com
Webmdhealth.com
Webvet.com
Wellness.com
Wellsphere.com
Whattoexpect.com
Womens-Health.com
Womenshealthbase.com
Womenshealthsymptoms.com
Worldoffemale.com
Yogajournal.com
Yourtango.com

# RhythmOne Sample Sites

Escapewizard.com
Europeforvisitors.com
Eventguide.com
Expedia.com
Farebuzz.com
Farecompare.com
Flightaware.com
Flightstats.com
Flightview.com
Flyertalk.com
Fodors.com
Franceguide.com
Frommers.com
Gadling.com
Galveston.com
Galvestoncruises.com
Gayot.com
Georgiahotels.com
Globusjourneys.com
Gonomad.com
Greatrentals.com
Guidespot.com
Happyzebra.com
Hawaii.com
Hilton.com
Homeandabroad.com
Homeaway.com
Homeawayconnect.com
Hopstop.com
Hostelworld.com
Hotelchatter.com
Hotelclub.com
Hotelplanner.com
Hotelreservations.com
Hotels.com
Hotelsbychain.com
Hotelsbycity.com
Hotwire.com
Iexplore.com
Ifly.com
Igougo.com
Infohub.com
Intervalworld.com
Italylogue.com
Japan-Guide.com
Jaunted.com
Kayak.com
Kidscamps.com

Annies-Eats.com
Anorak.co.uk
Anythinghollywood.com
Aollatino.com
Apartmenttherapy.com
Apparelsearch.com
Aralifestyle.com
Architecturaldigest.com
Architizer.com
Arenamaps.com
Articlehealthandfitness.com
Artofmanliness.com
Askamanager.org
Askbaby.com
Askpatty.com
Askthebuilder.com
Astrochicks.com
Astrology.com
Astrostyle.com
Asylum.com
Automotto.com
Avsforum.com
Babble.com
Babyhold.com
Babyhopes.com
Babymed.com
Babynamescountry.com
Babynamewizard.com
Babyrazzi.com
Babyzone.com
Backseatcuddler.com
Backyardchickens.com
Backyardgardener.com
Bagbliss.com
Bakersroyale.com
Bakingbites.com
Balleralert.com
Bananapedia.com
Bannedinhollywood.com
Bargainbriana.com
Bargainist.com
Basenotes.net
Bauergriffinonline.com
Beautifulhairstyles.com
Beauty-And-The-Bath.com
Beautyden.com
Beautyriot.com
Becomegorgeous.com

# RhythmOne Sample Sites

Lastminute.com

Lasvegas.com

Letsgo.com

Localguides.com

Lonelyplanet.com

Lowestfare.com

Luxor.com

Luxurylink.com

Maplandia.com

Maps.com

Mapsofworld.com

Marriott.com

Metafares.com

Mobissimo.com

Mouseplanet.com

Myareaguide.com

Mysummercamps.com

Mytravelguide.com

Nettravel.com

Nickhotel.com

Nightguide.com

Nileguide.com

Notfortourists.com

Officialpethotels.com

Onetime.com

Onetravel.com

Onlocationvacations.com

Orbitz.com

Oyster.com

Pahotels.com

Planeteye.com

Planetware.com

Priceline.com

Puertorico.com

Raileurope.com

Randmcnally.com

Realadventures.com

Rentalcars.com

Resortvacationstogo.com

Retailguide.com

Roadsideamerica.com

Roadtripamerica.com

Seatguru.com

Shermanstravel.com

Showhotel.com

Smartertravel.com

Smartfares.com

Southwest.com

Bellaandedward.com

Bellaonline.com

Bellasugar.com

Beso.com

Bestdestinationwedding.com

Bethenny.com

Better.tv

Betterrecipes.com

Bettyconfidential.com

Bhg.com

Bhglivebetter.com

Bignerds.com

Bikepedia.com

Binsidetv.net

Birdsandblooms.com

Birthdaypartyideas.com

Bittenandbound.com

Blackbookmag.com

Blackgirllonghair.com

Blackhairmedia.com

Blackvoices.com

Bliss.com

Blisstree.com

Blogher.com

Blogsoflove.com

Blogspot Urls For Total Beauty Media

Blommi.com

Bobvila.com

Bookrags.com

Bornrich.com

Brainyquote.com

Brash.com

Bravotv.com

Breeders.net

Bricksandstonesgossip.com

Bridefinds.com

Brides.com

Brighthubeducation.com

Bryanboy.com

Bubzbeauty.com

Budget101.com

Bullshido.net

Bumpshack.com

Burdastyle.com

Buzzcritic.com

Buzzsugar.com

Bvblackspin.com

# RhythmOne Sample Sites

Studentuniverse.com
Theoffside.com
Toptrips.com
Travbuddy.com
Traveladvertising.com
Travelandleisure.com
Travelation.com
Travelchannel.com
Travelchinaguide.com
Travelgrove.com
Travelhero.com
Travellerspoint.com
Travelmath.com
Travelnow.com
Travelocity.com
Travelodge.com
Travelpod.com
Travelpost.com
Travelzoo.com
Travlang.com
Trekaroo.com
Trekearth.com
Tripadvisor.com
Tripit.com
Tripmama.com
Tripwolf.com
Tripzen.com
Uptake.com
Usatoday.com
Vacationrentals.com
Vacationstogo.com
Vacationtimesharerentals.com
Vagabondish.com
Vayama.com
Vegas.com
Viator.com
Virtuallythere.com

Bvhairtalk.com
Bvnewswire.com
Cakepoprecipes.com
Cakeswebake.com
Cakeworkscentral.com
Cakewrecks.com
Calltothepen.com
Cambio.com
Campingfriend.com
Carefair.com
Casasugar.com
Catchmyparty.com
Cats.com
Celebbabylaundry.com
Celebglitz.com
Celebguru.com
Celebrity-Hair-Styles-Magazine.com
Celebritybrideguide.com
Celebrityhonkers.com
Celebritymound.com
Celebritysmackblog.com
Celebrityviplounge.com
Centsationalgirl.com
Charlesandhudson.com
Chatterbean.com
Checkoutmyink.com
Cheekykitchen.com
Cheftalk.com
Chiccheapnursery.com
Chicstories.com
Chictopia.com
Childfun.com
Chilloutpoint.com
Classroomjr.com
Cleverisland.com
Closetcooking.com
Closinglogos.com
Clutchmagonline.com
Coastalliving.com
Cocoperez.com
Collegefashion.net
Coloringbookfun.com
Commonsensewithmoney.com
Confessionsofacookbookqueen.com
Contractortalk.com
Cookiemadness.net
Cookiesandcups.com

| News | Entertainment |
|---|---|
| 1011Now.com | 0800-Horoscope.com |
| 10News.com | 101Funjokes.com |
| 10Tv.com | 1035Kissfm.com |
| 11Alive.com | 1061Kissfm.com |
| 13Wmaz.com | 11Points.com |
| 14Wfie.com | 12Ozprophet.com |
| 19Actionnews.com | 13Wham.com |
| 247Wallst.com | 1Cup1Coffee.com |
| 2Theadvocate.com | 1Wrestling.com |
| 4029Tv.com | 24Hourhiphop.com |
| 5Newsonline.com | 24Wrestling.com |
| 6Abc.com | 2Dopeboyz.com |
| 7Online.com | 2Flashgames.com |
| 9And10News.com | 411Mania.com |
| 9News.com | 4Kidstv.com |
| Abc 7 Chicago | 4Tnz.com |
| Abc-7.com | 5Min.com |
| Abc.Es | 6Abc.com |
| Abc11Tv.com | 6Lyrics.com |
| Abc13.com | 6Magazineonline.com |
| Abc15.com | 7Online.com |
| Abc27.com | 8Notes.com |
| Abc2News.com | 8Tracks.com |
| Abc30.com | 911Tabs.com |
| Abc3340.com | 92Q.com |
| Abc6.com | 933Flz.com |
| Abc7.com | 961Kiss.com |
| Abc7Chicago.com | 9And10News.com |
| Abc7News.com | 9Gag.com |
| Abcactionnews.com | 9Wsyr.com |
| Abcnews.com | Abc.com |
| Abovetopsecret.com | Abc11Tv.com |
| Abqjournal.com | Abc12.com |
| Abs-Cbnnews.com | Abc13.com |
| Accessatlanta.com | Abc30.com |
| Accuweather.com | Abc4.com |
| Activedayton.com | Abc7Chicago.com |
| Adn.com | Abcfamily.com |
| Airamerica.com | Absolutelyrics.com |
| Airforcetimes.com | Accesshollywood.com |
| Ajc.com | Accessvegas.com |
| Ajcexchange.com | Accuradio.com |
| Ajchomefinder.com | Aceshowbiz.com |
| Ajcjobs.com | Acmcountry.com |
| Al.com | Actionext.com |
| Alabamas13.com | Actionnewsjax.com |
| Alarab.net | Actiontrip.com |

Albany Ynn

Albanyherald.com

Allaroundphilly.com

Allexperts.com

Allisports.com

Alternet.org

Altoonamirror.com

Amarillo.com

Americanthinker.com

Amny.com

Ancientgreece.com

Animaljam.com

Annistonstar.com

Aol Defense

Aolautos.com

Aolnews.com

Apimages.com

Apnews.com

App.com

Appclassifieds.com

Appeal-Democrat.com

Arbitersports.com

Argusleader.com

Arizonawildcats.com

Arkansasonline.com

Army.com

Armytimes.com

Associatedcontent.com

Auburntigers.com

Augusta.com

Austin Ynn

Austin360.com

Autoblog.com

Azcentral.com

Azdailysun.com

Azfamily.com

Azstarnet.com

B4Tea.com

Backchina.com

Backcountry.com

Bakersfield.com

Bakersfieldnow.com

Balatarin.com

Battlecreekenquirer.com

Baxterbulletin.com

Baylorbears.com

Baynews9.com

Bceagles.com

Adultswim.com

Adultswimshop.com

Aetv.com

Afro-Ninja.com

Afrojacks.com

Afterellen.com

Afterelton.com

Ahajokes.com

Aintitcoolnews.com

Albinoblacksheep.com

Allaboutjazz.com

Allgospellyrics.com

Allhiphop.com

Allhiphop.com Community

Allieiswired.com

Allkidsnetwork.com

Allkpop.com

Allleftturns.com

Allmoviephoto.com

Allmovieportal.com

Allmusic.com

Allmusicals.com

Allrovi.com

Allthelyrics.com

Alltheparties.com

Allthetests.com

Amcentertainment.com

Amctheatres.com

Amctv.com

Americanidol.com

Amiright.com

Amygrindhouse.com

Analoghype.com

Andersoncooper.com

Andhravilas.com

Angelinaballerina.com

Angelsandairwaves.com

Angusthongsmovie.com

Anilol.com

Animaljam.com

Animalsbeingdicks.com

Animationarcade.com

Anime-Media.com

Animecubed.com

Animefushigi.com

Animelyrics.com

Animenewsnetwork.com

Animeseason.com

Beaumontenterprise.com

Beforeitsnews.com

Belfasttelegraph.co.uk

Bellinghamherald.com

Beloblog.com

Bendbulletin.com

Beyond.ca

Bhaskar.com

Bigdownload.com

Bigten.org

Bigtex.com

Billingsgazette.com

Billoreilly.com

Bismarcktribune.com

Blackamericaweb.com

Blueridgenow.com

Bnd.com

Bnqt.com

Boardingarea.com

Bonktown.com

Bostonherald.com

Bowl.com

Bradenton.com

Breakingnews.com

Breitbart.com

Brisbanetimes.com

Brownsvilleherald.com

Buckeyextra.com

Bucyrustelegraphforum.com

Buffalo.com

Buffalonews.com

Burlingtonfreepress.com

Buzzle.com

Cagle.com

Calbears.com

Caller.com

Canadafreepress.com

Cantonrep.com

Capecodonline.com

Capitoladvantage.com

Cartoons.com

Catchitkansas.com

Cbs12.com

Cbs19.Tv

Cbs6Albany.com

Cbs8.com

Cbsatlanta.com

Cbslocal.com

Animeshippuuden.com

Anipike.com

Annoyingorange.com

Anti-Joke.com

Antimusic.com

Anysonglyrics.com

Anythinghollywood.com

Aolradioblog.com

Apnicommunity.com

Armchairempire.com

Artistdirect.com

Asklyrics.com

Askmen.com

Astrocenter.com

Astrocentro.com

Astrochicks.com

Astrology-Online.com

Astrology.com

Astrostyle.com

Asylum.com

Atlanticrecords.com

Atlrec.com

Atom.com

Audible.com

Audiomicro.com

Avclub.com

Avengedsevenfold.com

Awesomemancave.com

Awkwardfamilyphotos.com

Azchords.com

Azlyrics.com

B96Online.com

Backseatcuddler.com

Backstage.com

Balleralert.com

Ballerstatus.com

Balljunkie.com

Bannedinhollywood.com

Barbershopconnect.com

Barney.com

Barnyardmovie.com

Basicjokes.com

Basketball.com

Batanga.com

Batlyrics.com

Bauergriffinonline.com

Bbcamerica.com

Bbcamericashop.com

| | |
|---|---|
| Cbsnews.com | Bcdb.com |
| Cbssports.com | Beacontheatre.com |
| Centerstagechicago.com | Beattheinsiders.com |
| Centralamerica.com | Beemp3.com |
| Centralohio.com | Behindwoods.com |
| Centredaily.com | Benjaminbutton.com |
| Cfo.com | Bestviral.com |
| Chainlove.com | Bet.com |
| Channel3000.com | Betterpropaganda.com |
| Cheese.com | Bharatmovies.com |
| Chicagonow.com | Bigfooty.com |
| Chicagoweathercenter.com | Biggestloser.com |
| Chieftain.com | Bigscreen.com |
| Chillicothegazette.com | Billboard.com |
| Chron.com | Biography.com |
| Chronicle.com | Bitoffun.com |
| Churchilldowns.com | Bittenandbound.com |
| Cincinnati.com | Blackamericaweb.com |
| Citizen-Times.com | Blakeshelton.com |
| Citizensvoice.com | Blastro.com |
| Citysbest.com | Bleachexile.com |
| Clarin.com | Blender.com |
| Clarionledger.com | Blindferret.com |
| Clemsontigers.com | Blingee.com |
| Cleveland.com | Blinkbox.com |
| Click2Houston.com | Blippitt.com |
| Clickondetroit.com | Blogxilla.com |
| Clubamerica.com | Bloodytrailers.com |
| Cnjonline.com | Bluebuddies.com |
| Cnn.com | Bobatl.com |
| Cnngo.com | Bobthebuilder.com |
| Cnnmexico.com | Bollywoodhungama.com |
| Cnsnews.com | Boneland.com |
| Coloradoan.com | Boortz.com |
| Columbiatribune.com | Bootyarcade.com |
| Columbusalive.com | Bored.com |
| Columbusjobs.com | Boreme.com |
| Commercialappeal.com | Bossip.com |
| Concordmonitor.com | Boxden.com |
| Congress.org | Boxingscene.com |
| Consumersearch.com | Boxofficemojo.com |
| Contracostatimes.com | Braingle.com |
| Cornellsun.com | Brash.com |
| Corriere.It | Bravotv.com |
| Coshoctontribune.com | Break.com |
| Counton2.com | Breakmedia.com |
| Courant.com | Bricksandstonesgossip.com |
| Courier-Journal.com | Broadcastingcable.com |

Couriermail.com
Courierpostonline.com
Courierpress.com
Crunchbase.com
Csmonitor.com
Csnbaltimore.com
Csnphilly.com
Csnwashington.com
Cstv.com
Ctpost.com
Current.com
Currentevents.com
Cybergolf.com
Dailybreeze.com
Dailybulletin.com
Dailycaller.com
Dailycamera.com
Dailycampus.com
Dailycollegian.com
Dailycomet.com
Dailydot.com
Dailyfinance.com
Dailyfreeman.com
Dailyherald.com
Dailyillini.com
Dailylocal.com
Dailymail.co.uk
Dailymail.com
Dailynews.com
Dailyorange.com
Dailypennsylvanian.com
Dailyprogress.com
Dailyrecord.co.uk
Dailyrecord.com
Dailystar.co.uk
Dailytarheel.com
Dailytelegraph.com
Dailytexanonline.com
Dailytribune.com
Dailyworld.com
Dallasnews.com
Datviet.com
Daylife.com
Daytondailynews.com
Dealchicken.com
Deccanchronicle.com
Deccanherald.com
Delawareonline.com

Broadway.com
Broadwayworld.com
Brobible.com
Brokebackmountain.com
Brunomars.com
Buddytv.com
Buenamusica.com
Bullz-Eye.com
Bumarcade.com
Bumpshack.com
Burbler.com
Burnnoticeops.com
Bustedcoverage.com
Buzzfocus.com
Buzznet.com
Buzzsugar.com
Byroncrawford.com
Cad-Comic.com
Cagepotato.com
Cagle.com
Cambio.com
Canmag.com
Carltonjordan.com
Carprices.com
Cartoondollemporium.com
Cartoonnetwork.com
Cartoonnetworkasia.com
Cartoonnetworkla.com
Cartoonnetworkshop.com
Cartoonstock.com
Casttv.com
Cavemancircus.com
Cbn.com
Cbs.com
Cbs8.com
Cbsradio.com
Cdeboys.com
Celebbabylaundry.com
Celebguru.com
Celebheights.com
Celebitchy.com
Celebjihad.com
Celebridoodle.com
Celebrities.com
Celebrity-Mania.com
Celebritybabyscoop.com
Celebritybrideguide.com
Celebrityhonkers.com

Delcotimes.com
Delmarvanow.com
Demilked.com
Democratandchronicle.com
Democraticunderground.com
Dentonrc.com
Denverpost.com
Deseretnews.com
Desertdispatch.com
Desmoinesregister.com
Detnews.com
Detroitmedia.com
Diario.com
Diariolibre.com
Digitaljournal.com
Digtriad.com
Dispatch.com
Dispatchpolitics.com
Divyabhaskar.Co.In
Dnj.com
Dogfunk.com
Dothaneagle.com
Dr1.com
Drewrybroadcasting.com
Drf.com
Drudgereport.com
Duluthnewstribune.com
Eagletribune.com
Eastvalleytribune.com
Economist.com
Eenadu.net
Eiu.com
Eldiariony.com
Elespectador.com
Elmundo.Es
Elnuevodia.com
Elnuevoherald.com
Elpais.com
Elpasotimes.com
Eltiempo.com
Emeraldcoast.com
Emurse.com
Engadget.com
Enplenitud.com
Enquirer.com
Enterprisenews.com
Epochtimes.com
Esmas.com

Celebritymound.com
Celebritynetworth.com
Celebrityodor.com
Celebritypro.com
Celebrityschoolpics.com
Celebritysmackblog.com
Celebritytweet.com
Celebrityviplounge.com
Celebs101.com
Celebspin.com
Celebuzz.com
Center.com, Inc.
Ch131.com
Chakpak.com
Challengedailies.com
Channel4.com
Channel955.com
Channelchooser.com
Chaoticgame.com
Characterarcade.com
Charlotteswebmovie.com
Chasingthefrog.com
Cheathappens.com
Cheatoogle.com
Checkoutmyink.com
Cheezburger.com
Chess.com
Chistes.com
Chordie.com
Chow.com
Chrisbrownweb.com
Chrisbrownworld.com
Chud.com
Cinemablend.com
Cinemassacre.com
Cinematical.com
Cities2Night.com
Cityrag.com
Clarkhoward.com
Clatl.com
Clearchannel.com
Clevvertv.com
Clicker.com
Clipaday.com
Clipfreaks.com
Clipjunkie.com
Cloverfieldmovie.com
Clubpenguin.com

| Real Estate | Shopping |
|---|---|
| 123Movers.com | 1010Tires.com |
| Activerain.com | 1Stwishes.com |
| Advancedaccess.com | 6Pm.com |
| Ajchomefinder.com | Ajdesigner.com |
| Americanhomeguides.com | Alloy.com |
| Apartmentfinder.com | Allposters.com |
| Apartmentguide.com | Amazon.Co.Jp |
| Apartmenthomeliving.com | Amazon.com |
| Apartmentratings.com | Americandreamcars.com |
| Apartments.com | Art.com |
| Blockshopper.com | Artnet.com |
| Cityfeet.com | Audioholics.com |
| Condo.com | Autoanything.com |
| Corporatehousing.com | Automd.com |
| Crye-Leike.com | Autopartswarehouse.com |
| Directhomes.com | Avg.com |
| Diversesolutions.com | Backcountry.com |
| Dreamhomesource.com | Bargainist.com |
| Easyroommate.com | Barnesandnoble.com |
| Eneighborhoods.com | Barnesandnobleinc.com |
| Epodunk.com | Bartleby.com |
| Findaproperty.com | Bbcamericashop.com |
| Foreclosure.com | Become.com |
| Foreclosurelistings.com | Bensbargains.net |
| Forleasebyowner.com | Beso.com |
| Forrent.com | Best-Price.com |
| Forsalebyowner.com | Bignerds.com |
| Frontdoor.com | Birthdaydirect.com |
| Georgiamls.com | Birthdayexpress.com |
| Gosection8.com | Bizrate.co.uk |
| Harmonhomes.com | Bizrate.com |
| Homefinder.com | Bncollege.com |
| Homes.com | Bnqt.com |
| Homesandland.com | Bodybuilding.com |
| Hotpads.com | Bonktown.com |
| Housevalues.com | Bowlingball.com |
| Howardhanna.com | Bradsdeals.com |
| Justlisted.com | Budsgunshop.com |
| Lakehouse.com | Buy.com |
| Landandfarm.com | Buycheapr.com |
| Landsofamerica.com | Buycostumes.com |
| Landwatch.com | Cafepress.com |
| Listingbook.com | Calibex.com |
| Longisland.com | Campusfood.com |
| Luxuryrealestate.com | Car-Stuff.com |
| Mhvillage.com | Cartoonnetworkshop.com |
| Mls.com | Cartoys.com |

Mlsli.com
Mlslistings.com
Move.com
Movingtoday.com
Movoto.com
Newhomeguide.com
Newhomesource.com
Number1Expert.com
Owners.com
Pararentar.com
Postlets.com
Realbird.com
Realestate.com
Realestateabc.com
Realestatebook.com
Realliving.com
Realtor.com
Realtracs.com
Realtytrac.com
Realtyusa.com
Redweek.com
Rent.com
Rentalads.com
Rentalhomesplus.com
Rentalhouses.com
Rentals.com
Rentbits.com
Rentdigs.com
Rentjungle.com
Rentlist.com
Rentlist.net
Seniorhousingnet.com
Senioroutlook.com
Thatrentalsite.com
Trulia.com
Utahrealestate.com
Vacationhomerentals.com
Vlshomes.com
Zillow.com
Ziprealty.com

Ccs.com
Cduniverse.com
Celebrateexpress.com
Cellphoneaccents.com
Cellularoutfitter.com
Chainlove.com
Christianbook.com
Ciao.co.uk
Ciao.Es
Cinderblock.com
Circsource.com
Comicartcommunity.com
Comparestoreprices.co.uk
Consumersearch.com
Cooking.com
Coolest-Homemade-
Costumes.com
Coolmaterial.com
Coolsavings.com
Costumeexpress.com
Couponbug.com
Couponcabin.com
Coupondad.net
Coupondivas.com
Couponing101.com
Couponkim.com
Couponmom.com
Coupons.com
Couponseven.com
Couponsinc.com
Crackberry.com
Cruisercustomizing.com
Danscomp.com
Dealcatcher.com
Dealchicken.com
Dealcoupon.com
Dealighted.com
Deallocker.com
Dealmac.com
Dealnews.com
Deals.com
Deals2Buy.com
Dealsofamerica.com
Dealspl.Us
Dealtaker.com
Dealtime.com
Delias.com
Designerapparel.com



:: Our brands          Menu

Content brands                    Utilities & communication

Communities                      AdTech & distribution

#BUILTBYGIRLS                    

Aol.                   YAHOO!                 YAHOO!
                       SPORTS                  MAIL

TechCrunch                       *HUFFPOST*
























**MAKERS**

**movie fone**



RYOT

CONVERTRO

**BBG**
[VENTURES]

CAMBIO



alephd
by Aol.

**Aol.**

**EXHIBIT 2**

To:
From:
Subject: Airline Settlements

Dear [Class Members]:

Our records show you may have purchased a domestic airline ticket from American, Delta, Southwest, United, Continental Airlines, or US Airways between July 1, 2011 and June 14, 2018. Southwest and American Airlines (the "Settling Defendants") have agreed to settle nationwide litigation by passengers who claim the four largest U.S. carriers along with Continental Airlines and US Airways conspired to increase fares on domestic flights. The Settling Defendants deny that they did anything wrong, have asserted defenses to the claims, and have settled to avoid the burden and expense of litigation.

### Are you included?

The Settlement Classes include persons and entities who purchased air passenger transportation services for flights within the United States and its territories and the District of Columbia from American, Delta, Southwest, United, Continental, or US Airways at any time between July 1, 2011 and December 20, 2017 for the Southwest settlement, and between July 1, 2011 and June 14, 2018 for the American settlement.

### What do the Settlements provide?

Southwest has agreed to pay $15 million and American has agreed to pay $45 million. The Settling Defendants have agreed to provide certain cooperation in the ongoing litigation against the Non-Settling Defendants.

### How can I get a payment?

At this time, it is unknown how much you may receive. A distribution plan will be prepared later or at the conclusion of the litigation. Given the number of Settlement Class Members, it may not be economically practical to distribute money until additional settlements or judgments are achieved. If you want to receive a notice about the claims process or future settlements, you should register at the website below. Class Counsel will pursue the lawsuit against the Non-Settling Defendants, and these Settlements may help pay expenses for Class Counsel to do so. If no additional settlements or judgments are achieved, money may be distributed to a charitable, government, or non-profit organization(s) as ordered by the Court.

### What are my rights?

Even if you do nothing you can participate in the Settlements and will also be bound by their terms. If you want to keep your right to sue Southwest and/or American yourself, you must exclude yourself from the Settlements by **Month 00, 2018**. If you stay in the Settlements, you may object to them but only if you do so before **Month 00, 2018**.

The Court will hold a hearing on **Month 00, 2018** to consider whether to approve the Settlements and a request for attorneys' fees up to 30% of the Settlement Funds, plus reimbursement of costs and expenses incurred as Class Counsel pursues claims against the other Defendants. You or your own lawyer may appear and speak at the hearing at your own expense.

For more information, visit www.DomesticAirClass.com or call 1-800-000-0000.
[**Include link to Spanish translation of notice**]

# EXHIBIT 3

<u>Legal Notice</u>

# If You Bought a Domestic Airline Ticket From American, Delta, Southwest, United, Continental, or US Airways

## *Your Rights Could Be Affected*

Southwest and American Airlines (the "Settling Defendants") have agreed to settle nationwide litigation by passengers who claim the four largest U.S. carriers along with Continental Airlines and US Airways conspired to increase fares on domestic flights. The Settling Defendants deny that they did anything wrong.

### Are you included?

The Settlement Classes include persons and entities who purchased air passenger transportation services for flights within the United States and its territories and the District of Columbia from American, Delta, Southwest, United, Continental, or US Airways at any time between July 1, 2011 and December 20, 2017 for the Southwest settlement, and at any time between July 1, 2011 and June 14, 2018 for the American settlement.

### What do the Settlements provide?

Southwest has agreed to pay $15 million and American has agreed to pay $45 million. The Settling Defendants have agreed to provide certain cooperation in the ongoing litigation against the Non-Settling Defendants.

### How can I get a payment?

At this time, it is unknown how much you may receive. A distribution plan will be prepared later or at the conclusion of the litigation. Given the number of Settlement Class Members, it may not be economically practical to distribute money until additional settlements or judgments are achieved. If you want to receive a notice about the claims process or future settlements, you should register at the website below. Class Counsel will pursue the lawsuit against the Non-Settling Defendants, and these Settlements may help pay expenses for Class Counsel to do so. If no additional settlements or judgments are achieved, money may be distributed to a charitable, government, or non-profit organization(s) as ordered by the Court.

### What are my rights?

Even if you do nothing you can participate in the Settlements and will also be bound by their terms. If you want to keep your right to sue Southwest and/or American yourself, you must exclude yourself from the Settlements by **Month 00, 2018**. If you stay in the Settlements, you may object to them by **Month 00, 2018**. The Court will hold a hearing on **Month 00, 2018** to consider whether to approve the Settlements and a request for attorneys' fees up to 30% of the Settlement Funds, plus reimbursement of costs and expenses. You or your own lawyer may appear and speak at the hearing at your own expense.

---

**For More Information:**
**1-800-000-0000**
**www.DomesticAirClass.com**

# EXHIBIT 4

# If You Bought a Domestic Airline Ticket on American, Delta, Southwest, United, Continental, or US Airways Between July 1, 2011 and June 14, 2018

## Your Rights Could Be Affected

*A Federal Court authorized this notice. This is not a solicitation from a lawyer.*

- A class action lawsuit has been filed against the four largest commercial air passenger carriers in the United States—American Airlines, Inc., Delta Air Lines, Inc., Southwest Airlines Co., and United Airlines, Inc. (collectively, "Defendants"), claiming that Defendants, along with US Airways and Continental Airlines, conspired to increase fares by limiting capacity on domestic flights.

- Southwest has agreed to pay $15 million and American has agreed to pay $45 million to settle this nationwide litigation. Southwest and American (collectively, "Settling Defendants") have also agreed, as part of the Settlements, to provide certain cooperation to Plaintiffs in this litigation.

- Southwest and American deny that they did anything wrong and have asserted defenses to Plaintiffs' claims. They have settled to avoid the considerable cost, burden, and distraction of this litigation.

- The Settlements are on behalf of persons and entities who purchased air passenger transportation services for flights within the United States and its territories and the District of Columbia from American, Delta, Southwest, United, Continental, or US Airways at any time between July 1, 2011 and December 20, 2017 for the Southwest Settlement and between July 1, 2011 and June 14, 2018 for the American Settlement.

- The lawsuits are continuing against Delta and United (collectively, "Non-Settling Defendants").

- For additional information, important documents, and case updates, visit the website www.DomesticAirClass.com.

| YOUR LEGAL RIGHTS AND OPTIONS IN THE SETTLEMENTS | |
|---|---|
| **REGISTER ON THE WEBSITE** | Register at www.DomesticAirClass.com to receive additional information about the litigation and the Settlements. *See* Questions 6, 21. |
| **ASK TO BE EXCLUDED** | You will not participate in the Settlement(s) or get monetary benefits from the Settlement(s) to the extent such monetary benefits are distributed in the future. You will keep any rights you currently have to separately sue Southwest and/or American for the conduct that is the subject of this lawsuit. *See* Questions 11-13. |
| **OBJECT** | If you wish to object to the Settlement(s), or anything else referenced in this Notice, you must file a written objection. *See* Questions 14-15. |
| **GO TO A HEARING** | You may also request to be heard at the Fairness Hearing. *See* Question 21. |
| **DO NOTHING** | If you do nothing, you will participate in the Settlements and will not be able to sue Southwest or American for the conduct that is the subject of this lawsuit. |

These rights and options – **and the deadlines to exercise them** – are explained in this Notice.

**BASIC INFORMATION** ............................................................................................. 3

   1. What is this Notice about?
   2. What is the lawsuit about?
   3. What is a class action?
   4. Why are there Settlements but the lawsuits are continuing?

**WHO IS INCLUDED IN THE SETTLEMENTS?** ........................................................ 4

   5. How do I know if I am included in the Settlements?
   6. What if I am not sure whether I am included in the Settlements?

**THE SETTLEMENT BENEFITS** ............................................................................... 4

   7. What do the Settlements provide?

**DISTRIBUTION OF SETTLEMENT PROCEEDS** ...................................................... 4

   8. How much money will I receive?
   9. When will I receive my payment?

**REMAINING IN THE SETTLEMENTS** ..................................................................... 5

   10. What am I giving up if I stay in the Settlements?

**EXCLUDING YOURSELF FROM THE SETTLEMENTS** .............................................. 5

   11. How do I get out of the Settlements?
   12. If I don't exclude myself, can I sue Southwest or American for the same thing later?
   13. If I exclude myself, can I still receive a payment from the Settlements?

**OBJECTING TO THE SETTLEMENTS** ..................................................................... 6

   14. How do I tell the Court if I object to the Settlements?
   15. What is the difference between objecting and asking to be excluded?

**THE LAWYERS REPRESENTING YOU** ................................................................... 7

   16. Do I have a lawyer in the case?
   17. How will the lawyers be paid?

**THE FAIRNESS HEARING** ..................................................................................... 8

   18. When and where will the Court decide whether to approve the Settlements?
   19. Do I have to attend the hearing?
   20. May I speak at the hearing?

**GETTING MORE INFORMATION** ........................................................................... 8

   21. How do I get more information?

# BASIC INFORMATION

## 1. What is this Notice about?

A Court authorized this notice because you have a right to know about two proposed Settlements in this class action lawsuit and about all of your options before the Court decides whether to give final approval to the Settlements. This notice explains the lawsuit, the Settlements, and your legal rights.

Judge Colleen Kollar-Kotelly of the United States District Court for the District of Columbia is overseeing this case. The lawsuits have been consolidated within *In re Domestic Airline Travel Antitrust Litigation*, MDL No. 2656. The people and entities that sued are called Plaintiffs, and the companies they sued (American Airlines, Inc. ("American"), Delta Air Lines, Inc. ("Delta"), Southwest Airlines Co. ("Southwest"), and United Airlines, Inc. ("United")) are called the Defendants.

## 2. What is the lawsuit about?

The lawsuit claims that the Defendants agreed to limit capacity on domestic flights. As a result, the lawsuit alleges that ticket purchasers may have paid artificially inflated prices.

Two Settlements have been reached, one with Southwest and one with American. The Settling Defendants deny that they did anything wrong and have asserted a number of defenses to Plaintiffs' claims. The Court has not decided in favor of the Plaintiffs or the Settling Defendants. Instead, Plaintiffs engaged in separate and lengthy negotiations with Southwest and American, and Plaintiffs have agreed to Settlements with the respective Settling Defendants. By agreeing to settle, the Plaintiffs and the Settling Defendants avoid the costs, burdens, and uncertainty of further litigation and a trial. The Plaintiffs and their attorneys think the Settlements are best for all Class Members.

The Settlements do not impact claims in the lawsuit against the Non-Settling Defendants, and the lawsuit is ongoing against them.

## 3. What is a class action?

In a class action, one or more people called "Class Representatives" sue on behalf of themselves and other people with similar claims. All of these people together are the "class" or "class members." In these Settlements, the Class Representatives are: Boston Amateur Basketball Club; Katherine Rose Warnock; Cherokii Verduzco; Kumar Patel; Samantha White; Seth Lyons; Howard-Sloan Koller Group Inc.; Breanna Jackson; Stephanie Jung; Elizabeth Cumming; and Steven Yeninas.

## 4. Why are there Settlements but the lawsuits are continuing?

Settlements have been reached with only two of the Defendants. Additional money may become available in the future as a result of a trial or future settlements. Alternatively, this case may be decided in favor of the Non-Settling Defendants and no additional money may become available. There is no guarantee as to what will happen.

# WHO IS INCLUDED IN THE SETTLEMENTS?

**5. How do I know if I am included in the Settlements?**

The Settlements include all persons and entities:
- That purchased air passenger transportation services for flights,
- Within the United States and its territories and the District of Columbia,
- From Defendants or any predecessor, subsidiary or affiliate thereof, including US Airways and Continental,
- At any time between July 1, 2011 and December 20, 2017 for the Southwest Settlement, and
- At any time between July 1, 2011 and June 14, 2018 for the American Settlement.

The Settlements do not include:
- Governmental entities,
- Defendants, any parent, subsidiary or affiliate thereof,
- Defendants' officers, directors, employees, and immediate families, and
- Any judges or justices assigned to hear any aspect of this action.

**6. What if I am not sure whether I am included in the Settlements?**

If you are not sure whether you are included in the Settlements, you may call 1-800-000-0000 with questions or visit www.DomesticAirClass.com. You may also write with questions to Domestic Air Settlements, P.O. Box 0000, City, State 00000 or email info@DomesticAirClass.com.

# THE SETTLEMENT BENEFITS

**7. What do the Settlements provide?**

Southwest has paid $15 million and American has paid $45 million to settle the lawsuit in exchange for releases of claims against them. Additionally, the Settlements will help Class Counsel pursue claims against the Non-Settling Defendants. Southwest and American have agreed to provide certain cooperation to the Plaintiffs in their ongoing litigation against the Non-Settling Defendants. In addition, a portion of the Settlement Funds may be used to pay Class Counsel, to pay expenses they have incurred in the litigation, and to help pay expenses they may incur as they pursue claims against the Non-Settling Defendants.

More details are set forth in the Settlement Agreements, which are available at www.DomesticAirClass.com.

# DISTRIBUTION OF THE SETTLEMENT PROCEEDS

**8. How much money will I receive?**

At this time, it is unknown how much each eligible Settlement Class Member will receive. Given the number of Settlement Class Members, it may not be economically practical to make a direct cash distribution to Class Members until additional settlements or judgments are achieved. It is possible that after deductions for any attorneys' fees, litigation expenses, settlement administration expenses, and class representative incentive awards approved by the Court, the remaining amount will be distributed to

charities, governmental entities, or other beneficiaries approved by the Court. No money will be returned to the Settling Defendants once the Court approves the Settlements. A distribution plan will be prepared later or at the conclusion of the litigation based on other settlements or a judgment.

In order to receive a payment, you will need to file a valid claim form before the claims period ends. **THE CLAIMS PERIOD HAS NOT YET BEGUN.** A notice about the claims process, including the beginning and end of the claim period, will be made at a later date as ordered by the Court. If you want to receive a notice about the claims process or future settlements, you should register at www.DomesticAirClass.com.

| **9. When will I receive my payment?** |
|---|

As noted above, no money is being distributed at this time. The lawyers for the Plaintiffs will continue to pursue the lawsuits against the Non-Settling Defendants. All Settlement Funds that remain after payment of the fees, costs, and expenses noted in Question 8 will be distributed later or at the conclusion of the litigation, or will be distributed to a charitable organization as identified in Question 8.

## REMAINING IN THE SETTLEMENTS

| **10. What am I giving up if I stay in the Settlements?** |
|---|

If you do nothing, you will remain eligible to participate in the Settlements. By remaining in the Settlements, you give up the independent right to sue Southwest or American for the claims being resolved by the Settlements. The specific claims you are giving up against Southwest, American, and all related parties are described in paragraphs 32–36 of the Settlement Agreements.

The Settlement Agreements, which are available at www.DomesticAirClass.com, describe the released claims with specific descriptions, so read them carefully. If you have any questions, you can talk to the Plaintiffs' law firms listed in response to Question 16 for free or you can, of course, talk to your own lawyer about what this means.

## EXCLUDING YOURSELF FROM THE SETTLEMENTS

If you don't want to participate in one or both of the Settlements, and you want to retain the right to sue Southwest and/or American about the issues in this case, then you must take steps to exclude yourself from the Settlement(s). This is called "opting out" of the Class(es).

| **11. How do I get out of the Settlements?** |
|---|

To exclude yourself from one or both of the Settlements, you must mail a letter or other written document ("Request for Exclusion") to the Settlement Administrator, which must include:

- Your name, address, and telephone number;
- A statement that you want to be excluded from one or both of the Settlement Classes ("[I/we] hereby request that [I/we] be excluded from the proposed [Southwest, American, or Southwest and American] Settlement Class[es] in the *In re Domestic Airline Travel Antitrust Litigation*, MDL No. 2656"); and
- Your signature.

Your Request for Exclusion must be postmarked no later than **Month 00, 2018**, to:

Domestic Air Settlements
Exclusions
P.O. Box 0000
City, State 00000

## 12. If I don't exclude myself, can I sue Southwest or American for the same thing later?

No. Unless you exclude yourself, you will remain in the Settlements and will give up any right to separately sue for the claims released by the Settlement Agreements.

## 13. If I exclude myself, can I still receive a payment from the Settlements?

No. If you exclude yourself from either or both of the Settlements, you may not make a claim for that settlement and you will not be eligible to receive money from the Settlement or Settlements from which you excluded yourself if any money is ultimately distributed to Class Members.

# OBJECTING TO THE SETTLEMENTS

## 14. How do I tell the Court if I object to the Settlements?

If you remain as a Settlement Class Member, you can object to either or both of the Settlements. To object, you must submit a letter or other written document that includes the following:

- Your name, address, and telephone number;
- A statement saying that you object to the Settlement(s) in *In re Domestic Airline Travel Antitrust Litigation*, MDL No. 2656;
- The identification of the Settlement(s) to which you object (Southwest, American, or Southwest and American);
- Whether you plan to appear at the Fairness Hearing (*see* response to Question 18);
- Proof of membership in the Settlement Class to which you are objecting;
- The specific reasons you object to the Settlement(s), along with any supporting materials or documents that you want the Court to consider; and
- Your signature.

The objection must be mailed to the four addresses listed below, postmarked, no later than **Month 00, 2018**. Note: You may mail it to the Court, but it must be received by the Court and filed by that date.

| COURT | CLASS COUNSEL |
|---|---|
| Clerk of the Court<br>United States District Court for the<br>District of Columbia<br>333 Constitution Avenue,<br>Washington, DC 20001 | Michael D. Hausfeld<br>Hausfeld, LLP<br>1700 K Street NW, Suite 650<br>Washington, DC 20006 |
| SOUTHWEST'S COUNSEL | AMERICAN'S COUNSEL |
| Roberta Liebenberg<br>Fine Kaplan and Black<br>One South Broad Street, Suite 2300 | Benjamin G. Bradshaw<br>O'Melveny & Myers LLP<br>1625 Eye Street, NW |

| Philadelphia, PA 19107 | Washington, DC 20006 |
|---|---|

If your objection is not postmarked by the deadline and does not include the information listed above, it will not be valid.

### 15. What is the difference between objecting and asking to be excluded?

Objecting is simply telling the Court that you disagree with something about the Settlement(s). You can object only if you do not exclude yourself from the Settlement Class(es). Excluding yourself is telling the Court that you do not want to be part of the Settlement Class(es). If you exclude yourself, you have no basis to object because the Settlement(s) no longer affects you. If you choose to exclude yourself or object to the Settlement(s), Court filings of exclusions and objections will publicly reveal your identity.

# THE LAWYERS REPRESENTING YOU

### 16. Do I have a lawyer in the case?

The Court has appointed two law firms — Cotchett, Pitre & McCarthy LLP and Hausfeld LLP — to represent all Class Members as interim "Class Counsel." They can be contacted at:

| Adam Zapala<br>Cotchett, Pitre & McCarthy LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>650-697-6000 | Michael Hausfeld<br>Hausfeld, LLP<br>1700 K Street NW, Suite 650<br>Washington, DC 20006<br>202-540-7200 |
|---|---|

You will not be charged for contacting these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

### 17. How will the lawyers be paid?

Class Counsel may ask the Court for attorneys' fees up to 30% of the respective $15 million and $45 million Settlement Funds and reimbursement for costs and expenses incurred in this litigation. Class Counsel may also ask that funds be set aside to pay for expenses they may incur as they pursue claims against the Non-Settling Defendants. The fees and expenses awarded by the Court will be paid out of the Settlement Funds. The Court will decide the amount of fees and/or expenses to award.

Any motion by Class Counsel for fees, costs, expenses, and/or class representative payment incentive awards will be posted at www.DomesticAirClass.com at least 30 days in advance of the deadline to object to the Settlements. You can register at the website to receive notification when the motion is filed.

## THE FAIRNESS HEARING

**18. When and where will the Court decide whether to approve the Settlements?**

The Court will hold a Firness Hearing on **Month 00, 2018 at 00:00 a.m.**, at the United States District Court for the District of Columbia, 333 Constitution Avenue, Washington, DC 20001, Courtroom 28A. The hearing may be moved to a different location or time without additional notice, so it is a good idea to check www.DomesticAirClass.com or call 1-800-000-0000. At this hearing, the Court will consider whether the Settlements, and any proposed attorneys' fees and expenses are fair, reasonable, and adequate. If there are objections, the Court will consider them and will listen to people who have asked to speak at the hearing. The Court may also decide how much to pay Class Counsel. After the hearing, the Court will decide whether to approve the Settlements. We do not know how long these decisions will take.

**19. Do I have to attend the hearing?**

No. Class Counsel will answer questions the Court may have. But you or your own lawyer are welcome to attend at your expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also have your own lawyer attend, but it is not necessary.

**20. May I speak at the hearing?**

You may ask the Court for permission to speak at the Fairness Hearing. To speak at the Fairness Hearing, you must send a letter or other written document saying that the letter or document is your "Notice of Intention to Appear" in *In re Domestic Airline Travel Antitrust Litigation*, MDL No. 2656. Be sure to include your name, address, telephone number, and your signature. You must send your "Notice of Intention to Appear" to the addresses listed in response to Question 14, postmarked no later than **Month 00, 2018**.

## GETTING MORE INFORMATION

**21. How do I get more information?**

This Notice summarizes the Settlements. You can get more information about the Settlements at www.DomesticAirClass.com, by emailing info@DomesticAirClass.com, by calling 1-800-000-0000, or by writing to Domestic Air Settlements, P.O. Box 0000, City, State 00000. You should also register at the website to be directly notified of any future settlements, the terms of the distribution plan for the Settlements, and other information concerning the litigation.