UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION** | MDL Docket No. 2656 |
| | Misc. No. 15-1404 (CKK) |
| **This Document Relates To:** ALL CASES | |

**PLAINTIFFS' REPLY IN SUPPORT OF
MOTION FOR APPROVAL OF SETTLEMENT NOTICE PROGRAM**

Plaintiffs hereby respectfully submit this Reply in support of their Motion for Approval of Settlement Notice Program (EFC Nos. 257, 218, 234) and in response to the submission from Delta Air Lines, Inc. ("Delta"), and United Airlines, Inc. ("United") (ECF No. 263).

*First*, Defendants Delta and United have advised the Court that they do not object to producing email records in order to effectuate settlement class notice. ECF No. 263 at 1 ("[T]he non-settling Defendants have not refused, and do not object to, providing relevant customer e-mail addresses in their possession."). Plaintiffs' evidence-based arguments—including the submission of expert testimony in support of their notice plan, *see* Declaration of Shannon Wheatman (ECF Nos. 257-2; 218-2)—show that the receipt of email contact information from the Defendants is critical to achieving "the best notice practicable under the circumstances." *See id.*; *see also* Fed. R. Civ. P. 23(c)(2)(B). Therefore, Defendants' own concession yields the conclusion that the Court should grant Plaintiffs' Motion for Approval of Settlement Notice Program (ECF No. 257) and order Delta and United to provide their customers' email addresses to Plaintiffs promptly.

*Second*, at best, Defendants' discussion of the customer postal addresses it has already provided to Plaintiffs is a *non sequitur*. Defendants implicitly concede that email notice is superior

1

to postal notice because in both notice plans Defendants imagine as alternatives to Plaintiffs' plan, email notice is posited as the default to be preferred over postal notice. ECF No. 263 at 2. Therefore, whether Defendants have already provided the postal addresses of *some* of their customers is simply immaterial to the question of whether they should produce their email records.

*Third*, at worst, Defendants' discussion of the customer postal addresses they have already provided to Plaintiffs is a transparent attempt to weaponize class notice, using it not for the legitimate purpose of informing class members of their rights but for the punitive purpose of imposing unnecessary costs upon the class. If Delta and United's true concern was actually to implement effective and efficient notice, they would have agreed to Plaintiffs' proposal that these airlines provide notice on their websites and themselves send email notice directly to their customers, thereby utilizing the most direct—and common—customer communication channels in their arsenal. Instead, Delta and United declined, and they now ask the Court to entertain extravagantly complex and purposefully uneconomical notice regimes. ECF 263 at paragraph 3. Their request, contrasting starkly with Rule 23's flexible standard for the "best notice that is practicable under the circumstances", Federal Rules of Civil Procedure, Rule 23(c)(2)(B), should be rejected by the Court.

For the foregoing reasons, the Court should approve Plaintiffs' proposed Notice Program and order Defendants to collect and transmit to Plaintiffs all the customer email information Defendants possess. So that this case and the settlements may proceed without delay, Defendants should be ordered to produce their customer email information immediately.

Dated: August 22, 2018

| /s/ *Adam J. Zapala* | /s/ *Jeannine M. Kenney* |
|---|---|
| Adam J. Zapala | Jeannine M. Kenney |
| Michael Montaño | Hilary Scherrer |
| Elizabeth T. Castillo | HAUSFELD LLP |

Adam Trott
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Rd.
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com
mmontano@cpmlegal.com
ecastillo@cpmlegal.com
atrott@cpmlegal.com

1700 K St. NW, Ste. 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
jkenney@hausfeld.com
hscherrer@hausfeld.com

Alexander Barnett
COTCHETT, PITRE & MCCARTHY, LLP
40 Worth St., 10th Fl.
New York, NY 10013
Telephone: (212) 201-6820
Facsimile: (646) 219-6678