UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION | MDL Docket No. 2656 |
| This Document Relates To:<br><br>ALL CASES | Misc. No. 15-1404 (CKK) |

**ORDER GRANTING PLAINTIFFS' MOTION
FOR APPROVAL OF SETTLEMENT NOTICE
PROGRAM**

For the reasons set forth in the accompanying Memorandum Opinion, this Court approves Plaintiffs' proposed Settlement Notice Program and forms ("Notice Program") regarding notice of the Settlements with Southwest Airlines Co. ("Southwest") and American Airlines, Inc. ("American"). Accordingly, it is hereby this 22nd day of August, 2018,

ORDERED that Plaintiffs' Motions for Approval of Settlement Notice Program, ECF Nos. 218 and 257, are GRANTED. The Court approves the proposed Notice Program, including the Long Form Notice, the E-mail Notice, and the Short Form Notice, attached to the Declaration of Dr. Shannon R. Wheatman, Ph.D. in Support of Plaintiffs' Motions for Approval of Notice Program. The Court finds that the manner of notice proposed constitutes the best practicable notice under the circumstances as well as valid, due and sufficient notice to all persons entitled thereto and complies fully with the requirements of the Federal Rule of Civil Procedure 23 and the due process requirements of the United States Constitution, and it is further

ORDERED that the Court sets the following schedule for notice and final approval of the Settlement:

| EVENT | DEADLINE |
|---|---|
| Order approving Plaintiffs' proposed Notice Program ("Order") | N/A |
| Southwest/American to issue CAFA notice | 5 days after the Court's Order |
| Defendants to produce customer e-mail addresses, to the extent not already provided | 30 days after the Court's Order |
| E-mail notice to potential Settlement Class Members; establish the settlement website; and issue a press release over PR Newswire | 60 days after the Court's Order |
| Publication notice | 60 days after the Court's Order or as soon as practicable thereafter due to publication schedules |
| Plaintiffs to file motion for final approval and request for attorneys' fees and/or expenses | 105 days after the Court's Order [30 days before the objection deadline] |
| Deadline for Plaintiffs to post the motion for final approval and request for attorneys' fees and/or expense on the settlement website. | 106 days after the Court's order |
| Deadline for class members to object to the settlement, the request for attorneys' fees, and/or the request for expenses | 135 days after the Court's Order (objections must be received by this deadline) [30 days after the last media appearance of the notice] |
| Deadline for class members to request to opt out of the settlements | 135 days after the Court's Order (requests must be postmarked by this deadline) [30 days after the last media appearance of the notice] |
| Plaintiffs to file affidavits or declarations of the person(s) under whose general direction notice was issued | At least 10 days before the Final Approval Hearing |
| Plaintiffs to file a proposed final approval order with a complete list of all Settlement Class Members that have opted out of the Settlements | At least 2 days before the Final Approval Hearing |
| Final Approval Hearing | At least 165 days after the Court's Order, as the Court's schedule permits [30 days after the objection/opt-out deadline] |

**IT IS SO ORDERED this 22nd day of August, 2018**

_____
**COLLEEN KOLLAR-KOTELLY**
UNITED STATES DISTRICT JUDGE