IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION | CASE NO. 1:15-mc-01404-CKK <br><br> MDL No. 2656 |
| This Document Relates To: <br><br> ALL CASES | |

**STIPULATED AMENDED SCHEDULING ORDER REGARDING DISCOVERY AND SUMMARY JUDGMENT**

On September 17, 2018, the Court held a Status Conference in this matter at which the parties proposed and the Court agreed that summary judgment would be briefed prior to class certification. The Court requested that the parties submit their amended schedule to the Court by September 21, 2018. *See* Minute Entry Sept. 17, 2018. Pursuant to the Court's instructions, **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs and Defendants that the following schedule be entered:

| | |
|---|---|
| Deadline to File Motions Challenging United Airlines Inc. Privilege Logs for Core Document Production | To be set by Special Master under ECF No. 222 |
| Deadline for Service of Interrogatories | Sept. 30, 2018 |
| Deadline to File Motion Challenging Privilege Logs for Document Production following the Core Document Production | 30 days after Production of Privilege Log |
| Deadline for Service of Requests for Admission | Mar. 29, 2019 |
| Deadline for Motions to Compel | May 31, 2019 |
| Deadline for Fact Depositions | June 14, 2019 |
| Close of Fact Discovery | July 31, 2019 |
| Parties Exchange Opening Merits Expert Reports | Sept. 30, 2019 |
| Parties Exchange Merits Rebuttal Expert Reports | Nov. 14, 2019 |

| Deadline for Depositions of Merits Experts[1] | Dec. 13, 2019 |
|---|---|
| Motion(s) for Summary Judgment | Dec. 16, 2019 |
| Opposition(s) to Summary Judgment Motions | Feb. 7, 2020 |
| Summary Judgment Reply Briefs | Mar. 9, 2020 |
| Class Certification Schedule TBD following Court Order on Summary Judgment | |

Dated:  September 21, 2018

Respectfully submitted,

/s/ *James P. Denvir*
James P. Denvir (D.D.C. No. 225359)
William A. Isaacson (D.D.C. No. 414788)
Michael S. Mitchell (D.D.C. No. 986708)
Abby L. Dennis (D.D.C. No. 994476)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
jdenvir@bsfllp.com
wisaacson@bsfllp.com
mmitchell@bsfllp.com
adennis@bsfllp.com

*Counsel for Delta Air Lines, Inc.*

/s/ *Hilary K. Scherrer*
Michael D. Hausfeld
Hilary K. Scherrer
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
mhausfeld@hausfeld.com
hscherrer@hausfeld.com

Michael P. Lehmann
Bonny E. Sweeney
HAUSFELD, LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
mlehmann@hausfeld.com
bsweeney@hausfeld.com

/s/ *Kent A. Gardiner*
Kent A. Gardiner (D.D.C. No. 432081)
Cheryl A. Falvey (D.D.C. No. 414277)
David M. Schnorrenberg (D.D.C. No. 458774)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
kgardiner@crowell.com
cfalvey@crowell.com
dschnorrenberg@crowell.com

*Counsel for United Airlines, Inc.*

/s/ *Joseph W. Cotchett*
Joseph W. Cotchett
Adam J. Zapala
Elizabeth T. Castillo
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
jcotchett@cpmlegal.com
azapala@cpmlegal.com
ecastillo@cpmlegal.com

Alexander E. Barnett
COTCHETT, PITRE & McCARTHY, LLP
40 Worth Street, 10th Floor

---

[1] Parties will be limited to one deposition of each merits expert.

New York, NY 10013
Telephone: 212.201.6820
abarnett@cpmlegal.com

*Co-Lead Interim Class Counsel*

*Amended Scheduling Order*

**IT IS SO ORDERED.**

_____
**COLLEEN KOLLAR-KOTELLY**
UNITED STATES DISTRICT JUDGE

September 24, 2018