# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES. | MDL Docket No. 2656<br>Misc. No. 15-1404 (CKK)<br><br>Submitted to the Special Master<br>The Hon. Richard A. Levie (Ret.) |

### NOTICE OF SUBMISSION TO SPECIAL MASTER OF
### DEFENDANT UNITED AIRLINES, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEFENDANT UNITED AIRLINES, INC. TO COMPLY WITH DISCOVERY REQUESTS AND THE STIPULATION AND ORDER REGARDING THE SEARCH FOR AND PRODUCTION OF ELECTRONICALLY STORED INFORMATION AND FOR OTHER RELIEF

Pursuant to the Order appointing the Hon. Richard A. Levie (Ret.) as Special Master (MDL Dkt No. 154 (February 9, 2017)), Defendant United Airlines, Inc. ("United") hereby gives notice that United's Opposition to Plaintiffs' Motion to Compel Defendant United Airlines, Inc. to Comply with Discovery Requests and the Stipulation and Order Regarding the Search for and Production of Electronically Stored Information and for Other Relief has been submitted to Special Master Levie for his consideration.

Dated:  November 5, 2018 Respectfully submitted,

/s/ Brendan Sepulveda
Kent A. Gardiner (Bar No. 432081)
David M. Schnorrenberg (Bar No. 458774)
Cheryl A. Falvey (Bar No. 414277)
Brendan Sepulveda (Bar No. 1025074)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
kgardiner@crowell.com
dschnorrenberg@crowell.com
cfalvey@crowell.com
bsepulveda@crowell.com

*Counsel for Defendant United Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2018, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

Dated:  November 5, 2018            /s/ Brendan Sepulveda
                                                         CROWELL & MORING LLP
                                                         1001 Pennsylvania Ave., NW
                                                         Washington, DC 20004
                                                         Telephone: (202) 624-2500
                                                         Facsimile: (202) 628-5116
                                                         bsepulveda@crowell.com

                                                         *Counsel for Defendant United Airlines, Inc.*