UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL No. 2656<br>Case No. 1:15-mc-01404-CKK |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF REASONABLE LITIGATION EXPENSES, AND AWARD OF FUTURE LITIGATION EXPENSES**

Before the Court is Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Reasonable Litigation Expenses, and Award of Future Litigation Expenses in Connection with Final Approval of the American Airlines, Inc. and Southwest Airlines Co. Settlements ("Motion"), submitted by and through Interim Co-Lead Class Counsel for Plaintiffs ("Class Counsel"). The Court has reviewed the memorandum, declarations, and other documents submitted in support of the Motion. Based on the entire record of these proceedings to date, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1.      The Court, having considered the Motion and supporting documents, concludes that an award of attorneys' fees and reimbursement of certain litigation expenses to Plaintiffs to be paid from the American Airlines, Inc. and Southwest Airlines Co. settlements totaling $60 million ("Settlement Funds") are appropriate under Federal Rules of Civil Procedure ("Rules") 23(h) and 54(d)(2). Plaintiffs provided notice of the Motion to potential settlement class members pursuant to, and in compliance with, the orders of the Court.

2. Based on Plaintiffs' Motion, the Court awards attorneys' fees using the percentage-of-the-recovery method. The Court **GRANTS** an award of reasonable attorneys' fees to Plaintiffs in the amount of $3.75 million from the Southwest Settlement Fund, and $11.25 million from the American Settlement Fund (*i.e.*, 25 percent of each of the Settlement Funds). Plaintiffs' request for attorneys' fees, in light of all of the facts, is fair and reasonable.

3. Likewise, based on Plaintiffs' Motion, the Court finds that Plaintiffs incurred reasonable litigation expenses and hereby **GRANTS** reimbursement of litigation costs in the cumulative amount of $1,573,192.48. Class Counsel shall deduct these amounts on a pro rata basis from the respective settlement funds. Accordingly, Class Counsel shall deduct $393,298.12 from the Southwest Settlement Fund and $1,179,894.36 from the American Settlement Fund. Plaintiffs' request for reimbursement of litigation expenses, in light of all of the facts, is fair and reasonable.

4. Settlement Class Counsel are hereby authorized to allocate the attorneys' fees and litigation expenses awarded herein among Class Counsel who performed work on behalf of Plaintiffs in accordance with Settlement Class Counsel's assessment of the value of each law firm's contribution to the prosecution of this case and settlements at issue on this Motion.

5. Finally, based on Plaintiffs' Motion, the Court finds that Plaintiffs' request an award of $3 million payable to a fund to be established for future litigation expenses, exclusive of Settlement Notice and claims administration costs, is warranted and appropriate. Of that amount awarded to Plaintiffs for the future litigation expenses fund, $750,000 is awarded from the Southwest Settlement Fund and $2,250,000 is awarded from the American Settlement Fund, which constitutes a pro rata allocation between the settlement funds.

6. The foregoing amounts—$15 million in attorneys' fees, $1,573,192.48 in

cumulative litigation expenses, and $3 million in a future litigation expense fund, may be disbursed from the Qualified Settlement Funds now held in escrow.

**IT IS SO ORDERED.**

DATED: _____

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE