**Exhibit 1**

**All Firm Hours, Lodestars & Expenses**
**February 5, 2016 through June 18, 2018**

| **Firm** | **Hours** | **Lodestar** | **Expenses** |
|---|---:|---:|---:|
| Abraham, Fruchter & Twersky, LLP | 697.10 | $225,360.00 | $0.00 |
| Andrus Anderson, LLP | 1,758.00 | $548,551.50 | $263.76 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 938.60 | $236,528.00 | $4,550.20 |
| Bleichmar Fonti & Auld LLP | 4,994.80 | $1,991,527.00 | $8,695.62 |
| Block & Leviton, LLP | 2,185.20 | $695,717.00 | $755.61 |
| Bonnett Fairbourn Friedman & Balint PC | 1,471.80 | $435,957.50 | $244.57 |
| Brualdi Law Firm, P.C. | 2,361.20 | $719,640.00 | $36.76 |
| Burns Charest LLP | 951.60 | $414,273.50 | $1,322.04 |
| Chimicles & Tikellis, LLP | 2,717.70 | $691,337.50 | $60.78 |
| Cohen & Malad, LLP | 1,128.20 | $288,603.00 | $0.00 |
| Cotchett, Pitre & McCarthy, LLP | 3,088.00 | $1,455,025.00 | $20,852.20 |
| Finkelstein Thompson LLP | 756.60 | $458,608.00 | $1,198.65 |
| Frank, LLP | 3,183.30 | $940,490.00 | $1,020.57 |
| Glancy Prongay & Murray LLP | 1,813.30 | $547,901.50 | $0.00 |
| Gross Belsky Alonso, LLP | 1,810.90 | $559,385.00 | $31.30 |
| Gustafson Gluek | 2,411.60 | $610,130.00 | $136.48 |
| Hach Rose Schirripa & Cheverie, LLP | 2,130.20 | $664,052.50 | $0.00 |
| Hausfeld, LLP | 3,601.50 | $2,134,074.00 | $18,588.57 |
| Kaplan Fox & Kilsheimer LLP | 3,730.70 | $1,472,359.00 | $17,883.30 |
| Keller Rohrback, LLP | 564.90 | $293,683.00 | $1,126.15 |
| Kralowec Law Group | 1,794.10 | $1,379,242.00 | $2,824.06 |
| Ku Mussman, P.A. | 283.00 | $93,286.00 | $134.57 |
| Lieff Cabraser Heimann & Bernstein LLP | 3,728.50 | $1,325,533.00 | $13,684.97 |
| Lockridge Grindal Nauen, PLLP | 2,023.40 | $607,520.00 | $36.50 |
| Minami Tamaki, LLP | 2,256.30 | $569,967.00 | $0.00 |
| Mogin Rubin, LLC (Formerly The Mogin Law Firm PC) | 1,334.20 | $437,597.75 | $204.84 |
| Murray Law Firm | 2,044.70 | $625,815.00 | $0.00 |
| NastLaw LLC | 145.10 | $45,120.00 | $141.07 |
| Nussbaum Law Group, PC | 684.80 | $200,037.50 | $583.23 |
| Radice Law Firm, PC | 4,449.00 | $1,366,473.00 | $216.96 |
| Saveri & Saveri, Inc. | 1,309.10 | $803,730.00 | $6,281.68 |
| Sharp McQueen P.A. | 1,239.40 | $372,192.50 | $0.00 |
| Shepherd, Finkelman, Miller & Shah, LLP | 1,299.10 | $353,897.50 | $6.45 |
| The Mehdi Firm, PC | 1,095.70 | $330,622.50 | $0.00 |
| Weinstein Kitchenoff & Asher, LLC | 3,094.70 | $1,327,511.00 | $34.53 |
| Wolf Haldenstein Adler Freeman & Herz, LLP | 863.70 | $509,096.50 | $2,122.06 |

| Firm | Hours | Lodestar | Expenses |
|---|---:|---:|---:|
| Zelle Hofmann Voelbel & Mason LLP | 2,504.00 | $1,477,327.00 | $2,738.86 |
| Zimmerman Reed PLLP | 1,563.60 | $761,369.50 | $2,882.36 |
| Zwerling Schachter & Zwerling LLP | 1,666.40 | $516,642.50 | $189.94 |
| **GRAND TOTALS:** | **75,674.00** | **$28,486,183.25** | **$108,848.64** |