MICHAEL B. SUESSMANN
PO BOX 297
LEONARDTOWN, MARYLAND 20650

301/475-1745



*Let this be filed*
*Judy CKollar-Kotel*
*12/12/2018*

November 28, 2018

Clerk
United States District Court
333 Constitution Avenue, NW
Washington, DC 20001

15-mc-1404(CKK)

Re: Domestic Airline Travel Antitrust Litigation,
     MDL Number 2656.

Dear Madam or Sir:

This letter is to notify the Court that I object to the proposed settlements with Southwest Airlines and American Airlines in In Re: Domestic Airline Travel Antitrust Litigation, MDL Number 2656.

I wish to speak at the Fairness Hearing now scheduled for March 22, 2019.

Proof of my membership in the Southwest Airlines class is at Enclosure 1 and proof as to the American Airlines class is at Enclosure 2.

I object to the proposed settlements because they provide nothing of value to the class members nor do they serve the public interest since they are too small to cause the defendants to change their business practices if those practices were improper during the periods covered by this litigation. The proposed settlements are undeserved windfalls for Plaintiffs' counsel as well as for the airlines if they engaged in improper activities.

I also object because- in exchange for nothing- the proposed settlements would bind the class members to waiving related claims not known to them at the time of these settlements. See Paragraphs 32 and 33 of the Settlement Agreements.

Further, I object to the payment of unwarranted percentage fees to Plaintiffs' counsel since members of the classes are not receiving

RECEIVED Mail Room DEC - 3 2018 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

anything of value as a result of the proposed settlements. The class members will not receive a cash payment nor will they even get a free checked bag on American or an extra bag of peanuts on Southwest. Despite producing nothing for their "clients", Plaintiffs' counsel seek a fee that is 20% greater than the maximum amount awarded to successful qui tam litigants in False Claims Act cases.

In addition, I object to the use of these settlements to fund litigation against other airlines as described at Item 17 of the Detailed Notice to class members. There is no benefit to the Southwest and American classes in the use of their settlements for the prosecution of cases against other airlines.

Finally, I object in particular to the Southwest Airlines settlement because it may have been negotiated before Plaintiffs' counsel knew facts regarding the case which would have been necessary for settlement negotiations. Paragraph 47, Industry Background, Paragraph 48, Proffers, and Paragraph 52, Interviews, Depositions, Declarations and Affidavits, indicate that Plaintiffs' counsel may not have known enough facts about the dispute or Southwest's role in alleged misconduct to fairly represent the class in negotiating the settlement. Most significantly, the proffers described in Paragraph 48 and the interviews described in Paragraph 52 should have preceded the settlement, not followed it.

Taken together, the issues outlined above warrant the Court's disapproval of the proposed settlements and the fee request.

Sincerely,

*[signature]*

Enclosures

cc: Roberta Liebenberg, Fine Kaplan and Black, One South Broad Street, Suite 2300, Philadelphia, PA 19107

Michael Hausfeld, Hausfeld, LLP, 1700 K Street NW, Suite 650, Washington, DC 20006

Benjamin Bradshaw, O'Melveny and Myers, 1625 Eye Street NW, Washington, DC 20006

**Account Settlements.** You cannot settle your account balance without our written agreement. If you want to settle your account for less than the New Balance (for example if you dispute the amount you owe or you cannot afford to pay what you owe), you must write to us at USAA Credit Card Resolution Services, P.O. Box 34894, San Antonio, TX 78265 and we must agree in writing. Otherwise, we may process your payment and it will not release you from paying the remaining unpaid balance or result in an accord and satisfaction.

| Rewards Summary (continued) |
|---|
| TO LEARN MORE ABOUT USAA MEMBERSHOP REWARDS, VISIT USAA.COM/MEMBERSHOP. |

### Transactions

**Payments and Credits**

| Trans Date | Post Date | Card | Reference Number | Description | Amount |
|---|---|---|---|---|---|
| 08/06 | 08/06 | M | 85523136S3JMBD8J6M | PAYMENT-THANK YOU    SAN ANTONIO  TX | $3,400.00- |
| | | | | **Total Payments And Credits For This Period** | **$3,400.00-** |

**Transactions**

| Trans Date | Post Date | Card | Reference Number | Description | Amount |
|---|---|---|---|---|---|
| 08/06 | 08/06 | M | 55432866V00A8TWF6M | SOUTHWES 5262132632950  800-435-9792 TX | $249.01 |
| | | | 5262132632950 | SUESSMANN/MICHAEL | |
| | | | 11/08/15 1 WN M | BALTIMORE     LAS VEGAS | |
| | | | 11/13/15 2 WN S O | LAS VEGAS     BALTIMORE | |

*Encl 1*

### Interest Charged

| Trans Date | Post Date | Card | Reference Number | Description | |
|---|---|---|---|---|---|
| | | | | INTEREST CHARGED ON PURCHASES | $0.00 |
| | | | | INTEREST CHARGED ON CASH ADVANCES | $0.00 |
| | | | | INTEREST CHARGED ON BALANCE TRANSFERS | $0.00 |
| | | | | **Total Interest For This Period** | **$0.00** |

| 2015 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2015 | $0.00 |
| Total interest charged in 2015 | $0.00 |

| Important Messages |
|---|

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate * | Interest Charge |
|---|---|---|---|
| Regular Purchases (v) | 11.90% | $0.00 | $0.00 |

*Interest Charge Calculation continues on next page.*

we confirm receipt of good funds

**Account Settlements.** You cannot settle your account balance without our written agreement. If you want to settle your account for less than the New Balance (for example if you dispute the amount you owe or you cannot afford to pay what you owe), you must write to us at USAA Credit Card Resolution Services, P.O. Box 34894, San Antonio, TX 78265 and we must agree in writing. Otherwise, we may process your payment and it will not release you from paying the remaining unpaid balance or result in an accord and satisfaction.

| Rewards Summary (continued) |
|---|
| TO LEARN MORE ABOUT USAA MEMBERSHOP REWARDS, VISIT USAA.COM/MEMBERSHOP. |

### Transactions

**Payments and Credits**

| Trans Date | Post Date | Card | Reference Number | Description | Amount |
|---|---|---|---|---|---|
| 05/07 | 05/07 | M | 85523133Z3JMBG0EMM | PAYMENT-THANK YOU    SAN ANTONIO  TX | $2,000.00- |
| | | | | Total Payments And Credits For This Period | $2,000.00- |

Encl 2

| | | | | | |
|---|---|---|---|---|---|
| 05/05 | 05/05 | M | 052595831559235H7M | | |
| 05/08 | 05/08 | M | 554996741JMX36LJLM 03724020285322 06/02/15 1 US Q O | USAIRWAY 03724020285322 800-428-4322 AZ SUESSMANN/MICHAELB WASHINGTON        FORT LAUDERDALE | $93.10 |

**Fees**

| Trans Date | Post Date | Card | Reference Number | Description | Amount |
|---|---|---|---|---|---|
| | | | | Total Fees For This Period | $0.00 |

**Interest Charged**

| Trans Date | Post Date | Card | Reference Number | Description | Amount |
|---|---|---|---|---|---|
| | | | | INTEREST CHARGED ON PURCHASES | $0.00 |
| | | | | INTEREST CHARGED ON CASH ADVANCES | $0.00 |
| | | | | INTEREST CHARGED ON BALANCE TRANSFERS | $0.00 |
| | | | | Total Interest For This Period | $0.00 |

| 2015 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2015 | $0.00 |
| Total Interest charged in 2015 | $0.00 |

### Important Messages

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate * | Interest Charge |
|---|---|---|---|
| Regular Purchases (v) | 11.90% | $0.00 | $0.00 |
| Regular Cash Advances (v) | 11.90% | $0.00 | $0.00 |

The APR for a balance type followed by a (v) is a variable rate.

Paying Interest and Your Grace Period: We will not charge you any further interest on your Purchase Balance on this Statement if you pay your entire New Balance by your Payment Due Date of 06/27/15

PO Box 297
Leonardtown, MD
20650

Clerk
US District Court
333 Constitution Ave, NW
Washington DC 20001