UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL No. 2656<br>Case No. 1:15-mc-01404-CKK |

PLAINTIFFS' REQUEST TO HOLD IN ABEYANCE, IN PART, PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF REASONABLE LITIGATION EXPENSES, AND AWARD OF FUTURE LITIGATION EXPENSES

**I.   INTRODUCTION**

Plaintiffs hereby request that the Court hold in abeyance, in part, Plaintiffs' request for an award of attorneys' fees until such time as Interim Class Counsel present the Court with a motion to distribute the settlement proceeds. ECF No. 300.[1]

**II.   BACKGROUND**

On December 20, 2017, Plaintiffs entered into a settlement with Southwest Airlines Co. ("Southwest") for $15 million, which the Court preliminarily approved on January 3, 2018. *See* ECF No. 197. On June 14, 2018, Plaintiffs entered into a settlement with American Airlines, Inc. ("American") for $45 million, which the Court preliminarily approved on June 18, 2018. *See* ECF

---

[1] Interim Class Counsel does not seek to hold in abeyance their Motion insofar as it relates to their request for reimbursement of reasonable litigation expenses ($1,573,192.48), or an award of future litigation expenses ($3,000,000), and those requests remain ripe for resolution by the Court at the March 22, 2019 final approval hearing. In their Motion for Award of Attorneys' Fees, Reimbursement of Reasonable Litigation Expenses, and Award of Future Litigation Expenses, Interim Class Counsel noted the fact that the Court has discretion to delay an award of attorneys' fees pending a motion to distribute the settlement proceeds. *See* ECF No. 300 at p. 3 n. 3.

1

No. 249.[2]  After approval of Plaintiffs' combined notice plan for the two settlements, pursuant to the Class Action Fairness Act ("CAFA"), the Settling Defendants provided notice of the proposed settlements to various federal and state officials, including the Attorneys General of the states.  *See* 28 U.S.C. § 1715(b).

On December 14, 2018, Interim Class Counsel were contacted by representatives of the Attorney General's offices of ten states (the "States") seeking to discuss various aspects of the proposed settlements.[3]  Between December 17th and January 2nd, Interim Class Counsel and the States participated in five conference calls to address the States' questions.[4]  These discussions were productive and held in the utmost good faith.  As a result of these discussions, although they do not believe it necessary, Interim Class Counsel has agreed to request that the Court hold in abeyance Plaintiffs' motion for attorneys' fees until such time as Interim Class Counsel present the Court with a motion to distribute the settlement proceeds.[5]  This request has no effect on the January 4, 2019 opt-out and objection deadline for settlement class members, nor does it require further notice to class members; it is merely an accommodation to the States.

The Court has discretion to grant this request.  Indeed, the Court has held a motion for attorneys' fees in abeyance on at least one other occasion.  *See Radosti v. Envision EMI, LLC*, No. 09-887-CKK (D.D.C. June 8, 2010) (ECF No. 40).

---

[2] Southwest and American are referred to collectively as the "Settling Defendants."
[3] The state Attorneys General participating in these discussions have been: Arizona, California, Arkansas, Michigan, Mississippi, Missouri, Nevada, Indiana, Texas, and Oregon.
[4] Not all States participated in all five calls.
[5] As set forth in Plaintiffs' motion for final approval of the settlements, in order to minimize administrative and postal expenses in connection with distribution of settlement checks, and to maximize recovery to class members, Plaintiffs intend to distribute the settlement proceeds at the end of the case, when there are additional settlements or judgments.  *See* ECF No. 300 at p. 10 n. 5 (Motion for Attorneys' Fees, Expenses and Future Expenses); *see also* ECF No. 299-1 at p. 3 n. 7 (Motion for Final Approval).

### III.   CONCLUSION

For the foregoing reasons, the Court should hold in abeyance Interim Class Counsel's request for attorneys' fees in the amount of $15 million.

Dated: January 2, 2019                                                                 Respectfully Submitted,

*/s/ Adam J. Zapala*                                                                           */s/ Michael D. Hausfeld*
Adam J. Zapala                                                                                 Michael D. Hausfeld
Elizabeth T. Castillo                                                                          Hilary K. Scherrer
Adam J. Trott                                                                                  Jeannine Kenney
Michael A. Montano                                                                             HAUSFELD LLP
COTCHETT, PITRE & McCARTHY, LLP                                                                1700 K Street NW, Suite 650
840 Malcolm Road, Suite 200                                                                    Washington, DC 20006
Burlingame, CA 94010                                                                           Telephone: (202) 540-7200
Telephone: 650-697-6000                                                                        mhausfeld@hausfeld.com
azapala@cpmlegal.com                                                                           hscherrer@hausfeld.com
ecastillo@cpmlegal.com                                                                         jkenney@hausfeld.com
atrott@cpmlegal.com
mmontano@cpmlegal.com                                                                          Michael P. Lehmann
                                                                                               Bonny E. Sweeney
Alexander E. Barnett                                                                           HAUSFELD, LLP
COTCHETT, PITRE & McCARTHY, LLP                                                                600 Montgomery Street, Suite 3200
40 Worth Street, 10th Floor                                                                    San Francisco, CA 94111
New York, NY 10013                                                                             Telephone: (415) 633-1908
Telephone: 212-201-6820                                                                        mlehmann@hausfeld.com
abarnett@cpmlegal.com                                                                          bsweeney@hausfeld.com

*Interim Co-Lead Class Counsel*