**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION | MDL Docket No. 2656<br>Misc. No. 15-1404 (CKK) |
| This Document Relates To:<br><br>ALL CASES | |

**PLAINTIFFS' MOTION TO DISBURSE FUNDS FOR COSTS OF CLASS NOTICE FROM THE QUALIFIED SETTLEMENT FUNDS**

In accord with the Court's Orders preliminarily approving the settlements with Southwest Airlines Co. ("Southwest"), ECF No. 197, and American Airlines, Inc. ("American"), ECF No. 249; and approving Plaintiffs' Class Notice Program (ECF No. 267); and pursuant to paragraphs 30 of the Southwest and American settlement agreements, Plaintiffs request that the Court enter an order permitting them to disburse funds from the respective escrow accounts for purposes of paying for the costs of class notice and related initial administration services provided to date in the amount of $1,013,974.00.  *See* **Exhibit A**, attached hereto (invoice from notice provider). Pursuant to paragraphs 31 of the settlement agreements, the disbursement for such expenses is apportioned to Southwest and American based on the respective settlement amounts as a proportion of the total settlements. Consequently, Plaintiffs seek to disburse $253,493.50 (25%) from the Southwest Qualified Settlement Fund, and $760,480.50 (75%) from the American Qualified Settlement Fund to their settlement class notice provider, Rust Kinsella.  As the following demonstrates, this request is routine in class action litigation, and is required by the settlement agreements, necessitating the Court's entry of this ministerial order so that the Escrow

1

Agent understands that it is permitted to disburse the funds directly to Rust Kinsella for this sole purpose.

I.  **Disbursement of Settlement Funds for Class Notice Prior to Final Approval is Routine in Class Action Litigation**

It is common in class action litigation for interim settlements to include provisions, like those here, permitting the withdrawal of funds for purposes of class notice prior to final approval. *See In re Transpacific Passenger Air Transportation Litigation*, Case No. 3:07-cv-05634-CRB, ("*Transpacific*"), ECF No. 968, ¶ 9 (order permitted notice costs to be taken from settlement fund); *Transpacific*, ECF No. 1165 (same for later round of settlements); *In re Capacitors Antitrust Litigation*, Case No. 3:14-cv-03264-JD ("*Capacitors*"), ECF No. 1455 (preliminary approval order permitting expenditure of funds for class notice for direct purchasers); *Capacitors*, Case No. 3:14-cv-03264-JD, ECF No. 1456, ¶ 8 (preliminary approval order permitting expenditure of funds for class notice for indirect purchasers); *In re Automotive Parts Antitrust Litigation (Wire Harness)*, Case No. 12-cv-00103, ECF No. 231, ¶ 12 (same) ("*Auto Parts*") (same); *Bynum v. District of Columbia*, 412 F.Supp.2d 73, 78-79 (D.D.C. 2006) (noting costs that were advanced for purposes of class notice and related administrative expenses prior to settlement's final approval); *Oncology & Radiation Associates, P.A. v. Bristol-Myers Squibb Co.*, No. Civ.A.1:01CV02313(EG), 2003 WL 21087979, at *8 (D.D.C. May 13, 2003) (directing disbursements for the costs and expenses of class notice, administration of the settlement fund, and other expenses be made from the settlement fund account prior to final approval); *Vista Healthplan, Inc. v. Bristol-Myers Squibb Co.,* 266 F.Supp.2d 44, 46 (D. D.C. 2003) (same).

In addition to the foregoing authorities, the *Manual for Complex Litigation*, Fourth (2017) expressly states: "[t]he parties generally use the settlement agreement to allocate the cost of settlement notices. The costs are often assessed against a fund created by the defendants . . . ." *See*

Section 21.312. As the foregoing demonstrates, there is substantial authority permitting disbursement of these funds and the practice is routine.

**II.     The Southwest and American Settlement Agreements Permit Use of Settlement Funds for Purposes of Class Notice Prior to Final Approval**

The Southwest and American settlement agreements expressly require disbursement of funds from the settlement funds for purposes of class notice.  Paragraphs 30 of the Southwest and American settlement agreements are identical, and state "[s]ubject to Court approval, disbursements for any payments and expenses incurred in connection with the costs of notice and administration of the Agreement by the Claims Administrator shall be made from the Escrow Account upon written notice to the Escrow Agent by Plaintiffs' Counsel of such payments and expenses."  *See* ECF No. 196-2, Ex. A ¶ 30 (Southwest Settlement Agreement); ECF No. 248-2, Ex A ¶ 30 (American Settlement Agreement).  The amounts permitted and disbursed for class notice are not reimbursed to the settling defendants in the event that final approval is not granted. Accordingly, this Court should order disbursement for payment for the costs of Notice and Administration incurred to date.

Dated: January 8, 2019                                         Respectfully Submitted,

                                                                         */s/ Adam J. Zapala*
                                                                         Adam J. Zapala
                                                                         Elizabeth T. Castillo
                                                                         COTCHETT, PITRE & McCARTHY, LLP
                                                                         840 Malcolm Road, Suite 200
                                                                         Burlingame, CA 94010
                                                                         Telephone: 650-697-6000
                                                                         azapala@cpmlegal.com
                                                                         ecastillo@cpmlegal.com

Alexander E. Barnett
COTCHETT, PITRE & McCARTHY, LLP
40 Worth Street, 10th Floor
New York, NY  10013
Telephone: 212-201-6820
abarnett@cpmlegal.com

*/s/ Michael D. Hausfeld*
Michael D. Hausfeld
Hilary K. Scherrer
Jeannine Kenney
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
mhausfeld@hausfeld.com
hscherrer@hausfeld.com
jkenney@hausfeld.com

Michael P. Lehmann
Bonny E. Sweeney
HAUSFELD, LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
mlehmann@hausfeld.com
bsweeney@hausfeld.com

*Co-Lead Interim Class Counsel*