Russ Baker
1142 Gateway Road
Ottawa, ON, Canada  K2C2W9
November 10, 2018

*Leave to file granted Judge Kollar-Kotelly Jan. 3, 2019*

*15mc1404 (CKK)*

Clerk of the Court
United States District Court for the
District of Columbia
333 Constitution Avenue
Washington, DC  20001

Dear Reader:

I object to the Settlement(s) in In re Domestic Airline Travel Antitrust Litigation, MDL No. 2656. I do not plan to appear at the fairness hearing, as this is far too expensive in both time and money for me relative to the pathetic benefits on offer.  In this case, I am specifically objecting to the settlement with Southwest Airlines, though as a frequent traveler, I will also be a more significant class member if and when the cases against United or, to a lesser extent, Delta are resolved.  I never fly American.  As proof of my membership in this class, I submit a copy of one of many tickets purchased on Southwest Airlines.

My objections to the settlement boil down to one simple fact.  A $15M settlement is so miniscule that it should rightly be viewed by Southwest's attorneys and management as a joke and a great victory.  I would view this more as a minor service fee paid for the right to engage in blatant antitrust behavior and rake in profits.  In looking for evidence to back up my claim, I was unable to find an obvious statement of the amount of additional profit the court estimates was gained as a result of the price fixing these airlines were accused of – more accurately termed "the damages".  So, as a way to take an educated guess at what "the damages" may consist of, given that the complaint suggests "significant" increases to ticket prices, if I assume even a simple 1% increase in revenues during the stated timeframe, for Southwest alone, we're looking at over $150M in 2011 and increasing from there.  This would imply that the airline's gains over the stated timeframe are likely over $1B.  If you present me an opportunity to shell out $X and in return be paid 67X over 7 years, without having to acknowledge guilt, I will gladly sign up.  This is a laughable penalty.

I also object to everything else surrounding this situation, and others like it.  Everything about the structure of the process is designed to bury the individual victims in process.  Why aren't "the estimated damages" obviously stated somewhere?  Why do I have to print, sign and mail four separate letters to object?  I'm sure I'll be asked to provide proof of all of my flights over the past several years, in order to share in the "bounty" of this process.  Given that this $15M will probably be shared across millions of passenger flights in the end, it is likely that I will need to spend hours of my time in order to access a settlement of 1's to, at most, 10's of dollars.  Which, of course, is not worth my time.  Which, of course, means that most claimants won't bother.  Which, of course, probably means the airline will end up paying only a small portion of the stated settlement.  And, of course, everyone involved in the process knows this, including the court.

In the end, Southwest airlines walks away having paid very little (almost certainly single-digit millions), all the lawyers get paid, the court gets paid by the taxpayer, and the few complainants that bother to spend their time to work through the paperwork and process receive a very tiny

RECEIVED Mail Room DEC 21 2018 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

amount of money that in no way actually compensates them for the original alleged "crime". Ironically, Southwest will have almost certainly spent more money in the process of defending themselves than the settlement itself.

I would ask what the point of all this is, but I know the answer. It's a convenient rubber stamp so that corporate interests can continue to do whatever they want, while the government and the courts pretend that they're doing something worthwhile. You're not. Unless and until you take away all of the benefits of a corporate crime, AND apply an additional penalty on top of that loss of illicit benefits, you're just an accessory to the crime, tasked to clean up the mess. I assume while studying the law, members of the court intended to fill a more respectable role. But instead, they're elbow-deep in corporate America's feces. Perhaps the court should consider not wallowing in the stench.

Sincerely,

Russ Baker

Enclosure


Russ Baker
1142 Gateway Rd
Ottawa ON K2C 2W9

Clerk of the Court
US District Court for the District of Columbia
333 Constitution Ave.
Washington, DC 20001