# ANAYA LAW

Edward M. Anaya
Attorney-at-Law

1728 Ocean Ave., # 240 | San Francisco, CA 94112
Tel: (415) 300-0871 | edward@anayalawsf.com

---

January 11, 2018

**VIA CERTIFIED MAIL**
[ # 7018 1130 0000 1379 3451]
US District Court, District of Columbia
Honorable Judge Colleen Kollar-Kotelly
333 Constitution Avenue, NW
Washington D.C. 20001

*Leave to file Granted*
*Judge C Kollar-Kotelly*
*1/22/19*

Re:   **OBJECTION to class action settlement**
*In re: Domestic Airline Travel Antitrust Litigation*
1:15-mc-01404-CKK

Honorable Judge Kollar-Kotelly,

The undersigned attorney is a member of the above-referenced class. This letter objects to the proposed settlement between plaintiffs and defendants Southwest Airlines and American Airlines. This objection is on the grounds that the proposed settlement is not fair, reasonable or adequate to the class members as required under Rule 23(c)(3).

**I.   Growing concern regarding the use of cy pres settlements in lieu of direct payments.**

Appellate courts around the country have voiced concern regarding the growing use of cy pres settlements on the grounds they may foster collusion and are not fair to individual class members, particularly when used as a substitute for direct payments to class members. Criticism has been voiced by several circuits, including the Third Circuit,[1] the Fifth Circuit[2] and the D.C. Circuit.[3] The United States Supreme Court has also signaled concern.[4]

**II.   The settling parties should be required to show "due diligence" -- that all reasonable efforts to make direct payments to class members has been exhausted and no other alternative exists.**

The undersigned respectfully request that the court deny the settlements given its use of the cy pres mechanism without the settling parties showing any "due diligence" justifying its use. In the alternative, the court should order the settling parties to make a showing that every reasonable effort to make direct payments to class members has been explored and exhausted, but to no avail.

Very Truly Yours,

Edward M. Anaya

---

1   *In re Baby Products Antitrust Litigation*, 708 F.3d 163, 173 (3rd Cir. 2013)("We caution [] that direct distributions to the class are preferred over cy pres distributions.)
2   *Klier v. Elf Atochem North America, Inc.*, 658 F.3d 468, 481 *concurring opinion. (5th Cir. 2011)("It is time for courts to rethink the justifications of the practice.")
3   *Keepseagle v. Perdue*, 856 F.3d 1039, 1069 * concurring opinion (D.C. Cir. 2017)
4   *Marek v. Lane*, 571 U.S. 1003 (2013)("[T]his Court may need to clarify the limits on the use of [cy pres] remedies.")



ANAYA LAW
1728 Ocean Ave, #240 | San Francisco, CA 94112

U.S. POSTAGE PAID
FCM LETTER
SAN FRANCISCO, CA
94112
JAN 11, 19
AMOUNT
$3.95
R2304E107387-79

US District Court, District of Columbia
Honorable Judge Colleen Kollar-Kotelly
333 Constitution Avenue, NW
Washington D.C. 20001

CERTIFIED MAIL
7018 1130 0000 1379 3475

20001-284798