**APPENDIX A: OBJECTIONS**

| | Last Name | First Name | Postmarked, Received, or Filed Date (whichever is earliest) | Intent to Appear at Fairness Hearing | Proof of Membership in the Settlement Class[1] | Objection to American and/or Southwest Settlement(s) | Objection to Attorneys' Fees and Costs | ECF No. |
|---|---|---|---|---|---|---|---|---|
| 1 | Anaya | Edward M. | 1/11/2019 (leave to file granted) | Unclear | No | Both | No | 326 |
| 2 | Argie | Michael | 1/4/2019 | No | Yes | Both | Yes – future expenses only | 319 (at 31-110) |
| 3 | Baietti | Monica J. | 11/29/2018 | No | No | Unclear | No | 319 (at 8-11) |
| 4 | Baker | Russ | 12/15/2018 | No | No | Southwest | No | 318 |
| 5 | Bruno | Kathleen | 12/4/2018 | No | No | Both | No | 316 (at 15) |
| 6 | Chen | Howard | 12/8/2018 | No | Yes | Both | No | 319 (at 1-7) |
| 7 | Croft | Richard | 1/4/2019 (submitted via settlement website) | Unclear | No | Unclear | No | 316 (at 22) |
| 8 | DeMott | Paul | 1/4/2019 | Yes (through attorney) | Yes (declaration) | Both | Yes | 311-1-2 321 (at 35-57) |
| 9 | Doe | John | 1/3/2019 | Unclear | Yes | American | Yes | 320 (sealed) |
| 10 | Frank Bednarz | Theodore M. Frank | 1/4/2019 | Yes | Yes | Both | Yes | 321 (at 1-9), 328, 329-1-3 |

---

[1] Many of these individuals did not submit proof of their membership in the settlement class, as required by the class notice.  With the exception of Monica J. Baietti, however, Plaintiffs appear to have found these individuals in Defendants' transactional data.  Whether these individuals are, in fact, the objectors is unclear.

**APPENDIX A: OBJECTIONS**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11 | Gyda | Michael | 12/31/2018 | Yes | Yes | Both | Unclear | 321 (at 23-30) |
| 12 | Harris | Sherry | 11/13/2018 | Unclear | Yes | Both | Unclear | 301 (at 5-7) |
| 13 | Johnson | Janis | 1/4/2019 | No (requests leave to appear by phone) | No | Unclear | Yes | 321 (at 19-22) |
| 14 | Klover | Sean | 11/26/2018 | No | Yes | Both | Unclear | 301 (at 30-36) |
| 15 | Liebich | Jason | 1/4/2019 | Yes (through attorney) | Yes | Both | No | 321 (at 10-18) |
| 16 | Mungovan | Anthony J. | 11/17/2018 | Unclear | No | Unclear | Unclear | 301 (at 3-4) |
| 17 | Nash | Paige | 1/2/2019 | Unclear | No | Unclear | Yes | 321 (at 33-34) |
| 18 | Suessmann | Michael B. | 11/29/2018 | Yes | Yes | Both | Yes | 302 |
| 19 | Weissman | Kenneth A. | 10/29/2018 | Unclear | No | Unclear | No | 301 (at 1-2) |
| 20 | Wexler | Shimshon | 1/7/2019 (leave to file granted) | Yes | Yes | Both | Yes | 319 (at 22-30) |
| 21 | Willett | Stephan | 1/4/2019 | Yes | No | Both | No | 309 |
| 22 | Yazdani | Payam | 1/3/2019 | No | Yes | Both | Yes | 319 (at 12-21) |
| 23 | Zajac | Alexander J. Michelle K. | 11/19/2018 | Yes | Yes | Both | No | 301 (at 8-29) |

2