IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

*Let this be filed*
*Judge C Kollar-Kotelly*
*3/12/19*

IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION

NO. 1:15-mc-01404-CKK MDL No. 2656

### SHIMSHON WEXLER'S WITHDRAWAL OF OBJECTION TO FINAL APPROVAL OF SETTLEMENT AGREEMENTS WITH SOUTHWEST AIRLINES CO. AND AMERICAN AIRLINES, INC.

Dear Honorable Colleen Kollar-Kotelly,

My name is Shimshon Wexler. I have received a copy of ECF No. 342 in the mail. Because my major issue with the settlement was that it allowed for attorney's fees and future litigation expenses to be awarded prior to any distribution to the class or on behalf of the class, I now completely withdraw my objection to the settlement and in fact I support it. I also support plaintiff's request for reasonable litigation expenses of approximately 1.6 million dollars. I have not been provided with payment or other consideration in connection with the withdrawal of my objection. My objection is located at ECF No. 319 (at 12-21).

Dated this 5th day of March 2019.

Respectfully submitted,

By: _____
Shimshon Wexler
1856 Berkeley Mews
Atlanta, GA 30329
(212) 760-2400
(917) 512-6132 (FAX)
swexleresq@gmail.com


RECEIVED Mail Room MAR - 8 2019 Angela D. Caesar, Clerk of Court U.S. Bankruptcy Court, District of Columbia

Shinshon Wealu
1656 Berkeley Mews
Atl, GA 30329

US District Court
for the District of Columbia
Office of the Clerk
E Barrett Prettyman Courthouse
Washington, DC 20001

20001-215799