UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL CASES | MDL Docket No. 2656<br>Misc. No. 15-1404 (CKK) |

**NOTICE OF SUBMISSION TO SPECIAL MASTER OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT DELTA AIRLINES, INC. TO PRODUCE CERTAIN DATA**

Pursuant to the Court's February 2, 2017 Order appointing the Hon. Richard A. Levie (Ret.) as Special Master in the above-captioned matter (ECF No. 154), Plaintiffs, through Interim Co-Lead Counsel, hereby give notice that Plaintiffs' Motion to Compel Defendant Delta Air Lines, Inc. to Produce Certain Data has been submitted to the Special Master today for his consideration.

Dated: June 17, 2019         Respectfully submitted,

By: /s/ *Michael D. Hausfeld*

Michael D. Hausfeld
Hilary K. Scherrer
Jeannine Kenney
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
mhausfeld@hausfeld.com
hscherrer@hausfeld.com
jkenney@hausfeld.com

Michael P. Lehmann
Bonny E. Sweeney
HAUSFELD, LLP
600 Montgomery Street, Suite 3200

By: /s/ *Adam J. Zapala*

Adam J. Zapala
Elizabeth Castillo
Adam J. Trott
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
azapala@cpmlegal.com
ecastillo@cpmlegal.com
atrott@cpmlegal.com

Alexander E. Barnett
COTCHETT, PITRE & McCARTHY, LLP
40 Worth Street, 10th Floor
New York, NY 10013

San Francisco, CA 94111  
Telephone: (415) 633- 1908  
mlehmann@hausfeld.com  
bsweeney@hausfeld.com  

Telephone: 212.201.6820  
abarnett@cpmlegal.com  

*Co-Lead Counsel for Plaintiffs*

Elizabeth J. Cabraser  
Eric B. Fastiff  
Brendan P. Glackin  
LIEFF CABRASER HEIMANN & BERNSTEIN  
275 Battery Street, 29th Floor  
San Francisco, CA 94111-3339  
Telephone: (415) 956-1000  
ecabraser@lchb.com  
efastiff@lchb.com  
bglackin@lchb.com  

Robert N. Kaplan  
Gregory K. Arenson  
Elana Katcher  
KAPLAN, FOX & KILSHEIMER LLP  
850 Third Avenue, 14th Floor  
New York, NY 10022  
Telephone: (212) 687-1980  
rkaplan@kaplanfox.com  
garenson@kaplanfox.com  
ekatcher@kaplanfox.com  

Warren T. Burns  
Daniel H. Charest  
BURNS CHAREST LLP  
500 North Akard Street, Suite 2810  
Dallas, TX 75201  
Telephone: (469) 904-4550  
wburns@burnscharest.com  
dcharest@burnscharest.com