# United States Court of Appeals
### For The District of Columbia Circuit

**No. 19-7058**                        **September Term, 2018**

1:15-mc-01404-CKK

**Filed On:** July 30, 2019

In re: Domestic Airline Travel Antitrust Litigation

------------------------------

Consolidated with 19-7059, 19-7060

### O R D E R

Upon consideration of the motion by appellant Stephan Willett for voluntary dismissal of his appeal in No. 19-7059, and the motion by appellant Michael Argie for voluntary dismissal of his appeal in No. 19-7060, it is

**ORDERED** that the motions be granted, and Nos. 19-7059 and 19-7060 be dismissed. It is

**FURTHER ORDERED** that the consolidation of Nos. 19-7059 and 19-7060 with No. 19-7058 be terminated.

The Clerk is directed to issue forthwith the mandate in Nos. 19-7059 and 19-7060.

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                             BY:    /s/
                                     Laura Chipley
                                     Deputy Clerk