**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION | MDL Docket No. 2656 Misc. No. 15-1404 (CKK) |
| This Document Relates To: ALL CASES. | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of March 13, 2019, the parties submit the following status report regarding pending motions and the status of discovery in advance of the August 7, 2019 Status Conference.

**I.     DISCOVERY STATUS AND UPDATES**

Since the last status conference, the period for fact discovery has closed, as of July 31, 2019.  During that period, Plaintiffs deposed six Delta fact witnesses and five Delta Rule 30(b)(6) witnesses, and ten United fact witnesses and five additional United Rule 30(b)(6) witnesses.  The non-settling Defendants deposed two fact and Rule 30(b)(6) witnesses of the entity Plaintiffs, in addition to the eight depositions of the individual named Plaintiffs conducted between last October and February.  Plaintiffs and the non-settling Defendants deposed eight third parties.

On June 13, 2019, the Court granted a motion to extend the fact deposition deadline for purposes of taking the depositions of witnesses of the settling Defendants, from June 15 to July 15, 2019.  ECF No. 393.  No depositions of the settling Defendants occurred.

Two discovery motions are fully briefed and pending before the Special Master.  In addition, certain discovery responses were served on July 31, 2019.  These issues are more fully summarized below:

A.      **Plaintiffs' Discovery of United**

      1.      **United's 30(b)(6) Deposition and Documents Pertaining Thereto**

As part of the parties' agreement on the scope of Plaintiffs' March 29, 2019 30(b)(6) notice of deposition of United, reached in early May, United agreed to provide a written response regarding its international alliances with other airlines and to consider, based on its document-by-document review, stipulating to the authenticity and admissibility of documents to be identified by Plaintiffs related to specific 30(b)(6) topics. On June 28, Plaintiffs provided to United a list of documents for which they are seeking such a stipulation pursuant to that agreement.   United provided its responses concerning both issues on July 31. Plaintiffs are reviewing those responses.

      2.      **Requests for Admission**

On July 1, 2019, Plaintiffs served Requests for Admission on United (and Delta, *see infra*) requesting admissions as to authentication and admissibility of over 1,900 documents.  United responded on July 31.  Plaintiffs are reviewing that response.

      3.      **Plaintiffs' Motion To Compel Regarding United's Privilege Log**

On November 19, 2018, Plaintiffs submitted to the Special Master their Motion to Compel United Airlines, Inc. to Produce or Un-Redact Certain Documents from Its Core Production Privilege Log, which was fully briefed on January 7, 2019.  The parties now await a Report and Recommendation from the Special Master regarding the motion.

B.      **Plaintiffs' Discovery of Delta**

      1.      **Delta's 30(b)(6) Deposition and Documents Pertaining Thereto**

As part of the parties' agreement on the scope of the 30(b)(6) deposition of Delta, it agreed to consider stipulating that certain documents to be identified by Plaintiffs are business records and to provide a written declaration concerning its international alliances and joint ventures with

other airlines in exchange for Plaintiffs' withdrawal of certain topics from their Amended Second Notice of Rule 30(b)(6) deposition to Delta. On June 29, Plaintiffs provided to Delta a list of documents for which they are seeking such a stipulation pursuant to that agreement. Delta provided the declaration on May 24 and provided its response to the proposed stipulation on July 31. Plaintiffs are reviewing that response.

### 2.      Plaintiffs' Motion to Compel Delta to Produce Certain Data

On June 17, following Plaintiffs' Rule 30(b)(6) Deposition of United, Plaintiffs moved to compel Delta to produce certain data. The motion was fully briefed on June 20. On July 2, the Special Master heard argument on Plaintiffs' Motion to Compel. Thereafter, the parties agreed to Plaintiffs' proposal that they withdraw a portion of their motion that related to customer payment information in exchange for Delta's agreement that Plaintiffs may renew that motion at a later date pending review of Defendants' arguments at summary judgment or class certification. The parties now await a Report and Recommendation from the Special Master regarding the remaining portions of the motion.

### 3.      Requests for Admission

As noted above, on July 1, 2019, Plaintiffs served Requests for Admission on Delta requesting admissions as to authentication and admissibility of over 1,500 documents produced by Delta. Delta responded on July 31. Plaintiffs are reviewing that response.

### C.      Defendants' Discovery of Plaintiffs

On July 5, the Special Master issued an Amended Report & Recommendation No. 8 ("R&R No. 8") relating to the sufficiency of Plaintiffs' answers to certain of Defendants' contention interrogatories, which the Court adopted on July 19. ECF No. 405. Plaintiffs filed an uncontested motion to extend the deadline for Plaintiffs' supplemental responses to July 31,

subject to an extension of the deadline to pursue any further motion to compel, if any, related to Plaintiffs' supplemental responses. The Court granted the motion on July 17.  Plaintiffs served their supplemental responses on July 31, which Defendants are reviewing.

## II.     APPEAL OF THE COURT'S FINAL APPROVAL

On May 9, 2019, Your Honor issued the Order Granting Plaintiffs' Motion For Final Approval of Settlement Agreements with Southwest Airlines Co. and American Airlines, Inc. (May 9, 2019) ("Final Approval Order").  ECF No. 373.

On June 10, 2019, Objectors Theodore H. Frank, Frank Bednarz, Stephan Willett, and Michael Argie filed their notices of appeal of that Order.  ECF Nos. 384, 385, 389. Subsequently, Messrs. Willett and Argie voluntarily dismissed their appeals and the D.C. Circuit has dismissed those appeals.  The only appeal that remains pending, therefore, is the appeal of Messrs. Frank and Bednarz.

## III.    COUNSEL ATTENDING THE AUGUST 7, 2019 STATUS CONFERENCE

The following list contains the names of counsel who will be appearing at the August 7, 2019 Status Conference:

1. **Plaintiffs:**          Michael Hausfeld, Adam Zapala, Hilary Scherrer, Jeannine Kenney, Seth Gassman, Molly Kenney and Alex Barnett

2. **Delta Air Lines:**     James Denvir, Michael Mitchell, Rory Skaggs

3. **United Airlines:**     Kent Gardiner, Luke van Houwelingen

4. **Southwest Airlines**:  David Smith

5. **American Airlines**:   Unconfirmed at time of filing

Dated:   August 1, 2019

Respectfully submitted,

/s/ James P. Denvir
James P. Denvir (D.D.C. No. 225359)
William A. Isaacson (D.D.C. No. 414788)
Michael S. Mitchell (D.D.C. No. 986708)
Abby L. Dennis (D.D.C. No. 994476)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
jdenvir@bsfllp.com
wisaacson@bsfllp.com
mmitchell@bsfllp.com
adennis@bsfllp.com

Counsel for Delta Air Lines, Inc.

/s/ Kent A. Gardiner
Kent A. Gardiner (D.D.C. No. 432081)
Cheryl A. Falvey (D.D.C. No. 414277)
David M. Schnorrenberg (D.D.C. No. 458774)
Luke van Houwelingen (D.D.C. No. 989950)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
kgardiner@crowell.com
cfalvey@crowell.com
dschnorrenberg@crowell.com

Counsel for United Airlines, Inc.

/s/ Michael D. Hausfeld
Michael D. Hausfeld
Hilary K. Scherrer
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
mhausfeld@hausfeld.com
hscherrer@hausfeld.com

Jeannine M. Kenney
Molly C. Kenney
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 985-3270
jkenney@hausfeld.com
mkenney@hausfeld.com

Seth R. Gassman
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
sgassman@hausfeld.com

/s/ Adam J. Zapala
Adam J. Zapala
Elizabeth T. Castillo
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
azapala@cpmlegal.com
ecastillo@cpmlegal.com

Alexander E. Barnett
COTCHETT, PITRE & McCARTHY, LLP
40 Worth Street, 10th Floor
New York, NY 10013
Telephone: (212) 201-6820
abarnett@cpmlegal.com

Co-Lead Interim Class Counsel