# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION | MDL Docket No. 2656<br>Misc. No. 15-1404 (CKK) |
| This Document Relates to:<br>ALL CASES | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of August 15, 2019, the parties submit the following status report regarding pending motions and the status of discovery in advance of the October 30, 2019 Status Conference.

### I.  DISCOVERY STATUS AND UPDATES

Since the last status conference, the parties exchanged their initial merits expert reports on September 30, 2019. The parties have also reached stipulations regarding the qualification of certain documents produced by Delta (ECF No. 420) and United (ECF No. 421). The parties are scheduled to exchange rebuttal reports on November 14th and motions for summary judgment are due on December 16th.

### II. PENDING DISCOVERY MOTIONS

Two discovery motions are fully briefed and pending, one before the Court and one before the Special Master. These issues are more fully summarized below:

#### A.  Plaintiffs' Objections to Report and Recommendation No. 9

On August 30, the Special Master issued Report and Recommendation No. 9 ("R&R No. 9") relating to Plaintiffs' motion to compel Delta to produce certain data (ECF No. 411).

Plaintiffs submitted their objection to R&R No. 9 on September 11, 2019 (ECF No. 414) and Delta submitted its response on September 16 (ECF No. 416). Plaintiffs filed a motion to submit a reply on September 17, 2019 (ECF No. 418) and then submitted their reply on September 23, 2019 (ECF No. 419). On October 22, the Court requested in camera submission of the materials submitted to the Special Master in connection with the briefing underlying Plaintiffs' objections to the R&R. Those materials were submitted on Thursday, October 24th (ECF No. 422). The parties now await the Court's decision regarding Plaintiffs' objections to R&R No. 9.

**B.     Plaintiffs' Motion to Compel Regarding United's Privilege Log**

On November 19, 2018, Plaintiffs submitted to the Special Master their Motion to Compel United Airlines, Inc. to Produce or Un-Redact Certain Documents from Its Core Production Privilege Log. The issue was fully briefed by January 7, 2019. Following the last status conference, the Special Master requested the provision of certain documents subject to the motion, which United provided on August 30th and September 9th. The parties await a Report and Recommendation from the Special Master regarding the motion.

**III.    APPEAL FROM FINAL APPROVAL OF THE SOUTHWEST AND AMERICAN SETTLEMENTS**

On May 9, 2019, this Court issued an Order Granting Plaintiffs' Motion for Final Approval of Settlement Agreements with Southwest Airlines Co. and American Airlines, Inc. ("Final Approval Order"). ECF No. 373. On June 10, 2019, Objectors Theodore H. Frank and Frank Bednarz ("Objectors") filed a notice of appeal of the Final Approval Order. ECF No. 384; USCA Case No. 19-7058, Document #1793793.[1] On August 2, following discussions with Plaintiffs, American, and Southwest (collectively, the "Settling Parties") regarding the fact that

---

[1] Objectors Stephan Willet and Michael Argie also filed notices of appeal but subsequently voluntarily dismissed their appeals.

the Final Approval Order did not include language necessary to make the order appealable under Rule 54(b), Objectors filed a motion in this Court styled as an "order to show cause." ECF No. 408. The motion requested that (1) the Court vacate its Order granting final approval of the settlements, or (2) enter an order under Rule 54(b) stating that "there is no just reason for delay" for the entry of a final, appealable judgment with respect to the settlements with American and Southwest. *Id.* The Settling Parties responded to this motion on August 16, arguing, *inter alia*, that the Proposed Order submitted by Plaintiffs sought an express finding under Rule 54(b), but the Court did not adopt it. ECF No. 409.  Based on the Court's comments at the final approval hearing and the omission from the Final Approval Order of the Rule 54(b) language proposed by Plaintiffs, it appeared to the Settling Parties that the Final Approval Order was not a final, appealable order under Rule 54(b). *Id.* The Objectors filed their reply on August 22. ECF No. 410. Thus, the motion to show cause is fully briefed before this Court.

Notwithstanding their recognition that a Rule 54(b) order had not been entered, Objectors did not withdraw their appeal.  Accordingly, on August 5, 2019, the Settling Parties filed in the Court of Appeals a Motion to Dismiss for Lack of Jurisdiction, arguing that the final approval order lacked required language making it appealable pursuant to Rule 54(b).  USCA Case No. 19-7058, Document #1800711. In response to the Settling Parties' motion to dismiss, Objectors conceded the correctness of the Settling Parties' position and requested that the Court of Appeals hold the motion to dismiss in abeyance pending a ruling by this Court on Objectors' order to show cause. *Id.*, Document # 1802376. On October 22, the D.C. Circuit issued an order holding the Settling Parties' motion to dismiss in abeyance pending further order of this Court on Objectors' motion to show cause. *Id.*, Document #1811930, attached hereto as Exhibit A.

### IV. COUNSEL ATTENDING THE OCTOBER 30, 2019 STATUS CONFERENCE

The following list contains the names of counsel who will be appearing at the October 30, 2019 Status Conference:

1. **Plaintiffs:** Michael Hausfeld, Adam Zapala, Hilary Scherrer, Jeannine Kenney, Alex Barnett

2. **Delta Air Lines:** James Denvir, Michael Mitchell, Rory Skaggs

3. **United Airlines:** Luke van Houwelingen, Britton Davis

4. **Southwest Airlines:** Alden Atkins

5. **American Airlines:** Richard Parker, Katrina Robson

Dated: October 25, 2019

Respectfully submitted,

By: /s/ *Michael D. Hausfeld*
Michael D. Hausfeld
Hilary K. Scherrer
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
mhausfeld@hausfeld.com
hscherrer@hausfeld.com
jkenney@hausfeld.com

Jeannine Kenney
Molly C. Kenney
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 985-3270
jkenney@hausfeld.com
mkenney@hausfeld.com

Michael P. Lehmann
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
mlehmann@hausfeld.com

By: /s/ *Adam J. Zapala*
Adam J. Zapala
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
azapala@cpmlegal.com

Alexander E. Barnett
COTCHETT, PITRE & McCARTHY, LLP
40 Worth Street, 10th Floor
New York, NY 10013
Telephone: 212.201.6820
abarnett@cpmlegal.com

*Plaintiffs' Interim Co-Lead Counsel*

| | |
|---|---|
| Elizabeth J. Cabraser | Warren T. Burns |
| Eric B. Fastiff | Daniel H. Charest |
| Brendan P. Glackin | BURNS CHAREST LLP |
| LIEFF CABRASER HEIMANN & BERNSTEIN | 500 North Akard Street, Suite 2810 |
| 275 Battery Street, 29th Floor | Dallas, TX 75201 |
| San Francisco, CA 94111 | Telephone: (469) 904-4550 |
| Telephone: (415) 956-1000 | wburns@burnscharest.com |
| ecabraser@lchb.com | dcharest@burnscharest.com |
| efastiff@lchb.com | |
| bglackin@lchb.com | |

Robert N. Kaplan
Gregory K. Arenson
Elana Katcher
KAPLAN, FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
rkaplan@kaplanfox.com
garenson@kaplanfox.com
ekatcher@kaplanfox.com

*Plaintiffs' Executive Committee*

| | |
|---|---|
| /s/ *David M. Schnorrenberg* | /s/ *Michael Mitchell* |
| Kent A. Gardiner (D.D.C. No. 432081) | James P. Denvir (Bar No. 225359) |
| Cheryl A. Falvey (D.D.C. No. 414277) | William A. Isaacson (Bar No. 414788) |
| David M. Schnorrenberg (D.D.C. No. 458774) | Michael S. Mitchell (Bar No. 986708) |
| Luke van Houwelingen (D.D.C. No. (989950) | Abby L. Dennis (Bar No. 994476) |
| CROWELL & MORING LLP | BOIES SCHILLER FLEXNER LLP |
| 1001 Pennsylvania Avenue, N.W. | 1401 New York Avenue, NW |
| Washington, D.C. 20004 | Washington, D.C. 20005 |
| Telephone: (202) 624-2500 | Telephone: (202) 237-2727 |
| Facsimile: (202) 628-5116 | Facsimile: (202) 237-6131 |
| kgardiner@crowell.com | jdenvir@bsfllp.com |
| cfalvey@crowell.com | wisaacson@bsfllp.com |
| dschnorrenberg@crowell.com | mmitchell@bsfllp.com |
| | adennis@bsfllp.com |
| *Counsel for United Airlines, Inc.* | *Counsel for Delta Air Lines, Inc.* |