**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION | MDL Docket No. 2656<br>Misc. No. 15-1404 (CKK) |
| This Document Relates to:<br>ALL CASES. | |

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS'
MOTION TO COMPEL UNITED AIRLINES, INC. to PRODUCE OR Un-REDACT
CERTAIN DOCUMENTS from ITS CORE PRODUCTION PRIVILEGE LOG
(MAY 11, 2020)**

The Special Master has filed Report and Recommendation No. 10. The Court, having considered the Special Master's Report and Recommendation No. 10, and noting the absence of objection from any party, adopts Report and Recommendation No. 10 and orders that Plaintiffs' Motion to Compel United Airlines, Inc. to Produce or Un-Redact Certain Documents from its Core Document Production Privilege Log is granted in part and denied in part in accordance with the Special Master's Recommendations in the Analysis Chart [Exhibt 1] [ECF 438].

**IT IS SO ORDERED.**

/s/
_____
**COLLEEN KOLLAR-KOTELLY**
UNITED STATES DISTRICT JUDGE