UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION | MDL Docket No. 2656<br>Misc. No. 15-1404 (CKK) |
| This Document Relates To:<br><br>ALL CASES. | |

### PARTIES' JOINT STATUS REPORT REGARDING CASE SCHEDULE

The parties, having met and conferred between and amongst themselves and with the Special Master, hereby submit the following status report regarding the case status and a proposed case schedule:

**I.  DISCOVERY STATUS AND UPDATES**

On February 25, 2020, the Special Master issued Report and Recommendation Number 10 (ECF 438) regarding Plaintiffs' motion to compel United Airlines to produce documents withheld as privileged or based on the work-product doctrine. Thereafter, United and Plaintiffs engaged in a meet and confer regarding United's possible appeal of R&R No. 10 and reached an agreement under which United did not seek certification of an appeal of R&R No. 10.  Plaintiffs and United have since been involved in a second meet and confer process regarding a subset of the newly produced documents from United's privilege log for which Plaintiffs seek a stipulation regarding authenticity and admissibility in order to avoid a dispute about whether any further deposition(s) are appropriate.  Plaintiffs and United have met and conferred several times and hope to reach agreement on these issues.

Beyond the foregoing, expert discovery is all that needs to be completed before motions for summary judgment are filed, as reflected in the parties' Joint Proposed schedule *infra*.

## II.     PROPOSED CASE SCHEDULE

Based on communications among the parties and with the Special Master, the parties hereby respectfully propose that the schedule for the briefing of any motions for summary judgment proceed within the timeframes and deadlines indicated in the chart below:

| **Litigation Event** | **Date** |
| --- | --- |
| Period for the completion of expert depositions [1] | September 15, 2020 through November 30, 2020 |
| Motion(s) for Summary Judgment | December 16, 2020 |
| Opposition(s) to Summary Judgment | March 10, 2021 |
| Reply to Summary Judgment | April 30, 2021 |
| Oral argument on Summary Judgment Motion(s) | To be set by the Court |
| Class Certification Schedule TBD following Court Order on Summary Judgment | Parties to meet and confer after the Court's decision on motion(s) for summary judgment |

As indicated, because the parties will need the benefit of the Court's decision on summary judgment, the parties propose that the schedule for class certification be the subject of a meet and confer process after the Court renders its decision on the motion(s) for summary judgment.

## III.    RATIONALE FOR PROPOSED CASE SCHEDULE

---

[1] The parties have agreed that they will be limited to one seven-hour deposition of each merits expert. The parties have completed the exchange of their merits expert reports, and the parties have agreed that no party will submit or file any additional expert reports, via declaration, affidavit or otherwise, in connection with any summary judgment briefing.

The parties jointly agreed to the foregoing proposed schedule because they believe it provides appropriate pacing based both on the needs of the case and the ongoing exigencies arising from the Covid-19 pandemic. The initial expert discovery period is appropriately tailored because the parties exchanged a total of eleven expert reports from six experts, each of whom will need to be deposed in advance of any motion for summary judgment.

The proposed briefing schedule for summary judgment provides sufficient time for the various teams to coordinate their briefs and supporting evidence given that many lawyers and their staff likely will continue to work remotely until early 2021.

Additionally, in connection with the summary judgment proceedings, the parties have agreed to forego potential *Daubert* challenges to the experts' opinions at the summary judgment stage for purposes of efficiency. *See Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). The foregoing agreement is why no such dates are included in the proposed schedule relating to *Daubert* briefing. Plaintiffs and Defendants expressly reserve their right to raise potential *Daubert* challenges at the class certification stage or in advance of trial.

A proposed Order is respectfully submitted herewith for the Court's review and entry.

Dated: August 5, 2020

Respectfully submitted,

/s/ *James P. Denvir*
James P. Denvir (D.D.C. No. 225359)
Michael S. Mitchell (D.D.C. No. 986708)
Abby L. Dennis (D.D.C. No. 994476)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
jdenvir@bsfllp.com
mmitchell@bsfllp.com
adennis@bsfllp.com

/s/ *Michael D. Hausfeld*
Michael D. Hausfeld
Hilary K. Scherrer
Paul Gallagher
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
mhausfeld@hausfeld.com
hscherrer@hausfeld.com
pgallagher@hausfeld.com

Jeannine Kenney

*Counsel for Delta Air Lines, Inc.*

/s/ *Kent A. Gardiner*
Kent A. Gardiner (D.D.C. No. 432081)
Cheryl A. Falvey (D.D.C. No. 414277)
David M. Schnorrenberg (D.D.C. No. 458774)
Luke van Houwelingen (D.D.C. No. 989950)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
kgardiner@crowell.com
cfalvey@crowell.com
dschnorrenberg@crowell.com

*Counsel for United Airlines, Inc.*

Katie R. Beran
Molly C. Kenney
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 985-3270
jkenney@hausfeld.com
kberan@hausfeld.com
mkenney@hausfeld.com

Michael P. Lehmann
Bonny E. Sweeney
Seth Gassman
HAUSFELD, LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
mlehmann@hausfeld.com
bsweeney@hausfeld.com
sgassman@hausfeld.com


/s/ *Adam J. Zapala*
Adam J. Zapala
Elizabeth T. Castillo
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
azapala@cpmlegal.com
ecastillo@cpmlegal.com

Alexander E. Barnett
COTCHETT, PITRE & McCARTHY, LLP
40 Worth Street, 10th Floor
New York, NY 10013
Telephone: (212) 201-6820
abarnett@cpmlegal.com

*Co-Lead Interim Class Counsel*