UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION | MDL Docket No. 2656<br>Misc. No. 15-1404 (CKK) |
| This Document Relates To:<br><br>ALL CASES. | |

## ORDER REGARDING CASE SCHEDULE

The Court, having considered the parties' Joint Status Report Regarding Case Schedule, hereby ORDERS:

The following shall be the schedule for the briefing of any motion(s) for summary judgment:

| Litigation Event | Date |
|---|---|
| Period for the completion of expert depositions [1] | September 15, 2020 through November 30, 2020 |
| Motion(s) for Summary Judgment | December 16, 2020 |
| Opposition(s) to Summary Judgment | March 10, 2021 |
| Reply to Summary Judgment | April 30, 2021 |
| Oral argument on Summary Judgment Motion(s) | To be set by the Court |
| Class Certification Schedule TBD following Court Order on Summary Judgment | Parties to meet and confer after the Court's decision on motion(s) for summary judgment |

---

[1] The parties shall be limited to one deposition of each merits expert. No party will submit or file any additional expert reports, via declaration, affidavit or otherwise, in connection with any summary judgment briefing. In addition, no Daubert motions/challenges will be entertained by the Court during the summary judgment phase of the litigation. This Order shall not, however, prejudice the rights of the parties to bring Daubert motions/challenges as to any expert in conjunction with class certification briefing and/or trial.

As indicated, upon the Court's decision on the motion(s) for summary judgment, the parties shall meet and confer and present to the Court a schedule for class certification.

**IT IS SO ORDERED**

Dated: 8-10-2020

/s/
HON. COLLEEN KOLLAR-KOTELLY
United States District Judge.

**COUNSEL TO BE NOTIFIED OF ENTRY OF ORDER**

James P. Denvir (D.D.C. No. 225359)
Michael S. Mitchell (D.D.C. No. 986708)
Abby L. Dennis (D.D.C. No. 994476)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
jdenvir@bsfllp.com
mmitchell@bsfllp.com
adennis@bsfllp.com

*Counsel for Delta Air Lines, Inc.*

Kent A. Gardiner (D.D.C. No. 432081)
Cheryl A. Falvey (D.D.C. No. 414277)
David M. Schnorrenberg (D.D.C. No. 458774)
Luke van Houwelingen (D.D.C. No. 989950)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
kgardiner@crowell.com
cfalvey@crowell.com
dschnorrenberg@crowell.com

*Counsel for United Airlines, Inc.*

Michael D. Hausfeld
Hilary K. Scherrer
Paul Gallagher
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
mhausfeld@hausfeld.com
hscherrer@hausfeld.com
pgallagher@hausfeld.com

Jeannine Kenney
Katie R. Beran
Molly C. Kenney
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 985-3270
jkenney@hausfeld.com
kberan@hausfeld.com
mkenney@hausfeld.com

Michael P. Lehmann
Bonny E. Sweeney
Seth Gassman
HAUSFELD, LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
mlehmann@hausfeld.com
bsweeney@hausfeld.com
sgassman@hausfeld.com

Adam J. Zapala
Elizabeth T. Castillo
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
azapala@cpmlegal.com
ecastillo@cpmlegal.com

Alexander E. Barnett
COTCHETT, PITRE & McCARTHY, LLP
40 Worth Street, 10th Floor
New York, NY 10013
Telephone: (212) 201-6820
abarnett@cpmlegal.com

*Co-Lead Interim Class Counsel*