# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE DOMESTIC AIRLINES TRAVEL ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL CASES | MDL Docket No. 2656<br>Misc. No. 15-1404 (CKK)<br><br>**Public Version of Sealed Document ECF 495-1** |

## UNITED AIRLINES, INC.'S CORRECTED MOTION FOR SUMMARY JUDGMENT

United Airlines, Inc. ("United"), pursuant to Federal Rule of Civil Procedure 56, Local Rule LCvR 7(h), and other applicable law, hereby moves for summary judgment, and requests that the Court dismiss Plaintiffs' claims in their entirety. There are no genuine disputes of material facts in this case, and United is entitled to judgment as a matter of law.

In support of this Motion, United relies upon all matters of record, including, but not limited to, the following materials which, pursuant to the Stipulated Protective Order Regarding Confidential and Privileged Materials (ECF 162), have been filed under seal on this date:

1. United Airlines, Inc.'s Memorandum in Support of Its Motion for Summary Judgment;

2. United Airlines, Inc.'s Statement of Material Facts ("SOF"); and

3. The Declaration of Chalana N. Damron, Appendix I (annotated), and Exhibits Nos. 1 – 4, 6- 14, 15 – 19, 20 – 48 – 103, 105 – 152, 155 – 168, 172 – 328, 330 – 352, 354 - 366 thereto In Support of United's Motion for Summary Judgment.

United respectfully requests that summary judgment be entered in its favor as to Plaintiffs' claims, and Plaintiffs' Corrected Consolidated Amended Class Action Complaint (ECF 184) be dismissed with prejudice.

1

December 16, 2020  
(as corrected, December 22, 2020)

Respectfully submitted,

*/s/ David M. Schnorrenberg*
Kent A. Gardiner (D.D.C. No. 432081)
Cheryl A. Falvey (D.D.C. No. 414277)
David M. Schnorrenberg (D.D.C. No. 458774)
Luke van Houwelingen (D.D.C. No. 989950)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2578
Facsimile: (202) 628-5116
kgardiner@crowell.com
cfalvey@crowell.com
dschnorrenberg@crowell.com
lvanhouwelingen@crowell.com

*Counsel for United Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2021, a true and correct copy of the foregoing public version of Defendant United Airlines, Inc.'s Corrected Motion for Summary Judgment was served on all counsel of record via the Court's CM/ECF system, together with public versions of the following supporting documents:

4. Corrected Memorandum of Points and Authorities in Support of Defendant United Airlines, Inc.'s Motion for Summary Judgment;

5. Defendant United Airlines, Inc.'s Corrected Statement of Material Facts;

6. Corrected Declaration of Chalana N. Damron in Support of Defendant United Airlines, Inc.'s Motion for Summary Judgment (including the appendix and exhibits thereto);

7. United Airlines, Inc.'s Corrected Index of Exhibits in Support of its Motion for Summary Judgment; and

8. [Proposed] Order Granting United Airlines, Inc.'s Motion for Summary Judgment.

Dated:  January 6, 2021

/s/ David M. Schnorrenberg
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
dschnorrenberg@crowell.com

*Counsel for Defendant United Airlines, Inc.*