# EXHIBIT 135
# (sealed version found at
# ECF 465-35)

**S&P Global**
Market Intelligence

# JetBlue Airways Corporation
# NasdaqGS:JBLU
# FQ4 2014 Earnings Call Transcripts

## Thursday, January 29, 2015 3:00 PM GMT
### S&P Global Market Intelligence Estimates

| | | -FQ4 2014- | | | -FQ1 2015- | -FY 2014- | | | -FY 2015- |
|---|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| **EPS Normalized** | 0.24 | 0.26 | ▲8.33 | 0.24 | 0.68 | 0.70 | ▲2.94 | 1.43 |
| **Revenue (mm)** | 1450.78 | 1446.00 | ▼(0.33 %) | 1461.78 | 5818.50 | 5817.00 | ▼(0.03 %) | 6252.93 |

Currency: USD
Consensus as of  Jan-20-2015 11:30 PM GMT



Stock Price [USD] vs. Volume [mm] with earnings surprise annotations

| | - EPS NORMALIZED  - | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ1 2014** | 0.07 | 0.01 | ❶ (85.71 %) |
| **FQ2 2014** | 0.19 | 0.19 | ❷ 0.00 % |
| **FQ3 2014** | 0.26 | 0.24 | ❸ (7.69 %) |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

| FQ4 2014 | 0.24 | 0.26 | ▲ 4 8.33 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ................................................................................ | 3 |
| Presentation | ................................................................................ | 4 |
| Question and Answer | ................................................................................ | 9 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence                                                                              3

# Call Participants

**EXECUTIVES**

**Kevin William Crissey**
*Former Director of Investor Relations*

**Mark D. Powers**
*Former Senior Advisor*

**Robin Hayes**
*CEO & Director*

**ANALYSTS**

**Daniel J. Mckenzie**
*The Buckingham Research Group Incorporated*

**David E. Fintzen**
*Barclays Bank PLC, Research Division*

**Duane Thomas Pfennigwerth**
*Evercore ISI Institutional Equities, Research Division*

**Glenn David Engel**
*BofA Merrill Lynch, Research Division*

**Helane R. Becker**
*Cowen and Company, LLC, Research Division*

**Hunter Kent Keay**
*Wolfe Research, LLC*

**Jamie Nathaniel Baker**
*JP Morgan Chase & Co, Research Division*

**Joseph William DeNardi**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

**Julie Ann Yates Stewart**
*Crédit Suisse AG, Research Division*

**Michael John Linenberg**
*Deutsche Bank AG, Research Division*

**Savanthi Nipunika Syth**
*Raymond James & Associates, Inc., Research Division*

**Thomas Kim**
*Goldman Sachs Group Inc., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good morning. My name is Felicia, and I would like to welcome everyone to the JetBlue Airways Fourth Quarter and Full Year 2014 Earnings Conference Call. As a reminder, today's call is being recorded. [Operator Instructions] I would now like to turn the call over to JetBlue's Director of Investor Relations, Kevin Crissey. Please go ahead, sir.

**Kevin William Crissey**
*Former Director of Investor Relations*

Thanks, Felicia. Good morning, everyone, and thanks for joining us for our fourth quarter 2014 earnings call. Joining us here in New York to discuss our results are Robin Hayes, our President; and Mark Powers, our CFO.

This morning's call includes forward-looking statements about future events. Actual results may differ materially from those expressed in the forward-looking statements due to many factors, and therefore, investors should not place undue reliance on these statements. For additional information concerning factors that could cause results to differ from the forward-looking statements, please refer to our press release, 10-K and other reports filed with the SEC.

Also, during the course of our call, we may discuss several non-GAAP financial measures. For a reconciliation of these non-GAAP measures to GAAP measures, please refer to the tables at the end of our earnings release, a copy of which is available on our website.

And now I'd like to turn the call over to Robin Hayes, JetBlue's president.

**Robin Hayes**
*CEO & Director*

Thank you, Felicia. Thank you, Kevin. Good morning, everyone, and thank you for joining us. Earlier today, we reported our results for the fourth quarter and full year 2014. In the fourth quarter, net income excluding special items was $87 million or $0.26 per diluted share. For the full year, excluding the gain from the sale of LiveTV, we increased net income to $232 million or $0.70 per diluted share. This represents a year-over-year net income growth of over 38%.

As always, I'd really like to thank all of our incredible crew members for their hard work they put in to achieve this result. I truly believe we have the most committed and caring crew members in the industry.

In 2014, total revenues grew 7% year-over-year, driven by improved yield and high-margin ancillary revenue. Fuel prices fell sharply late in the year and our realized fuel price averaged $2.99 for the year, down 4.7% versus 2013. Full year operating margin improved by 1 percentage point to 8.9%.

Our return on invested capital increased by 1 point in 2014 to 6.3%. Although this is consistent with our plan for steady improvement, we recognize we have much more work to do. As we outlined at our Investor Day in November, our 3-year goal is to improve ROIC to greater than 10%. We are not counting on lower fuel prices to get us there.

As we also discussed at our Investor Day, we have specific initiatives well underway, which we anticipate will enable us to generate over $400 million in incremental annual operating income by 2017. Let me provide a quick update on a couple of these initiatives.

We plan to launch Fare Families in the second quarter. And as a reminder, Fare Families will provide our customers the choice between 3 branded fare bundles, with the first designed for customers who do not plan to check a bag. While we are not legally permitted to provide pricing details before filing our fares, we continue to expect at least $65 million in incremental operating income in 2015 and more than $200 million annually by year-end 2017.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

In terms of an implementation led by our IT team, our partners Datalex, IBM and Sabre, among many others, have already begun testing, and our frontline crew members are scheduled to begin training later in the first quarter.

Another initiative I'd like to highlight is Even More. In 2014, Even More revenue totaled just over $200 million. This 16% increase versus 2013 is well above our capacity growth rate and better than our prior guidance, driven primarily by pricing optimization of the Even More space products. We are now pricing by seat and flight.

Another ongoing initiative is Mint, our premium transcon product offering launched in June 2014. We are delighted to report that Mint is exceeding our expectations. Customers love the product as reflected in both increased NPS scores, and more importantly, our bottom line. In the fourth quarter, operating margin on Mint routes improved twice as much as our other transcon markets, which were some of our best-performing routes on a year-over-year basis.

We have a number of corporate real estate initiatives, which we expect will improve the customer experience, support our growth and reduce costs.

T5i, our international arrivals terminal at New York's JFK International Airport is a great example. T5i opened in November and has already reduced our operating costs, whilst providing an excellent facility for our international customers. In Boston, with the assistance of Massport, we are working on major enhancements to Terminal C at Logan Airport, including a new in-line baggage system, expanded gate areas and a streamlined checking experience.

With the terrific support of Broward County Aviation Department, and on the heels of opening a fabulous new 8,000-foot runway, major enhancements to Terminal 3 in Fort Lauderdale-Hollywood International Airport are underway.

I'd like now to turn briefly to operational performance. Clearly, there is a strong link between efficient on-time operations and improved financial performance. Our operational performance improved throughout 2014, and by most measures, surpassed 2013. On-time departures or D0 improved 2.7 points year-on-year to 63.5%, while our systems arrival performance, or A14, improved 2.5 points to 77.1%. We had particularly strong operations in the fourth quarter. D0 and A14 each improved roughly 4 percentage points year-on-year, driven by strong operational performance in New York. These results are a testament to the hard work of our 16,000 crew members who deliver exceptional service to our customers every day. We look forward to recognizing their contribution to our financial and operational achievements in 2014, with a profit-sharing payout of $25 million later this quarter.

In addition, I'm always astounded by the difference our crew members make in the communities that they live. In 2014, JetBlue crew members volunteered over 100,000 hours to a wide array of nonprofit organizations.

In closing, we are pleased by the progress made in -- JetBlue made in 2014. As we look ahead, we aim to improve our financial returns and we have a plan in place to do just that. Lower fuel prices, though always welcome, do not change our strategy. Our growth plan is based on an assessment of network demand over time, and we have no plans to change our capacity guidance based on short-term swings in the price of fuel.

Finally, I would like to recognize Dave Barger, for his over 16 years of leadership at JetBlue. Dave's impact on our company and the lives of all of our crew members, customers and partners and friends, is just simply immeasurable. Dave, a big thank you.

And with that, I would like to turn the call over to Mark for a more detailed review of our financial results.

**Mark D. Powers**
*Former Senior Advisor*

Thanks, Robin. Good morning, everyone, and thank you for joining us. This morning, we reported record quarterly and annual operating income of $169 million and $550 million respectively. This represents 47%

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

growth in the fourth quarter and 20% for the full year. I'd like to join Robin in acknowledging the efforts of our crew members, who delivered a very, very good quarter.

With respect to revenue. Demand in the fourth quarter was solid, with holiday travel periods booking very nicely. Passenger unit revenue or PRASM was essentially flat on capacity growth of 7%.

Looking at our performance on a regional basis, domestic markets continue to outperform markets in Latin America and in the Caribbean. All of our 6 focus cities continue to be profitable and experience year-over-year margin improvement in the quarter.

Ancillary revenue, which, of course, tends to be high-margin revenue, grew 11% in 2014 and totaled $745 million for the year. Total ancillary revenue in the fourth quarter was about $25 per customer. That's up 3% year-on-year.

As mentioned by Robin, our Even More offering continued to exceed expectations, generating just over $200 million in 2014 as compared to $150 million of revenue just 2 years ago.

With respect to costs, we're pleased with our cost performance in the fourth quarter and in the full year, not simply because of lower fuel prices. Excluding fuel and profit sharing, year-over-year fourth quarter unit costs decreased by 0.9%. That's better than our prior guidance of up 1% to 3%.

In the quarter, year-over-year unit cost pressure came from maintenance, materials and repairs, depreciation and benefits. At the same time, we saw unit cost decline in sales and marketing and aircraft rent and the impact of higher-than-assumed completion factors.

Turning to fuel. Obviously, the dramatic drop in fuel price has positive implications for our fuel expense line. In the fourth quarter, 26% of our fuel consumption was hedged using jet fuel swaps and caps, and we entered into fixed forward price agreements or FFPs, covering another 7% of consumption. Including the impact of fuel hedging FFPs and taxes, our fuel price in the fourth quarter was $2.70, down from last year's per gallon price of $3.10 or 13%. Looking ahead, we hedged about 17% of our expected full year 2015 fuel consumption. Based on the forward curve, as of January 16, we expect our first quarter jet fuel price per gallon, including taxes and hedges, to be approximately $1.97. Given the obvious volatility in fuel prices, we're not providing an annual fuel price estimate. But to help you forecast, assuming, again, the January 16 forward curve, on a full-year basis, our all-in fuel price would be slightly less than $2 per gallon. More specific details regarding our hedge positions are included in our investor update. This was filed with the SEC and available on the Investor Relations section of our website and was filed, in fact, prior to the start of this call.

Although we provided an estimated fuel price based upon the forward curve, we are not running our business based upon that assumption. Our business plan assumes much higher prices, with Brent at about the $90 per barrel range. We haven't and will not reshape our business strategy based upon a drop in fuel prices, which, after all, could prove to be very short term.

Moving to the balance sheet. During the fourth quarter, we made debt and capital lease payments of approximately $130 million, bringing our full year payments to $778 million. This includes the debt prepayment of approximately $300 million from the proceeds and sale of LiveTV. As a reminder, the LiveTV sale, which closed in the second quarter of '14, produced a number of financial benefits for JetBlue, including: $374 million in net cash proceeds; a $241 million gain; and lowering, ongoing CASM; and a reduction in future CapEx.

At year-end 2014, our adjusted net-to-cap ratio was approximately 53%, a 6.5% improvement compared to year-end 2013. At year end, cash and short-term investments as a percentage of trailing 12-month revenue was 12%.

Strengthening the balance sheet remains an ongoing priority. To the extent fuel prices stay low, thereby increasing our cash from operations, we'd expect even faster balance sheet improvement by making opportunistic debt prepayments.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

With respect to CapEx in fleet. JetBlue ended 2014 with 203 aircraft, including 138 A320s, 60 E190s and 13 A321s. We expect to take delivery of 12 A321s in 2015, with 2 deliveries coming in the first quarter. Again, on the strength of fuel-driven strong cash flow from operations, our presumption is that we will pay cash for all of our 2015 deliveries.

In November, we announced the deferral of 18 aircraft deliveries from 2016 through 2018 to 2022 and 2023. In the near term, this, of course, lowers our capital commitments by over $900 million and benefits free cash flow. Recall the net deferrals also offset the capacity growth resulting from our planned initiative to reconfigure our A321 fleet with additional seats.

For the past few years, we've been making significant infrastructure investments, such as the construction of T5i at JFK, IT infrastructure to support revenue initiatives and slot purchases. We expect our non-aircraft CapEx to be lower going forward. For the full year 2015, we are forecasting non-aircraft CapEx of between $150 million and $200 million compared to $320 million in 2014. We expect total capital expenditures in 2015 of approximately $810 million to $860 million.

Turning to capacity. Winter Storm Juno caused the cancellation of nearly 1,000 flights this week on our system. We have not yet determined the financial impact of the storm. We would note that the storm was most severe on Tuesday in JFK, and Wednesday in Boston, which are, of course, relatively lighter travel days of the week. Unless noted otherwise, all of the guidance provided on this call and in the investor update issued today excludes the impact of Juno.

Of course, winter happens every year. Recall severe winter last year caused the cancellation of about 4,100 flights in the first quarter of 2014, thus increasing our year-over-year forecasted capacity growth by about 4% in the first quarter of 2015 and 1% for the full year 2015. Again, before the impact of Juno. We expect capacity growth of 11% to 13% in the first quarter and 7% to 9% for the year. This is in line with the guidance we provided at the Investor Day. To be clear, we will not alter our 2015 capacity guidance based upon the recent drop in the price of fuel.

Looking at our capacity plans geographically, we continue to expect the highest growth rate in transcon market, driven by frequency increases in New York to both Los Angeles and San Francisco. As Robin mentioned, the results of Mint on these routes has been well above expectations. This certainly wouldn't have been possible without the dedication and customer focus of our crew members, especially our in-flight crew.

Evidencing our geographic diversity and balance, based on published schedules for 2015, we expect approximately 28% of our capacity will be in transcon markets, 30% in the Caribbean and Latin America and approximately 29% in Florida.

With respect to revenue. Our revenue comparisons in the first quarter were impacted, again, by the severe winter storms last year. Setting these aside, year-over-year domestic demand remains solid, and Latin America RASM is improving as capacity growth in the region slows. Prior to Winter Storm Juno, January PRASM was trending towards flat year-over-year. While we are still working through the final impact, we would expect PRASM in January to be modestly positive as a result of this recent storm.

Moving on to costs. As highlighted again at Investor Day, we faced pressure on maintenance expense in 2015. Compared to 2014, we expect more heavy maintenance visits and landing gear overhauls. Other line items with more modest unit cost pressure in 2015 include depreciation in landing fees. At the same time, we expect lower unit cost of the salaries and wages, aircraft rent and airport rent, thanks, in part for the benefit of T5i at JFK.

In the first quarter, we expect CASM, excluding fuel and profit sharing, to decrease between negative 1.5% and negative 3.5% year-over-year. Looking at full year 2015, we expect CASM, excluding fuel and profit sharing, to only increase between 0% and 2%.

In closing, we're very pleased with our fourth quarter and full year performance. With the continued support and engagement from all of our crew members, we look forward to delivering on our plans in 2015. And with that, Robin and I are happy to take your questions. Thank you, operator.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Kevin William Crissey**
*Former Director of Investor Relations*
Felicia, we're ready for questions. Can you please [indiscernible]

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from the line of Michael Linenberg with Deutsche Bank.

**Michael John Linenberg**
*Deutsche Bank AG, Research Division*

Yes, I guess 2 questions here. Mark, you did a good job on prepaying debt. Can you talk about some of the opportunities in 2015? And what I'm getting to is, do you run into situation where maybe some of your debt has make-whole provisions where maybe there's a bit less than you can prepay? What are the opportunities? Maybe just give me a sense of the magnitude.

**Mark D. Powers**
*Former Senior Advisor*

Yes. I mean, we clearly have, to your point, in the past, the debt that we've been prepaying has been fairly low-hanging fruit, and so now we're getting a little bit more selective. And for sure, we do have some of the prepayment and make-whole provisions to think about. I mean, the other thing we're also looking at, by the way, anticipating the long-anticipated rise in interest rates, is taking a hard look at widespread floating rate debt. So there's a fair amount of stuff that we can look there.

**Michael John Linenberg**
*Deutsche Bank AG, Research Division*

Great. And then my second question, and maybe this is more to Robin. When I sort of think about where your unit revenue performance was for the fourth quarter and what's your guiding for January, can you talk about some of the new markets? I mean, obviously, there was good commentary on Mint, but what about the much larger position that you have in DCA? How have some of those markets ramped up? Are you getting a much better business mix? And then along those lines, just the competitive capacity situation in some of your core markets, what you're seeing?

**Robin Hayes**
*CEO & Director*

Sure. Good morning, Michael, and thanks, for the question. I think the revenue environment that we saw at the end of last year and we're seeing into the beginning of this quarter, I would describe as stable. And I think we've been very pleased with the way, given some of the headwinds we had due to Latin America capacity last year. We've been very pleased as to how some of that has been improving, really delighted. I mean, the fastest growth market that we have seen at the back end of last year was Fort Lauderdale-Hollywood. It's also been the market that has been a highest year-on-year improvement. And so we're seeing really, really good performance from our newer markets. And DCA is -- we have some mature routes of DCA. They're doing very well, and we have newer routes that are still in that maturation phase. But they will follow the curve that we always see from those types of markets, so feeling really good about the way the network's shaping. I've got to attest, it's really good sitting here and having all of our 6 focus cities solidly profitable.

**Michael John Linenberg**
*Deutsche Bank AG, Research Division*

Listen, Robin. When you said highest improvement in Fort Lauderdale, were you referring to margin or were you referring to a gain in PRASM?

**Robin Hayes**
*CEO & Director*

Margin. Year-on-year margin improvement.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Operator**

Our next question comes from Julie Yates of Crédit Suisse.

**Julie Ann Yates Stewart**
*Crédit Suisse AG, Research Division*

Thank you for the color on PRASM in January. Can you help frame how this might progress through the quarter, given the comps are challenging in January and February, and then ease significantly in March?

**Robin Hayes**
*CEO & Director*

It's Robin. And I think we get this call every quarter. We, of course, only guide for the quarter in January. And I'll use the word stable, though, to sort of refer to the revenue environment as we see it, looking past January as well. Obviously very good visibility in January. Good visibility in February. And then after that, slightly less on the books.

**Mark D. Powers**
*Former Senior Advisor*

If I may, Julie. Just this time last year, actually, we established a policy of actually providing quarterly PRASM guidance only during the third month of the quarter. And so our cadence has been, with respect to the first 2 months of the quarter, to provide limited guidance that you've seen today. But the full quarter guidance won't occur until the third quarter. But we will, in February then, be providing the next month's -- the February guidance during our traffic release when that happens.

**Julie Ann Yates Stewart**
*Crédit Suisse AG, Research Division*

Okay. And then on the hedging strategy, has it changed at all, given where fuel is? I know you're starting to layer on any upside protection at these levels.

**Mark D. Powers**
*Former Senior Advisor*

I think, again, the hedging strategies, it seems to be working really, really well for us. I mean, we continue to think of it as a tool in the tool kit. It's a great way to risk -- manage risk, and it still remains a short-term form of insurance. You will see that in the investor debt -- investor update today. We're reporting on the next layer of hedges that were not included in the prior investor update. And as we move forward, I can -- it will always be in the toolkit. And when we look at the possibility of adding more hedges, we do 2 things: number 1 is we look at the overall fuel market environment, and then we kind of look at what the competition is doing. I would note, as you can hear from the other calls, apparently, some of our competitors have actually been underlining a lot of the things that they've put on. We haven't done so. But again, that's where we are.

**Operator**

Your next question comes from the line of Dan McKenzie of Buckingham Research.

**Daniel J. Mckenzie**
*The Buckingham Research Group Incorporated*

Just one housekeeping question here. I'm wondering if you can provide the cash flow statement items, cash flow from ops, investing and financing? I wonder if you can share that at this point.

**Mark D. Powers**
*Former Senior Advisor*

Probably not to the extent they're not included in the exhibits. Of course, our 10-K will have that in great detail.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Daniel J. Mckenzie**
*The Buckingham Research Group Incorporated*

Okay, understood. And then I'm wondering if you can provide a status update on Fly-Fi. I guess, first, where are we at with respect to equipping the fleet? And I think the goal was 100% at the end of '14. And then secondly, where are you guys at with respect to monetizing Fly-Fi? And how should we think about that looking ahead?

**Robin Hayes**
*CEO & Director*

It's Robin. I'll take that. I think in terms of where we are with the fleet, of the 320 fleet, of which we have 130, we are just slightly over 100 now. So we are in the backstretch. The 321s are, as we take delivery of 321s, they're coming fitted out with Wi-Fi, or I should say Fly-Fi. They already have it. And our 190 equipage will begin later in 2014. So still on track to -- sorry, 2015, move the year. So still on track in terms of where we expect it to be. Very pleased with the product. And as Mark mentioned at Investor Day, we have, in terms of the first tranche of monetization builds, been able to cover the bandwidth costs for the coming year. And the team continued to work on new builds as they come up and look forward to sharing with those in due course. But really, really great when we see flights with 80 or 100 customers connected on Wi-Fi. It's really, really, I think, game changer for us over the course of time.

**Operator**

Our next question comes from the line of Jamie Baker of JPMorgan.

**Jamie Nathaniel Baker**
*JP Morgan Chase & Co, Research Division*

You and Mark both stated you wouldn't revise capacity based on short-term declines in fuel. I'm curious, therefore, what sort of return metric or duration of fuel decline might cause you to rethink capacity. Is it 12 months of low fuel? Is it a specific ROIC target? Is it just a function of what the competition does? We know that every airline has downside thresholds that lead you to cut capacity. Do you care to share with us what would cause you to grow? I mean, grow above the current plan, I should say?

**Robin Hayes**
*CEO & Director*

No. Thanks, Jamie, I appreciate the question. And I think, look, if we were to look at a route case within 6 months or a short-term timeline at this fuel price, clearly, you could make a case of adding capacity. But that's not how we choose to look at it. We look at it as we come onto new markets, we're looking over sort of a 3- to 5-year horizon in terms of the business case and the returns. Not going to share what are sort of of hurdles we use internally, but certainly, we don't want to model the fuel price today as something that's going to be around for a few years. So I think for the rest of this year, we're going to continue to focus on the plan, and as Mark said, run our business as if we have gas at $90 a barrel.

**Jamie Nathaniel Baker**
*JP Morgan Chase & Co, Research Division*

Got it. And a follow-up to Mark's comment on Juno. You canceled 1,000 flights this week. I guess all that really matters is what you were budgeting for the entirety of the quarter. I mean, is the Q1 IROP budget closer to last year's 4,000? Or is it something higher, lower? I mean, help us frame those 1,000. Because as Mark pointed out, you obviously had something in the budget already.

**Robin Hayes**
*CEO & Director*

Yes. Look, I think to the big IROP we had last year, which was Hercules, 2 very important differences. First of all, Hercules was a bigger event in terms of number of flights canceled. And secondly, there's a very different profile of revenue that first return week in January versus Tuesday, Wednesday in the middle of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

January. So we're still working through the numbers. I mean, today is really our first work full return to service. But I'm anticipating that Juno will be a significantly smaller event than Hercules.

**Operator**

Our next question comes from the line of Duane Pfennigwerth of Evercore ISI.

**Duane Thomas Pfennigwerth**
*Evercore ISI Institutional Equities, Research Division*

First, I wanted to congratulate you, Robin, on making oil go down 50% as you take over the reins of this company. Nice work.

**Robin Hayes**
*CEO & Director*

Thanks, Duane. I appreciate that.

**Duane Thomas Pfennigwerth**
*Evercore ISI Institutional Equities, Research Division*

So just regarding your improvement year-to-year in New York in operational performance. Can you talk just practically what you're doing differently? How much of this is just due to improved weather? We'd love to get some more detail behind how you're actually driving that improvement.

**Robin Hayes**
*CEO & Director*

No. Thanks, Duane, Happy to take the question. I think it's been a real focus of our leadership team, our operational leadership team, all of our operational crew members, a lot of individual pieces coming together. I'll mention a few now, just creating a new operating philosophy, a real strong focus on our fleet launch. Looking at our schedule patterns, really looking at where we sort of, base fares in our network, looking at our maintenance procedures. I mean, there's a lot of things that the team have been attacking in the last year. And certainly, the weather this December was kind to us. But we -- over the peak December, we operated 12 consecutive days with 100% completion factor, and it's more than just good weather that enables you to do that. So we're not complacent. We still feel we have a lot of improvement to go, and we're focused on that. But very pleased with the initial results at the back end of last year. And really, a special shout-out to our crew members, who have made this happen one flight at a time.

**Duane Thomas Pfennigwerth**
*Evercore ISI Institutional Equities, Research Division*

And then any update on your fleet densification program, adding seats to the A320s? I know you talked about second half '16, but I felt like maybe you hinted there was some chance it could be accelerated. Any update there?

**Robin Hayes**
*CEO & Director*

No, Duane. It's still on a course for the timeline that we provided at the Investor Day, on 19th of November. But thanks for the follow-up.

**Operator**

Our next question comes from Savi Syth of Raymond James.

**Savanthi Nipunika Syth**
*Raymond James & Associates, Inc., Research Division*

Just a bit more of a strategic question regarding growth. And then one of the concerns that some have had in the past is kind of JetBlue's good clip of capacity growth despite lower -- relatively lower margins and returns. Now I know the, kind of the case for it has been that you need to get to a defensible

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

size, and that the argument's clear based on what you're seeing happening in Seattle. But what I was wondering is have you gotten to a defensible size? Or is there more growth that is necessary and does the kind of consolidation that you've seen among the top 4 carriers change what size you need to be? And then also, if you get to that size by organic growth or if kind of a merger or an acquisition makes sense?

**Robin Hayes**
*CEO & Director*

Thanks, Savi. I'll take that. In terms of strategy, as an airline, still very committed to our own organic growth plan. And I think as we come into our 15th year anniversary of operating here into February, we're very proud of what we've built and what we're going to continue to build. So no change in our focus on building this company one airplane at a time. In terms of growth, I think we laid out the case at Investor Day, that we think growth is an important part of our airline. We've got 6 focus cities. We've talked before about once you get past that initial growth phase, then the maturation, you see very quick returns. So we look at Boston investment in the past, solidly profitable. Fort Lauderdale, I mentioned earlier, we're growing that more quickly quicker than any other of our focus cities. We're also seeing big improvements in returns. So our plan is to continue to grow. I think we provided some guidance on that this year. I think with the changes we're making to the 320 and the deferral that we announced at Investor Day, we found a more capital efficient way of growing. But we're also committed to the growing the returns, going to ROIC to the degree that we laid out on Investor Day. So we're going to continue to do both.

**Savanthi Nipunika Syth**
*Raymond James & Associates, Inc., Research Division*

Got it. And then if I just may ask, on the fuel consumption side for 2015, I would've expected a bit more of an improvement in fuel efficiency. Is that just due to the timing of the A321s? I mean, are the ones early on still related to Mint, and the larger gauge ones really coming in the back half?

**Mark D. Powers**
*Former Senior Advisor*

They are scattered actually throughout the rest of the year. Keep in mind moving forward, we will finally have the full impact of the 13 aircraft we've already taken delivery of.

**Operator**

Our next question comes from Hunter Keay of Wolfe Research.

**Hunter Kent Keay**
*Wolfe Research, LLC*

Just a little bit more on the capacity. We were just looking through some OAG data, and looks like what I'm seeing in OAG doesn't match up with the ASM guidance. So can you just help us understand the ASM growth by months, at the very least, without getting into PRASM for the quarter? How we should think about January in relation to February and March?

**Robin Hayes**
*CEO & Director*

Sure. I'll -- quarter one is very tricky just because of the amount of flights that we canceled last year. If we actually look actual to actual then January is -- and again, these are not Juno-adjusted so they will change a little bit because we canceled about 1,000 flights with Juno, which is just sort of over 1 day of equivalent capacity in January. So pre-Juno, about 17% growth in January, about 11% growth in February and about 6% in March.

**Hunter Kent Keay**
*Wolfe Research, LLC*

Wow, that's a really strong PRASM guide benefit if that's the case. So -- but I won't go there. So let's talk Mint instead. When you guys first conceptualized Mint, was there any consideration given to maybe some

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

pending changes in the United and Delta frequent flyer programs? And then sort of part 2 of that question, who have you been taking share from? And if you don't want to name the airline, maybe you can talk about it in terms of where your share is coming from -- your share gains are coming from in the context of, are they individuals? Are they corporate contracts? Are you seeing more stimulated point-of-sale in, say, like the Bay Area? Or is it more New York-based? Any kind of color you could give us around where share growth is coming from? Because you're clearly not stimulating demand with that type of product.

**Robin Hayes**
*CEO & Director*

Thanks, Hunter. I appreciate the question. Yes, look, very pleased with Mint. I mean, we've been planning Mint for a long time. So obviously, we had no knowledge of any other competitive changes to frequent flyer programs, too, that were announced. It wasn't a factor at all. We looked at a market that historically was constrained by very high fares. And in our opinion, people were getting a pretty crummy product with a very high price. And so we wanted to change that, and so we created what we think is a best-in-class product at a price point that is significantly lower than anything that was available. And in -- as is truly in many new markets that JetBlue flies, we have an overall positive impact because we bring down the fares not just on our planes but the whole market as well. So we're very pleased. In terms of where we're getting them from, there has been a stimulation factor because when you go from a $2,000 fare to a 3-digit fare, you do stimulate additional demand. So we've definitely seen the market grow. But in addition, in terms of where we're stealing share, and this isn't a cop out, I would say we're getting a bit of everything. I mean, when we built the business case of Mint, we didn't assume a lot of large corporate contracts. We really were focusing this product on individuals and small- and medium-size companies who didn't have access to the sort of discounts the large corporates had. But we've been very pleasantly surprised that we've been getting some of that corporate business as well. But we really look at that as the icing on the cake. It was not something that Mint was designed to go after.

**Operator**

Our next question comes from David Fintzen of Barclays.

**David E. Fintzen**
*Barclays Bank PLC, Research Division*

Just going back, I forget if it was Robin or Mark. Probably Robin who said this, but domestic still continues to be better than international. I'm just curious kind of how that tracks through the first quarter? And kind of when should we start to see international look more like domestic through '15?

**Robin Hayes**
*CEO & Director*

Yes, no. I think what we're seeing in international, and it happened pretty promptly in the quarter as we start cycling against a lot lower ASM growth in the market. So Latin America will definitely see some pickup in the quarter, and I think domestic is more of a strong trend that we have already seen.

**David E. Fintzen**
*Barclays Bank PLC, Research Division*

And then within some of that international, are you seeing any -- you mentioned overall demand stable and good demand commentary, but within international, have you seen any divergence between things have been more northern South America versus Caribbean? Is there any sort of economic read-through in demand you're seeing in the international markets?

**Robin Hayes**
*CEO & Director*

No. One of the things that we were commenting on is we prepared for this call is how, whether it's leisure travel, vacation travel, visiting friends and family, business travel, that they all seem to be performing at a stable level. And so we're not really seeing any segment sort of outperform or underperform another right now.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**David E. Fintzen**
*Barclays Bank PLC, Research Division*

Okay, that's helpful. And quick one, just following up a little bit on Jamie's question, Mark. What was the Hercules cost impact? Just for us to kind of size that. Jeez, I don't know if -- I can't remember if you guys had posted it.

**Mark D. Powers**
*Former Senior Advisor*

No, well you stumped me on that, but I'll have Kevin get back to you on that one. Thank you for bringing up that great memory.

**Operator**

Our next question comes from Glenn Engel of Bank of America.

**Glenn David Engel**
*BofA Merrill Lynch, Research Division*

A couple of questions, one on seasonality. Easter's a little bit earlier this year. Is there going to be any shift of revenues from April to March?

**Robin Hayes**
*CEO & Director*

It's a little bit earlier. There will be a little bit of shift from April to March.

**Glenn David Engel**
*BofA Merrill Lynch, Research Division*

Two, when I look at the fourth quarter numbers, depreciation and surged versus the third quarter more than I would've expected. Is there any onetime write-offs in there and rent and landing fees dropped significantly? Is there any onetime credits there?

**Mark D. Powers**
*Former Senior Advisor*

Sure. Just quickly with respect to depreciation, keep in mind, not only did we have full year now of T5i, which just opened, but we had a number of other IT projects included in the CapEx number, in addition, of course, to the airplanes. And those IT projects, as I mentioned, were projects that we really are focused on, enabling a lot of the revenue initiatives that we outlined at Investor Day. With respect to your second question on rents and landing fees, again, back to T5i. The good thing about T5i is we're no longer paying really, really, really high rents at T4 at JFK. And then we had a couple of onetime every-year rent true-ups at some of our focus cities. So it's hard to predict every year, what airport and or how much it will be, but it happens every year, so that's always in the fourth quarter.

**Glenn David Engel**
*BofA Merrill Lynch, Research Division*

And that was a good guidance here?

**Kevin William Crissey**
*Former Director of Investor Relations*

Yes, it's very good guidance.

**Glenn David Engel**
*BofA Merrill Lynch, Research Division*

And the depreciation of $86 million, is that, my steady state number, going forward and growing?.

**Mark D. Powers**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Former Senior Advisor*

It will grow, obviously, because we're taking airplanes. Yes.

**Operator**

Our next question comes from Joe DeNardi of Stifel.

**Joseph William DeNardi**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Mark, can you just walk us through kind of what the priorities for the free cash flow are this year? Just given the fuel -- the cash benefit you guys should see from lower fuel?

**Mark D. Powers**
*Former Senior Advisor*

So the priorities right now are obviously debt prepayment. And Jim Leddy and his team in the treasury group are making a lot of good progress on that. We are, I should note, also -- we will continue our share buyback program that relates, obviously, to crew member type of equity, so that we're not deluding you with respect to crew-based compensation. And then, of course, the 12 A321s happening this year.

**Joseph William DeNardi**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay. So I guess the incremental cash from the lower fuel is going to probably go towards the debt as opposed to maybe accelerating the share repurchase?

**Mark D. Powers**
*Former Senior Advisor*

It's -- actually, it's interesting. There's actually very little choosing to talk about. We're going to do all 3.

**Joseph William DeNardi**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay. And then the sales and marketing expense line in the quarter was down pretty sharply. What was driving that?

**Mark D. Powers**
*Former Senior Advisor*

A couple of things, I should note. Number one is a series of programs in the year that, in the fourth quarter, came in better than we had anticipated in our prior guidance.

**Operator**

Our next question comes from Tom Kim of Goldman Sachs.

**Thomas Kim**
*Goldman Sachs Group Inc., Research Division*

I had a couple of questions here. Just with regard to your percentage of point of sales on your international bookings from the U.S., and particularly LatAm, could you give us a little bit of color there?

**Robin Hayes**
*CEO & Director*

Sorry, Tom. Was the question, how does the point-of-sale break down between U.S. and international?

**Thomas Kim**
*Goldman Sachs Group Inc., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, for -- specifically for your international, your point of sales on your international bookings that are generated in the U.S. versus those that are originating from overseas?

**Robin Hayes**
*CEO & Director*

I got you. I just want to clarify the question. And I'm going to disappoint you because that's not something we disclose publicly.

**Thomas Kim**
*Goldman Sachs Group Inc., Research Division*

Okay. And then can you give us a little bit of color with regard to your FX exposure?

**Mark D. Powers**
*Former Senior Advisor*

That would be 0.

**Thomas Kim**
*Goldman Sachs Group Inc., Research Division*

All right, okay. Great. And then just lastly, can you give us an update on your pilot negotiations?

**Robin Hayes**
*CEO & Director*

Sure. Very early on in the process.

**Operator**

We have one more question from Helane Becker of Cowen and Company.

**Helane R. Becker**
*Cowen and Company, LLC, Research Division*

Just a couple of questions. One, I'm surprised a little bit that MRO didn't -- was up so much in the fourth quarter. Is that just a function of the changes you're making to the fleet? Timing pieces? Or is that something we should consider the run rate going forward?

**Mark D. Powers**
*Former Senior Advisor*

I think as we said in the past, and I think Jeff Martin explained at -- you're talking about maintenance right?

**Helane R. Becker**
*Cowen and Company, LLC, Research Division*

Yes.

**Mark D. Powers**
*Former Senior Advisor*

Yes, yes. It's -- we are doing a diligent amount of work of trying to get most of our ongoing maintenance covered under predictable types of flight hour agreements. This year, of course, there are some heavy checks and some landing gear checks that you don't have the luxury of timing and doesn't make any sense to cover those under flight hour agreements. So I think the nature, as we move forward, of MRO candidly, is slightly lumpy but less lumpy than it would have been but for the entering of a lot of significant flight hour agreements. And this year is one of those lumpy years or crunchy peanut butter years.

**Helane R. Becker**
*Cowen and Company, LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. And then just my other question is following up on something Hunter hinted at. Your PRASM seems to be fairly strong, given the capacity increase. So is that -- so I'm trying to figure out if that's just because -- how much of that is related to the capacity increase versus the 4%, what would've been a 4% increase? Or is that better pricing on -- than you're -- that you're seeing versus where you were a year ago, is something going on? I guess I'm asking this badly, but was something going on last year that had pricing down versus where you are at this year?

**Robin Hayes**
*CEO & Director*

No, look. I think it's always -- one of the challenges in months where you have a big disconnect between what you schedule and what you actually fly is that you can get a lot of distortion very quickly. So we are pleased with a flat PRASM performance in January, but without guiding for the quarter, I don't want -- it would be wrong to look at sort of the way the capacity falls away and assume that sort of a big increase in PRASM. We've used the word stable for the quarter. We said it's flat for January. When you have those big disconnects in the way because of the storms, kind of weird things happened to unit revenue. So I don't want -- I'm not going to take that next step and guide for the quarter, but I guess I'm trying to do a bit of expectation management around the capacity.

**Kevin William Crissey**
*Former Director of Investor Relations*

Thanks, everyone. That concludes our fourth quarter 2014 conference call. We look forward to talking to you soon. Thanks.

**Operator**
And again, that will conclude today's conference. Thank you all for your participation.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.