# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 19-7058**                        **September Term, 2020**

**1:15-mc-01404-CKK**

**Filed On: August 18, 2021** [1910695]

In re: Domestic Airline Travel Antitrust
Litigation,

## M A N D A T E

In accordance with the judgment of July 9, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

BY:      /s/
             Michael C. McGrail
             Deputy Clerk

Link to the judgment filed July 9, 2021