# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION**

**This Document Relates To:**

**ALL CASES.**

**MDL Docket No. 2656 Misc. No. 15-1404 (CKK)**

**NOTICE OF CHANGE OF ADDRESS**

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rules 5-1(c)(1) and 5-3 for the District of Columbia, I, Azra Mehdi, counsel for plaintiffs Richard King and James Stewart in this matter, hereby notify the Clerk of the Court and all parties to this action that my contact information has changed as indicated herein.

My new contact information is:

Azra Z. Mehdi
The Mehdi Firm, PC
95 Third Street, 2nd Fl No. 9122
San Francisco, CA 94103
Ph/Fax: (415) 905-8880

My email address has not changed. I have also updated my personal profile information in PACER which is linked to the ECF system to reflect the above changes.

Dated: October 4, 2022

THE MEHDI FIRM, PC

By: */s/ Azra Z. Mehdi*
Azra Z. Mehdi

**CERTIFICATE OF SERVICE**

I hereby certify that on October 04, 2022, I electronically filed the foregoing document

using the Court's CM/ECF system which will send notification of such filing to the email

addresses registered in the CM/ECF system.

By: */s/ Azra Z. Mehdi*
Azra Z. Mehdi