UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION | MDL Docket No. 2656<br>Case No.: 1:15-mc-1404-CKK |
| This Document Relates To:<br><br>ALL CASES | **NOTICE OF FIRM NAME CHANGE** |

## NOTICE OF FIRM NAME CHANGE

**TO ALL PARTIES AND THEIR ATTORNESY OF RECORD:**

**PLEASE TAKE NOTICE** that the law firm of MoginRubin LLP has changed its name to Mogin Law LLP, effective immediately.

Firm address, telephone and facsimile numbers will remain the same. Email addresses will now use the @moginlawllp.com domain address. Please update your records accordingly.

Dated: March 18, 2025                     Respectfully Submitted,

                                          By: /s/ Daniel J. Mogin
                                          Daniel J. Mogin (SBN 95624)
                                          **MOGIN LAW LLP**
                                          4225 Executive Square, Suite 600
                                          La Jolla, CA 92037
                                          Telephone: (619) 687-6611
                                          Facsimile: (619) 687-6610
                                          dmogin@moginlawllp.com

                                          *Counsel for Plaintiff Katherine Rose Warnock*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 18, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter.

                                              */s/ Daniel J. Mogin*
                                              Daniel J. Mogin