**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL No. 2656<br>Case No. 15-1404 (CKK) |

**CONSENT MOTION TO AMEND SCHEDULING ORDER
REGARDING CLASS CERTIFICATION**

On November 6, 2025, the Court entered the Scheduling Order Regarding Class Certification. *See* ECF No. 653. Due to unforeseen personal circumstances of several of Plaintiffs' Co-Lead Counsel team members, Plaintiffs respectfully request a short two-week extension for their class certification motion and any supporting expert reports, as well as commensurate adjustments to all other dates as set forth below:

| Event | Original Deadline | Amended Deadline |
|---|---|---|
| Deadline for Plaintiffs to file motion for class certification and any supporting expert reports | April 23, 2026 | May 7, 2026 |
| Deadline for Defendants to depose Plaintiffs' experts and to file opposition(s) to class certification and any supporting expert reports | October 29, 2026 | November 12, 2026 |
| Deadline for Plaintiffs to depose Defendants' experts and to file reply in support of class certification and any supporting rebuttal expert reports | February 11, 2027 | February 25, 2027 |
| Deadline for Defendants to depose Plaintiffs' experts regarding rebuttal reports | March 12, 2027 | April 7, 2027 |
| Deadline for Parties to file *Daubert* motions | April 2, 2027 | April 28 2027 |
| Deadline for Parties to file oppositions to *Daubert* motions | May 21, 2027 | June 16, 2027 |
| Deadline for Parties to file replies in support of *Daubert* motions | June 25, 2027 | July 21, 2027 |

Defendants consent to this motion.


Dated: April 10, 2026                              Respectfully Submitted,


                                                    /s/ Hilary K. Scherrer
Adam J. Zapala                                     Hilary K. Scherrer
Elizabeth T. Castillo                              Michael D. Hausfeld
Christopher F. Jeu                                 Farhad Mirzadeh
COTCHETT, PITRE & McCARTHY, LLP                    HAUSFELD LLP
840 Malcolm Road, Suite 200                        1200 17th Street, N.W. Suite 600
Burlingame, CA 94010                               Washington, DC 20036
Telephone: (650) 697-6000                          Telephone: (202) 540-7200
azapala@cpmlegal.com                               mhausfeld@hausfeld.com
ecastillo@cpmlegal.com                             hscherrer@hausfeld.com
cjeu@cpmlegal.com                                  fmirzadeh@hausfeld.com


                                                   Jeannine Kenney
                                                   HAUSFELD LLP
                                                   325 Chestnut Street, Suite 900
                                                   Philadelphia, PA 19106
                                                   Telephone: (215) 985-3270
                                                   jkenney@hausfeld.com

                                                   *Plaintiffs' Interim Co-Lead Counsel*