UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION | MDL Docket No. 2656<br>Misc. No. 15-1404 (CKK) |
| This Document Relates To:<br>ALL CASES. | |

**DEFENDANTS' CONSENT MOTION TO AMEND SCHEDULING ORDER REGARDING CLASS CERTIFICATION**

On November 6, 2025, the Court entered a Scheduling Order Regarding Class Certification, which was subsequently amended pursuant to Plaintiffs' consent motion. *See* ECF No. 653; Minute Order, ECF No. 659 (Apr. 13, 2026).

Plaintiffs' expert, Dr. Russell Mangum, is likely to be called to testify at trial in another matter at some as yet unknown date between September 15 and October 15, 2026. In light of Dr. Mangum's trial commitment and of defense counsels' scheduling constraints, the parties have agreed to conduct Dr. Mangum's deposition on October 27, 2026. Under the current Scheduling Order, Dr. Mangum's deposition would occur just sixteen days before the deadline for Defendants to file their class certification opposition(s) and accompanying expert report(s)—submissions that are likely to be significantly influenced by Dr. Mangum's deposition testimony. The parties have agreed to a twelve-day extension of Defendants' deadline to file opposition(s) to class certification and any supporting expert report(s) in order to ensure sufficient time exists between Dr. Mangum's deposition and Defendants' class certification submissions. The parties have also agreed to twelve-day adjustments to all subsequent dates as set forth below.

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Deadline for Defendants to depose Plaintiffs' experts and to file opposition(s) to class certification and any supporting expert reports | November 12, 2026 | November 24, 2026 |
| Deadline for Plaintiffs to depose Defendants' experts and to file reply in support of class certification and any supporting rebuttal expert reports | February 25, 2027 | March 9, 2027 |
| Deadline for Defendants to depose Plaintiffs' experts regarding rebuttal reports | April 7, 2027 | April 19, 2027 |
| Deadline for Parties to file *Daubert* motions | April 28, 2027 | May 10, 2027 |
| Deadline for Parties to file oppositions to *Daubert* motions | June 16, 2027 | June 28, 2027 |
| Deadline for Parties to file replies in support of *Daubert* motions | July 21, 2027 | August 2, 2027 |

Plaintiffs consent to this motion.

Dated: August 24, 2026

Respectfully Submitted,

*/s/ Michael S. Mitchell*

Scott E. Gant (Bar No. 455392)
Michael S. Mitchell (Bar No. 986708)
Jay Schuffenhauer (Bar No. 1780554)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, D.C. 20005
(202) 237-2727
sgant@bsfllp.com
mmitchell@bsfllp.com
jschuffenhauer@bsfllp.com

James Lee (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
100 SE Second Street, 28th Floor
Miami, FL 33131
(305) 539-8400
jlee@bsfllp.com

*Counsel for Defendant Delta Air Lines, Inc.*

*/s/ Daniel E. Laytin*
Daniel E. Laytin (*pro hac vice*)
Christa C. Cottrell (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com

Zachary D. Holmstead (*pro hac vice*)
KIRKLAND & ELLIS LLP
95 South State Street
Salt Lake City, UT 84111
(801) 877-8201
zachary.holmstead@kirkland.com

Christine Shang (*pro hac vice*)
KIRKLAND & ELLIS LLP
609 Main Street
Houston, TX 77002
Phone: (713) 836-3431
christine.shang@kirkland.com

*Counsel for Defendant United Airlines, Inc.*